DEFENDANT:      Waunita Weingart

YEAR OF BIRTH:   1952

ADDRESS:        Denver, Colorado

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:   Counts 1, 3, 4, 5, 6, 7, 8, 9, 10,11: Wire Fraud, 18 U.S.C. § 1343
Counts 13, 14, 15, 16, 18: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, 18 U.S.C. § 1957

LOCATION OF OFFENSE: Denver, Boulder, and Douglas Counties, Colorado

PENALTY:   Counts 1, 3, 4, 5, 6, 7, 8, 9, 10,11: (Each Count): NMT 20 years' imprisonment and/or NMT $250,000 fine; $100.00 Special Assessment Fee.
Counts 13, 14, 15, 16, 18: NMT 10 years' imprisonment and/or NMT $250,000 fine; $100.00 Special Assessment Fee.

AGENT:    Special Agent Scott Doner, F.B.I.

AUTHORIZED BY:   Linda Kaufman
                      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   __X__ No