<u>DEFENDANT</u>:       John Phillip Gallegos

<u>YEAR OF BIRTH</u>:   1971

<u>ADDRESS</u>:         Seattle, Washington

<u>COMPLAINT FILED</u>?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   _____ YES   __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>:   <u>Counts 1, 2, 5, 6, 12</u>: Wire Fraud, 18 U.S.C. § 1343
<u>Counts 13, 15:</u> Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, 18 U.S.C. § 1957

<u>LOCATION OF OFFENSE</u>: Denver, Boulder, and Douglas Counties, Colorado

<u>PENALTY</u>:   <u>Counts 1, 2, 5, 6, 12 (Each Count)</u>: NMT 20 years' imprisonment and/or NMT $250,000 fine; $100.00 Special Assessment Fee.
<u>Counts 13, 15 (Each Count)</u>: NMT 10 years' imprisonment and/or NMT $250,000 fine; $100.00 Special Assessment Fee

<u>AGENT</u>:   Special Agent Scott Doner, F.B.I.

<u>AUTHORIZED BY</u>:   Linda Kaufman
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less   __X__ over five days   _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case   _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

<u>OCDETF CASE</u>:   _____ Yes   __X__ No