DEFENDANT:        Alois Craig Weingart

YEAR OF BIRTH:    1953

ADDRESS:          Denver, Colorado

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:   Counts 1, 2, 7, 8, 9: Wire Fraud, 18 U.S.C. § 1343
Count 17: Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, 18 U.S.C. § 1957

LOCATION OF OFFENSE:  Denver, Boulder, and Douglas Counties, Colorado

PENALTY:   Counts 1, 2, 7, 8, 9(Each Count): NMT 20 years' imprisonment and/or NMT $250,000 fine; $100.00 Special Assessment Fee.
Count 17: NMT 10 years' imprisonment and/or NMT $250,000 fine; $100.00 Special Assessment Fee.

AGENT:     Special Agent Scott Doner, F.B.I.

AUTHORIZED BY:    Linda Kaufman
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less   __X__ over five days   _____ other

THE GOVERNMENT

__X__ will seek detention in this case   _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:   _____ Yes   __X__ No