IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **WAUNITA WEINGART**
2. **JOHN PHILLIP GALLEGOS**
3. **ALOIS CRAIG WEINGART**

    Defendants.

---

### MOTION TO SEAL

---

The United States of America, by the undersigned Assistant United States Attorney, respectfully moves the Court for an Order sealing the Indictment and Arrest Warrants in this matter, as well as this Motion and any Order issued by the Court with regard to this motion, and as grounds therefor, submits the following:

1. The undersigned has reason to believe that Defendants Waunita Weingart, John Phillip Gallegos, and Alois Craig Weingart may flee if they learn that they have been indicted.

2. The release of the information in the Indictment and Arrest Warrants would jeopardize the likelihood that Defendants Waunita Weingart, John Phillip Gallegos, and Alois Craig Weingart could be promptly arrested.

WHEREFORE, it is respectfully requested that the Indictment and Arrest Warrants in this matter, as well as this motion and any other issued by the Court be sealed until the arrest of the first defendant.

        Respectfully Submitted,

        JOHN F. WALSH
        United States Attorney

        BY: _____
        Linda Kaufman
        Assistant United States Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        FAX: (303) 454-0401
        E-mail: Linda.Kaufman@usdoj.gov
        Attorney for Government