IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF COLORADO
                                                AUG 31 PM 3:33
                                              GREGORY C. LANGHAM
                                                    CLERK
                                              BY_____
                                                          DEP. CLK
```

Criminal Case No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART
2.   JOHN PHILLIP GALLEGOS
3.   ALOIS CRAIG WEINGART

    Defendants.

---

### ORDER TO SEAL

---

The Court has for consideration the government's Motion to Seal wherein the government asks this Court to seal the Indictment, Arrest Warrants, Motion to Seal Indictment and any Order issued by the Court with regard to this motion. Upon consideration,

IT IS ORDERED that the government's Motion to Seal, this Order, Indictment, and Arrest Warrants are hereby sealed until the arrest of the first defendant in this case.

IT IS SO ORDERED on this 31st day of August, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO