AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Waunita Weingart<br><br>*Defendant* | )<br>)<br>) Case No.  11-cr-00355-MSK<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Waunita Weingart,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Wire Fraud, in violation of 18 United States Code, Section 1343 (10 counts) and Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity, in violation of Title 18 United States Code, Section 1957 (5 counts).

Date:  08/31/2011                                        s/ J. Patterson
                                                    *Issuing officer's signature*

City and state:  Denver, Colorado                    Gregory C. Langham, Clerk, U.S. District Court
                                                    *Printed name and title*

**Return**

This warrant was received on *(date)* 9-2-11, and the person was arrested on *(date)* 9-2-11
at *(city and state)* Denver, Co.

Date: 9-2-11                                            Burns-Madison, DEO
                                                    *Arresting officer's signature*

                                                    Burns Madison, Deo
                                                    *Printed name and title*