IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

WAUNITA WEINGART,

   Defendant.

_____

NOTICE OF APPEARANCE
_____

   The Office of the Federal Public Defender, by and through undersigned counsel hereby

enters its appearance in the above captioned case.

         Respectfully submitted,

         RAYMOND P. MOORE
         Federal Public Defender

         s/ Edward A. Pluss
         Edward A. Pluss
         Assistant Federal Public Defender
         633 17th Street, Suite 1000
         Denver, CO  80202
         Telephone:  (303) 294-7002
         FAX:  (303) 294-1192
         Edward.Pluss@fd.org
         Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on 9/7/2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman, AUSA
email: linda.kaufman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Waunita Weingart        (via Mail)
c/o DDC

s/ Edward A. Pluss
Edward A. Pluss
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward.Pluss@fd.org
Attorney for Defendant