IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **WAUNITA WEINGART**
2. **JOHN PHILLIP GALLEGOS**
3. **ALOIS CRAIG WEINGART**

    Defendants.

---

### PLAINTIFF'S MOTION TO DISCLOSE
### MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANTS

---

    Plaintiff UNITED STATES OF AMERICA, by Assistant United States Attorney Linda Kaufman, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (i), for an order authorizing the plaintiff to disclose testimony of witnesses before the grand jury and exhibits presented to the grand jury to the defendants and their counsel, as part of discovery in this case, on the terms and conditions outlined below.

    AS GROUNDS FOR THIS MOTION, Plaintiff states as follows:

    1.    Fed. R. Crim. P.6 (e), with various exceptions, prohibits the disclosure of "a matter occurring before the grand jury."

    2.    Grand jury transcripts of testimony and grand jury exhibits reveal matters occurring before the grand jury.

    3.    Fed. R. Crim. P. 6 (e) (3) (E) (i) allows for court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminary to or in

connection with a judicial proceeding."

4.  The pending case against the defendants is a judicial proceeding which will be set for trial or pretrial disposition, also judicial proceedings. The requested disclosure is in connection with such proceedings. The plaintiff wishes to provide this discovery, but may only do so with the Court's approval.

5.  Since matters occurring before the grand jury must, pursuant to Fed. R. Crim. P. 6(e), remain secret, the plaintiff moves that disclosure be allowed only for purposes of defending this case, and that such disclosure be made only to the defendants and their attorneys; that if copies of any transcripts of testimony or exhibits are made for the defense, that they shall be maintained in the custody of the defense attorneys; that such material shall not be reproduced or disseminated; and that such materials shall be returned to the plaintiff at the completion of this case.

WHEREFORE, the plaintiff respectfully requests that the Court authorize the disclosure of grand jury testimony and exhibits to the defendants and their counsel, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: _s/ Linda Kaufman_
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 15th day of September, 2011, I electronically filed the foregoing **PLAINTIFF'S MOTION TO DISCLOSE MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Mr. Edward A. Pluss**
E-mail: Edward_Pluss@fd.org

**Ms. Paula M. Ray**
E-mail: paulamray@earthlink.net

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

None.

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov