UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **WAUNITA WEINGART**
2. **JOHN PHILLIP GALLEGOS**
3. **ALOIS CRAIG WEINGART**

       Defendants.

---

## ORDER GRANTING GOVERNMENY'S MOTION TO DISCLOSE MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANTS

---

This matter is before the Court on the Government's Motion to Disclose Matters Occurrin Before Grand Jury to Defendant (Motion) (**#22**), pursuant to Fed. R. Crim. P. 6 (e) (3) (E) (i).

Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

    **ORDERED** that Plaintiff's motion is **GRANTED**. Testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the defendants and their counsel in the course of discovery in this case. It is further

    **ORDERED** that such materials shall only be used in defending this case; that such materials may be disclosed only to the defendants and their attorneys; that if copies are made, the defendants' attorneys shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall

be returned to the plaintiff at the completion of the case.

DATED this 15th day of September, 2011.

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge