IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **WUANITA WEINGART,**
2. JOHN PHILLIP GALLEGOS
3. ALOIS CRAIG WEINGART

      Defendants.
_____

**DEFENDANT WUANITA WEINGART'S UNOPPOSED MOTION
FOR ENDS OF JUSTICE CONTINUANCE
OF DEADLINE TO FILE PRETRIAL MOTIONS AND TRIAL**
_____

      Comes now, the Defendant, Wuanita Weingart (hereinafter the "Defendant") by and through her attorney, Edward A. Pluss, and moves this Honorable Court for an Order pursuant to 18 U.S.C. § 3161(h)(a) for a 180 day ends of justice continuance of deadlines to file pre-trial motions and for continuance of the trial and as grounds therefore states as follows:

      1.    The Defendant is charged in a 18 count Indictment with two other co-defendants, John Phillip Gallegos and Alois Craig Weingart with various counts of Wire Fraud in violation of 18 U.S.C. § 1343 and various counts of Monetary

Transactions in Property Derived from Specified Unlawful Activity in violation of 18 U.S.C. § 1957.  The Indictment alleges a scheme involving mortgage fraud involving 44 real estate loans over a nine year.

  2. The Defendant entered a plea of not guilty on September 7, 2011. Motions are due on September 28, 2011.  A **five day** trial to jury is currently scheduled for October 11, 2011. [1]

  3. The Defendant moves for a 180 day ends of justice continuance of the period to file pretrial motions and for continuance of the trial.  As reasons therefore, the Defense has just received the initial discovery from the Government on September 12, 2011.  Discovery indicates that the investigation of this matter began over 2 years ago and concerns factual scenarios beginning over nine (9) years ago and involving 44 separate mortgage loans.  Discovery, so far consists, of 25,299 pages and will require counsel to spend considerable time reviewing these materials.  In addition numerous witnesses will have to be identified, located and interviewed to conduct proper and adequate investigation and preparation.  This cannot be done until discovery is reviewed and dissected.  Lastly, before counsel

---

[1] The parties indicated at the time this trial was set with Chambers that the trial would likely take **fifteen days**, but the Setting and Trial Preparation Order only indicates a five day trial.  Trial estimates at this time is for fifteen days.

can prepare pre-trial motions the discovery will need to be reviewed, digested and catalogued.  This will also require additional time for adequate preparation.

      4.      18 U.S.C. § 3161(h)(7)(A) authorizes a Court to exclude from the time limitations set forth in the Speedy Trial Act any delay for which the ends of justice is served by the delay and which outweigh the interests of the public and a defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(B)(i) and 18 U.S.C. § 3161(h)(7)(B)(ii), require the Court to consider, amongst others things, in determining whether to grant an ends of justice continuance, whether the failure to grant a continuance would result in a miscarriage of justice and whether given the nature of the case, it is unreasonable to expect adequate preparation for pre-trial proceedings or the trial itself within the speedy trial time limits.

      5.      Counsel needs adequate time to review the discovery and to conduct its own investigation as described above before the filing of pre-trial motions and for effective trial preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) as set forth above.  No party would be prejudiced and the ends of justice would be served by allowing the Defendant sufficient time to review discovery and to conduct its own investigation and interview witnesses.

6. Thus, the ends of justice would be served by the proposed delay which would outweigh the interests of the public and the defendant in a speedy trial and the failure to grant a continuance would result in a miscarriage of justice.

7. Undersigned counsel has conferred with Assistant United States Attorney Linda Kaufman and, who agrees that the ends of justice would be served by the granting of this continuance, and has no objection to the granting of a 180 day ends of justice continuance for the filing of pretrial motions and continuance of the trial. Undersigned counsel has also conferred with the Defendant Wuanita Weingart who concurs in the request for an ends of justice continuance.

WHEREFORE, Defendant respectfully requests this Court to enter an Order for an ends of justice continuance for an additional 180 days added to speedy trial, for an additional 180 day period to file pre-trial motions, for continuance of the trial and for such other and further relief that is just and proper.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ Edward A. Pluss
EDWARD A. PLUSS
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado    80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2011, I electronically filed the foregoing **DEFENDANT WUANITA WEINGART'S UNOPPOED MOTION FOR ENDS OF JUSTICE CONTINUANCE OF DEADLINE TO FILE PRETRIAL MOTIONS AND TRIAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman, Assistant U.S. Attorney
Linda.Kaufman@usdoj.gov

Paula Ray, Esq.
paulamray@earthlink.net
for Defendant Alois Craig Weingart

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Wuanita Weingart *(via Mail)*
c/o DDC

s/ Edward A. Pluss
Edward A. Pluss
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant