**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.  WAUNITA WEINGART
    **2.  JOHN PHILLIP GALLEGOS**
    3.  ALOIS CRAIG WEINGART

      Defendants.

**ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE**

      THIS MATTER having come before the Court on Defendant John Phillip Gallegos' Unopposed Motion to Modify Conditions of Release, and the Court having considered the motion and being fully advised, finds goods cause for granting the relief requested.

      It is, therefore, ORDERED, ADJUDGED and DECREED that:

      1.     Mr. Gallegos' United States Passport, previously surrendered to and in the custody of the United States District Court for the Western District of Washington, be released to Mr. Gallegos or his counsel;

      2.     Mr. Gallegos is permitted to travel to Alaska and Hawaii, and to destinations served by Alaska Airlines in Canada and Mexico for the purpose of work assignments by Alaska Airlines only; and,

      3.     Mr. Gallegos is ordered to report to his supervising probation officer all

international flight assignments when such assignments are made, his itinerary, any changes to his itinerary that occur while on assignment, and to notify his probation officer immediately upon his return to the United States.

DONE this 14th day of October, 2010.

BY THE COURT:

_____
Hon. Marcia S. Krieger