IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: October 14, 2011 |
| Court Reporter: Paul Zuckerman | |

Criminal Action No. 11-cr-00355-MSK

*Parties*:                                                                                   *Counsel Appearing:*

UNITED STATES OF AMERICA,                                        Linda Kaufman

        Plaintiff,

v.

WAUNITA WEINGART;                                                      Edward Pluss
JOHN PHILLIP GALLEGOS; and                                        Darlene Bagley
ALOIS CRAIG WEINGART,                                                Paula Ray

        Defendants.

---

## COURTROOM MINUTES

HEARING:     Motions

**4:17 p.m.     Court in session.**

The Court addresses John Phillip Gallegos's Unopposed Motion to Modify Conditions of Release **(Doc. #37)**

**ORDER:**     John Phillip Gallegos's Unopposed Motion to Modify Conditions of Release **(Doc. #37)** is **GRANTED,** but Counsel will submit a written order to reflect the modifications set forth.

The Court addresses Wuanita Weingart's Unopposed Motion for Ends of Justice Continuance of Deadline to File Pretrial Motions and Trial **(Doc. #26);** Alois Craig Weingart's Unopposed Motion for Ends of Justice Continuance Pursuant to the Speedy Trial Act and for Extensions of Time to File Motions **(Doc. #27)** and John Phillip Gallegos's Unopposed Motion for Ends of

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Justice Continuance Pursuant to the Speedy Trial Act and for Enlargement of Time to File Motions (Out of Time) **(Doc. #39) .**

Argument.  The Government has no objection.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**     The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. The Motions to Continue the trial **(Doc. #26, 27 and 39)** is **GRANTED**, but the Court does not find the case complex.  The trial currently set on **October 17, 2011 at 1:00 p.m.** is **VACATED** and reset to **September 17, 2012 at 1:30 p.m. (15 days)**.  All subsequent days of trial will begin at 8:30 a.m., unless the parties are notified otherwise.  No later than 30 days prior to trial counsel will file a motion requesting more time for trial, if necessary.

**ORDER:**     Motions will be filed by **March 12, 2012**.  Responses will be filed by **March 26, 2012.**  Motions hearing (non-evidentiary) is set **April 5, 2012 at 4:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.  A deadline will be set at the motions hearing for tendering of expert reports.

Counsel will confer and advise the court at the time of the motions hearing whether or not there is going to be a *James* Proffer.

**4:45 p.m.        Court in recess.**

**Total Time:     28 minutes.**
**Hearing concluded.**