IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   11-cr-00355-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **WUANITA WEINGART,**
2. JOHN PHILLIP GALLEGOS, AND
3. ALOIS CRAIG WEINGART,

      Defendants.

_____

**MOTION TO WITHDRAW
AND FOR APPOINTMENT OF COUNSEL FROM THE
CRIMINAL JUSTICE ACT PANEL**
_____

      Comes now, the Defendant, Wuanita Weingart by and through her attorney, Edward A. Pluss, Assistant Federal Public Defender, and hereby requests the court to allow the Office of the Federal Public Defender to withdraw from further representation of the Ms. Weingart and the court appoint counsel for Ms. Weingart from the Criminal Justice Act Panel, and as grounds therefore states as follows:

      1.    Ms. Wreingart is charged in an Indictment, along with her son, John Phillip Gallegos, and her husband, Alois Craig Weingart in a 18 count indictment. Ms. Weingart, specifically is charged with 11 counts of Wire Fraud  in violation of

18 U.S.C. § 1343 and 5 counts of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity in violation of 18 U.S.C. § 1957.

2. On September 20, 2011, Ms. Weingart filed an Unopposed Motion for Ends of Justice Continuance of Deadline to File Pretrial Motions and Trial and to Exclude Time Under the Speedy Trial Act (Docket No. 26) which the Court granted on October 14, 2011 (*see* Docket No. 42). Pre-Trial Motions are currently due on March 12, 2012 and a non-evidentiary motions hearing is scheduled for April 5, 2012 at 4:00 p.m. A 15 day trial is currently scheduled to commence on September 17, 2012.

3. Ms. Weingart has represented to undersigned counsel that she will no longer wishes to meet with counsel and has requested undersigned counsel to withdraw from any further representation of her and wishes the appointment of new counsel. She has based this request on what she believes is his unprofessional conduct by ignoring her right to a proper defense and her complete lack of faith and confidence in her present counsel. Because of the attorney-client privilege, counsel cannot further elaborate except to state the counsel's representation has been competent. However, undersigned counsel would state the relationship between Ms. Weingart and counsel has deteriorated to the point that counsel no longer believes he has the ability to properly advise her.

4. Undersigned counsel does believe that there has been a total and complete breakdown in communications between Ms. Weingart and undersigned counsel that would mandate the withdraw of counsel and that continued representation of Ms. Weingart by the Office of the Federal Public Defender would be impossible.  Thus, the Office of the Federal Public Defender moves to withdraw from any further representation of the Defendant and for appointment of Criminal Justice Act panel.

5. "To warrant the substitution of counsel, a defendant must show good cause, such as a conflict of interest, **a complete breakdown of communications**, or an irreconcilable conflict which leads to an apparently unjust verdict." *United States v. Padilla*, 819 F.2d 952, 955 (10th Cir. 1987).  "Good cause for substitution of counsel consists of more than a mere strategic disagreement between the Defendant and his attorney ... rather there must be a total breakdown in communications." *United States v. Lott*, 310 F.3d 1231, 1249 (10th Cir. 2002).  To prove a total breakdown in communications, a defendant must put forth evidence of a severe and pervasive conflict with his attorney or evidence that he had such minimal contact with the attorney that meaningful communication was not possible.  *Id*.  In making this assessment, the Court should look at whether (1) the defendant's request was timely; (2) the trial court adequately inquired into

defendant's reasons for making a request; (3) the defendant-attorney conflict was so great that it led to total lack of communications precluding an adequate defense; and (4) the defendant substantially and unreasonably contributed to the communications breakdown.  *See, United States v. Porter*, 405 F.3d 1136, 1140 (10th Cir. 2005)

      6.     Because there has been such a total and complete breakdown in communications between the Defendant and the Office of the Federal Public Defender, as evidenced by the above severe and pervasive conflict, the Office of the Federal Public Defender moves to withdraw from any further representation of the Defendant and moves for appointment of counsel from the CJA panel.

      7.     This request is timely and no party will be prejudiced by granting the motion allowing undersigned counsel to withdraw since this case is in the discovery stage and the first trial setting in this matter is not until September 17, 2012.

      WHEREFORE, due to the complete breakdown in communications and the attorney client relationship between Ms. Weingart and counsel, the Office of the Federal Public Defender moves to withdraw from representation of Ms. Weingart and for an order appointing counsel from the Criminal Justice Panel.

4

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Edward A. Pluss
EDWARD A. PLUSS
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado    80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman, Assistant U.S. Attorney
linda.kaufman@usdoj.gov

Paula M. Ray
paulamray@eathlink.net

William Lewis Taylor
wltaylorpc@gmail.com

Darlene Ann Bagley
bagley@ridleylaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Wuanita Weingart *(via Email & US Mail)*
8547 E. Arapahoe Road, #236-J
Greenwood Village, CO 80112

s/ Edward A. Pluss
Edward A. Pluss
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Pluss@fd.org
Attorney for Defendant