IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11–cr–000335-001-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**WAUNITA WEINGART,**

Defendants.

---

**UNOPPOSED MOTION TO EXTEND MOTIONS FILING DEADLINE**

---

Comes now the Defendant, Waunita Weingart, by and through her attorney, Martin Stuart, and moves this Court for an order extending the currently scheduled March 12, 2012, motions filing deadline by an initial period of 90 days.  As grounds:

1. On March 12, 2012, the Court to appointed undersigned counsel to substitute for the United States Federal Public Defender in the representation of Ms. Weingart in the present matter.

2. On October 14, 2011, the Court set a motions filing deadline for March 12, 2012 (doc. 42).

3. Defense counsel has made contact with Assistant United States Attorney (AUSA) Linda Kaufman who represented that the discovery in the Defendant's case is voluminous including in excess of 27,000 pages for an alleged conspiracy that lasted approximately 9 years.  AUSA Kaufman authorized defense counsel to represent in the

1

instant pleading that she does not oppose a 90 day continuance of the Defendant's motions filing deadline.

4.     Due to the close proximity of defense counsel's appointment and the Court's motions filing deadline, he has been unable to contact his client regarding the relief sought in this motion.  Defense counsel does believe that denial of the request for an extended motions filing deadline would deprive the Defendant of effective representation by counsel.  In addition, defense counsel requests leave of the Court to make additional requests pertaining to the period within which to file motions pending his review of discovery which he has yet to receive.

**WHEREFORE**, Ms. Weingart respectfully requests that this Honorable Court enter an order extending the motions filing deadline by an initial period of 90 days.

Respectfully submitted,

Dated: March 12, 2012                    By: s/Martin Stuart_____
                                         MARTIN STUART, *counsel for* Ms. Weingart
                                         PortmanStuart, LLC
                                         955 Bannock Street, suite 200
                                         Denver, CO 80204
                                         Phone 303-355-6789
                                         Fax 303-623-0714

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of March 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman
Assistant United States Attorney
1225 17th St., Ste. 700
Denver, CO 80202

/s/ Martin Stuart_____
Martin Stuart