IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART
**2.    JOHN PHILLIP GALLEGOS**
3.    ALOIS CRAIG WEINGART

    Defendants.

---

## ORDER
---

THIS MATTER, having come before the Court on the Government's Unopposed Motion for Extension of Time in Which to Respond to Motion, and the Court, having considered the motion and being fully advised, finds good cause for granting the government's request.

IT IS, therefore, ORDERED that:

The government's request to respond to Defendant John Gallegos' Motion for Severance by April 3, 2012, is hereby GRANTED.

By the COURT:

_____
Marcia S. Krieger
United States District Judge