IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11–cr–000335-001-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**WAUNITA WEINGART,**

Defendants.

## NOTICE OF ATTORNEY APPEARANCE

Martin Stuart hereby provides notice of his appointment as CJA counsel to represent defendant Waunita Weingart in the above captioned matter.

Respectfully submitted,

Dated: March 29, 2012                By: s/Martin Stuart_____
　　　　　　　　　　　　　　　　　　　MARTIN STUART, *counsel for* Ms. Weingart
　　　　　　　　　　　　　　　　　　　PortmanStuart, LLC
　　　　　　　　　　　　　　　　　　　955 Bannock Street, suite 200
　　　　　　　　　　　　　　　　　　　Denver, CO 80204
　　　　　　　　　　　　　　　　　　　Phone 303-355-6789
　　　　　　　　　　　　　　　　　　　Fax 303-623-0714

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of March 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman
Assistant United States Attorney
1225 17th St., Ste. 700
Denver, CO 80202
Linda.kaufman@usdoj.gov

William Taylor
*Attorney or John Gallegos*
303 16th Street, #200
Denver, CO 80202
wltaylorpc@gmail.com

Paula Ray
*Attorney for Alois Craif Weingart*
1801 Broadway, suite 1100
Denver, CO 80202
paulamray@earthlink.net


/s/ Martin Stuart_____
Martin Stuart