IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART
2.    JOHN PHILLIP GALLEGOS
3.    ALOIS CRAIG WEINGART

    Defendants.

## GOVERNMENT'S UNOPPOSED MOTION TO FILE MOTION OUT OF TIME

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado and Assistant Untied States Attorney Linda Kaufman, respectfully requests this Court to permit it to file its Unopposed Motion for Variance in the Numbering of the Government's Trial Exhibits out of time. As grounds therefor, the government states as follows:

    1.    The undersigned neglected to file its Motion for Variance in the Numbering of the Government's Trial Exhibits by the ordered date, March 12, 2012.

    2.    The proposed variance in the numbering of its trial exhibits will assist the parties, the Court, and the jury to readily locate the voluminous exhibits to be presented and avoid unnecessary confusion.

    3.    Counsel for each of the three co-defendants has stated he or she has no objection to the government's motion for filing out of time, and no objection to the motion

itself.

4. If granted leave, the government would file the motion on or before April 3, 2012.

WHEREFORE, the government respectfully requests that this Court grant it leave to file its Unopposed Motion for Variance in the Numbering of the Government's Exhibits out of time.

        Respectfully submitted,

        JOHN F. WALSH
        United States Attorney


        By:  *s/ Linda Kaufman*
        Linda Kaufman
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Facsimile: (303) 454-0404
        E-mail: Linda.Kaufman@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of April 2012, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION TO FILE MOTION OUT OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Martin Adam Stuart**
Email: martinstuartlaw@solucian.com

**William Lewis Taylor**
Email: wltaylorpc@gmail.com

**Ms. Paula M. Ray**
E-mail: paulamray@earthlink.net

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov