IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART
2.   JOHN PHILLIP GALLEGOS
3.   ALOIS CRAIG WEINGART

    Defendants.

## ORDER

THIS MATTER, having come before the Court on the Government's Unopposed Motion to File Motion Out of Time, and the Court, having considered the motion and being fully advised, concludes that the government's motion should be granted.

It is therefore, ORDERED that:

1.   The government's motion to file its Unopposed Motion for Variance in the Numbering of its Trial Exhibits out of time is hereby GRANTED.

The government shall file said motion no later than April 3, 2012.

                        BY THE COURT:

                        _____
                        Honorable Marcia S. Krieger
                        United States District Judge