IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WAUNITA WEINGART
2.   JOHN PHILLIP GALLEGOS
3.   ALOIS CRAIG WEINGART

    Defendants.

**GOVERNMENT'S UNOPPOSED MOTION FOR VARIANCE IN THE NUMBERING OF THE GOVERNMENT'S TRIAL EXHIBITS**

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Linda Kaufman, Assistant United States Attorney, respectfully requests this Court's permission to label certain of its trial exhibits in a manner other than numerically. As grounds therefor, the government states as follows:

1.   The indictment in this case alleges a fraudulent scheme involving the repeated refinancing of two properties over a nine-year period: 7766 Saxeborough Drive, Castle Rock, Colorado ("Saxeborough") and 141 Lost Angel Road, Boulder, Colorado ("Lost Angel").

2.   The majority of the government's trial exhibits are documents that relate to the specific loans.

1

3. The government seeks the Court's permission to employ a numbering system in this case which would identify the exhibits which specifically relate to the Saxeborough property by the letter "S", followed by a number (based on the particular loan's chronological position in the series of Saxeborough closings), followed by a number which would identify the particular exhibit in the sub-group.

4. Similarly, the government would number its exhibits which specifically relate to the Lost Angel property by the letter "L", followed by a number (based on the particular loan's chronological position in the series of Lost Angel closings), followed by a number which would identify the particular exhibit in the sub-group.

5. Examples of the proposed numbering system are as follows:

Exhibits specifically relating to the first loan for Lost Angel would be labeled:

Exhibit L-1-1

Exhibit L-1-2

Exhibit L-1-3, and so forth.

Exhibits specifically relating to the second loan for Lost Angel would be labeled:

Exhibit L-2-1

Exhibit L-2-2

Exhibit L-2-3, and so forth.

Exhibits specifically relating to the tenth loan for Saxeborough would be labeled:

Exhibit S-10-1

Exhibit S-10-2

Exhibit S-10-3, and so forth.

        Exhibits specifically relating to the eleventh loan for Saxeborough would be labeled:

            Exhibit S-11-1

            Exhibit S-11-2

            Exhibit S-11-3, and so forth.

6.    Other exhibits which have more general relevance would be numbered numerically, i.e., Exhibits 1, 2, 3, 4 ... and so forth. These exhibits would include such documents as Articles of Incorporation and bank signature cards.

7.    In many instances in this case, the evidence will be that identical or nearly identical documents were used in connection with more than one loan transaction. The government submits that the proposed method of labeling these exhibits will simplify the presentation of evidence at trial and avoid unnecessary confusion and delays. The proposed method of labeling the government's exhibits will assist the parties, the Court, and the jury in readily associating particular admitted exhibits with particular transactions.

8.    The government employed a similar method of labeling its pre-indictment exhibits which were provided to the defendants in discovery in this case.

9.    The undersigned has spoken with counsel for each of the defendants about this request, and each has stated that he or she has no objection to it.

WHEREFORE, the government respectfully requests that this Court issue an order authorizing the government to use the variant numbering method for its trial exhibits, as outlined above.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of April 2012, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION FOR VARIANCE IN THE NUMBERING OF THE GOVERNMENT'S TRIAL EXHIBITS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Martin Adam Stuart**
Email: martinstuartlaw@solucian.com

**William Lewis Taylor**
Email: wltaylorpc@gmail.com

**Ms. Paula M. Ray**
E-mail: paulamray@earthlink.net

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov