IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART
2.    JOHN PHILLIP GALLEGOS
3.    ALOIS CRAIG WEINGART

    Defendants.

## ORDER

THIS MATTER, having come before the Court on the Government's Unopposed Motion for Variance in the Numbering of the Government's Trial Exhibits, and the Court, having considered the motion and being fully advised, finds good cause for granting the government's request.

It is therefore ORDERED that:

1.    The government may label its trial exhibits consistent with the system described in its Unopposed Motion for Variance in the Numbering of the Government's Trial Exhibits.

IT IS SO ORDERED.

                BY THE COURT:

                _____
                Honorable Marcia S. Krieger
                United States District Judge