IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11–cr–000335-001-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**WAUNITA WEINGART,**

Defendants.

## MOTION FOR AN ENDS OF JUSTICE CONTINUANCE OF TRIAL

Comes now the Defendant, Waunita Weingart, by and through her attorney, Martin Stuart, and moves this Court for an order pursuant to 18 U.S.C. §3161(h)(7)(A) to add a period of time to her speedy trial period resulting in a trial setting no earlier than January 28, 2013.  Ms. Weingart states the following as grounds:

1. Ms. Weingart was indicted on August 31, 2011 with fifteen counts of wire fraud and engaging in monetary transactions in property derived from specific unlawful activity pursuant to 18 U.S.C §§ 1343 and 1957, respectively (doc. 1).

2. Ms. Weingart appeared on September 2, 2011 for an initial appearance (doc. 7) and also appeared on September 8, 2011, for an arraignment, discovery conference, and detention hearing (docs. 13 and 15).  A trial was set for October 17, 2011 (doc. 25).

1

3. Ms. Weingart's prior attorney filed an unopposed motion to continue the trial and to add 180 days to her speedy trial calculation (doc. 26). Co-defendant's Alois Weingart and John Gallegos filed similar motions (docs. 26 and 39).

4. On October 14, 2011, the Court held a hearing and granted the defendants' respective motions to continue trial and to add 180 days to their speedy trial, although declined to declare the case complex (doc. 42). The Court then set a motions filing deadline for March 12, 2012, which was 150 days in the future and 186 days from the date Ms. Weingart was arraigned. The Court also set a trial date for September 17, 2012, which was 339 days in the future and 375 days from the date Ms. Weingart was arraigned.

5. On March 2, 2012, Ms. Weingart's Federal Public Defender filed a motion to withdraw as her attorney (doc. 62). That motion was granted by Magistrate Judge Boyd on March 8, 2012 (doc. 66) and undersigned counsel was appointed as CJA counsel to Ms. Weingart on March 12, 2012 (doc. 67).

6. Undersigned counsel filed a motion to extend the motions filing deadline on March 12, 2012 in which he made an initial request for a 90 day extension (doc. 68). After his initial review of discovery, counsel now believes an extension of 150 days from the filing of this motion is required as detailed below.

7. The majority of discovery was received by undersigned counsel on March 14, 2012. Discovery includes approximately 30,000 pages.

8. During the three weeks since counsel's appointment he has only been able to complete a very cursory review of discovery and to have a few conversations with AUSA Linda Kaufman and co-defendant's attorney, William Taylor. Counsel

believes that a significant amount of time will be required to carefully review the nearly 30,000 pages of discovery, to locate and interview witnesses some of whom it is believed do not reside locally, consult with and potentially retain experts including a forensic accountant, cross reference information on purported mortgage loan documents with other documents including credit reports and loan applications, and to become familiar enough with the discovery to potentially engage in meaningful plea negations.  Therefore, counsel believes he will require a similar period of time to file motions and prepare for trial as the court previously granted prior defense counsel and co-defendants' attorneys, or 150 days to file motions and 298 days to prepare for trial.[1]

        9.       The Speedy Trial Act requires a trial be commenced within 70 days after indictment or initial appearance, whichever is later. 18 U.S.C. § 136l(c)(l). Periods of delay are excluded from the 70-day period. The Act excludes time stemming from a continuance when the Court finds that the ends of justice outweigh the defendant's and public interest in a speedy trial, 18 U.S.C. § 136l(h)(7)(A), including time necessary for preparation and litigation of pretrial motions. <u>Bloate v. United States,</u> 559 U.S.___, 130 S.Ct. 1345, 1351-52 (2010).

        10.      Factors that apply to an ends of justice finding include: (1) whether the case is so complex or unusual, due to the number of defendants, the nature of the prosecution, and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established under the Speedy Trial Act; and (2) whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or complex but will deny reasonable time necessary for effective preparation, taking into account the

---

[1] 150 days from the filing of this motion is September 2, 2012, and 298 days is January 28, 2013.

exercise of due diligence under 18 U.S.C. § 316l(h)(B)(iv). See United States v. Larson, 627 F.3D 1198, 1203-04 (10th Cir.2010); United States v. Toombs, 574 F.3d 1262 (10th Cir. 2009).  In addition, in Lafler v. Cooper, __ U.S. __ (March 21, 2012), the Supreme Court extended the standard of adequate assistance of counsel guaranteed by the Sixth Amendment to plea negotiations.  In the present matter counsel believes it will take a significant amount of time to review and master the discovery to the extent that will be required (1) for a determination of what motions need to be filed, (2) to effectively conduct witness interviews and other investigation, (3) to be adequately prepared to potentially engage in plea negotiations and thereby provide reasoned and effective advise to Ms. Weingart, and (4) for adequate trial preparation.  Counsel believes that any period of time less than what is being requested would unreasonably deny counsel that ability to effectively represent Ms. Weingart.

**WHEREFORE**, Mr. Weingart respectfully requests that this Honorable Court enter an order continuing her trial and motions filing deadline.

Respectfully submitted,

Dated: April 5, 2012              By: s/Martin Stuart_____
                                  MARTIN STUART, *counsel for* Ms. Weingart
                                  PortmanStuart, LLC
                                  955 Bannock Street, suite 200
                                  Denver, CO 80204

4

Phone 303-355-6789
Fax 303-623-0714

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of April 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman
Assistant United States Attorney
1225 17th St., Ste. 700
Denver, CO 80202
Linda.kaufman@usdoj.gov

William Taylor
*Attorney or John Gallegos*
303 16th Street, #200
Denver, CO 80202
wltaylorpc@gmail.com

Paula Ray
*Attorney for Alois Craig Weingart*
1801 Broadway, suite 1100
Denver, CO 80202
paulamray@earthlink.net


/s/ Martin Stuart_____
Martin Stuart

6