**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                           Date: April 5, 2012
Court Reporter:         Paul Zuckerman

Criminal Action No. 11-cr-00355-MSK

*Parties*:                                                                        *Counsel Appearing:*

UNITED STATES OF AMERICA,                              Linda Kaufman

        Plaintiff,

v.

WAUNITA WEINGART,                                            Martin Stuart
JOHN PHILLIP GALLEGOS,                                    Darlene Bagley
ALOIS CRAIG WEINGART,                                      William Taylor
                                                                              Paula Ray

        Defendant.

---

**COURTROOM MINUTES**

---

HEARING:     Motions

**4:07 p.m.       Court in session.**

Defendants Weingart are present on bond.  Defendant Gallegos is not present.

The Court addresses Motion to Excuse Defendant from Appearing **(Doc. #80).**

Argument.  The Government orally moves to continue the hearing to allow defendant Gallegos' presence.

**ORDER:**     Motion to Excuse Defendant from Appearing **(Doc. #80)** is **GRANTED.**  The hearing is continued to **April 10, 2012 at 4:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO and all defendants must be present.

Courtroom Minutes  
Judge Marcia S. Krieger  
Page 2

**ORDER:**   The Government's Unopposed Motion for Variance in Numbering exhibits **(Doc. #78)** is **WITHDRAWN.**

**ORDER:**   Bond is continued.

**4:29 p.m.**   **Court in recess.**

**Total Time:**   **22 minutes.**
**Hearing concluded.**