IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11–cr–000335-001-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**WAUNITA WEINGART,**

Defendants.

### UNOPPOSED MOTION TO EXTEND MOTIONS FILING DEADLINE

Comes now the Defendant, Waunita Weingart, by and through her attorney, Martin Stuart, and moves this Court for an order to extend her motions filing deadline by one week and to extend the corresponding government response deadline by the same period of time.  As grounds Ms. Weingart states the following:

1. On March 12, 2012, Ms. Weingart filed a motion to extend her motions filing deadline (doc. 68) due to new counsel being appointed the same day motions were due.  On April 10, 2012, the Court granted Ms. Weingart's motion in part and set a new motions filing deadline for July 2, 2012, and a due date of July 16, 2012, for government responses (doc. 84).   During the same hearing the Court denied Ms. Weingart's motion to continue her trial date (doc. 81), in part finding that new counsel should be able to benefit from work prior counsel had done on Ms. Weingart's behalf.

2. Defense counsel has been diligently working on reviewing discovery and preparing for the filing of motions, although he believes a brief one week extension of

1

the filing deadline is necessary to complete the required tasks and to provide effective assistance of counsel.  During the April 10, 2012, hearing on motions, the Court inquired of defense counsel whether he had been in contact with prior counsel in order to obtain documents and other materials that had been created during prior counsel's several months of work on Ms. Weingart's case. Defense counsel responded that he had been in contact with prior counsel and that there did not appear to be any documents that would assist him. Subsequent to that hearing defense counsel again contacted prior counsel to again inquire if any materials could be obtained to assist in his review of discovery, investigation, preparation of motions, or other work to prepare for trial that might assist new counsel.  Ms. Weingart's prior counsel again confirmed that no work was done to prepare motions, no investigation was conducted, and the only document created involved research on potentially applicable United State Sentencing Guideline (USSG) calculations.

     3.     Assistant United States Attorney Linda Kaufman does not oppose this request.

**WHEREFORE**, Ms. Weingart respectfully requests that this Honorable Court enter an order extending her motions filing deadline to July 9, 2012, and the government's response deadline to July 23, 2012.

Respectfully submitted,

Dated: June 22, 2012                      By: s/Martin Stuart_____
                                               MARTIN STUART, *counsel for* Ms. Weingart
                                               PortmanStuart, LLC
                                               955 Bannock Street, suite 200

Denver, CO 80204
Phone 303-355-6789
Fax 303-623-0714

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman
Assistant United States Attorney
1225 17th St., Ste. 700
Denver, CO 80202
Linda.kaufman@usdoj.gov

William Taylor
*Attorney or John Gallegos*
303 16th Street, #200
Denver, CO 80202
wltaylorpc@gmail.com

Paula Ray
*Attorney for Alois Craif Weingart*
1801 Broadway, suite 1100
Denver, CO 80202
paulamray@earthlink.net


/s/ Martin Stuart_____
Martin Stuart