IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  WAUNITA WEINGART,
2.  JOHN PHILLIP GALLEGOS,
3.  ALOIS CRAIG WEINGART,

       Defendants.

## GOVERNMENT'S MOTION TO WITHDRAW DOCUMENT #88, GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

       The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, respectfully moves to withdraw the previously filed Government's Motion To Restrict Document (Doc. 88) in this matter.  As grounds therefor, the Government states as follows:

       1.      In filing Document #88, the Government neglected to reference a specific document it sought to restrict.

Respectfully submitted this 2nd day of July, 2012.

                                      JOHN F. WALSH
                                      United States Attorney

                    By:    *s/Linda Kaufman*
                                      LINDA KAUFMAN
                                      Assistant U.S. Attorney
                                      1225 Seventeenth Street, Suite 700
                                      Denver, Colorado   80202
                                      Telephone: (303) 454-0100
                                      Fax: (303) 454-0404
                                      E-mail: Linda.Kaufman@usdoj.gov
                                      ATTORNEY FOR THE GOVERNMENT

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION TO WITHDRAW DOCUMENT #88, GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
Email: martinstuartlaw@solucian.com

William Lewis Taylor
Email: wltaylorpc@gmail.com

Ms. Paula M. Ray
Email: paulamray@earthlink.net

*s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Phone: 303-454-0273
Fax: 303-454-0409
Michelle.Trujillo@usdoj.gov