IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  WAUNITA WEINGART,
2.  JOHN PHILLIP GALLEGOS,
3.  ALOIS CRAIG WEINGART,

      Defendants.

---

**ORDER GRANTING GOVERNMENT'S MOTION TO WITHDRAW DOCUMENT #88, GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**

---

This matter is before the Court on the Government's Motion to Withdraw Document #88, Government's Motion To Restrict Document.  Upon consideration and for good cause shown,

IT IS ORDERED that said Motion to Withdraw Document #88, is granted, and that Document #88 is hereby withdrawn.

IT IS SO ORDERED on this _____ day of July, 2012.

                                    _____
                                      THE HONORABLE MARCIA S. KRIEGER
                                      UNITED STATES DISTRICT COURT
                                      DISTRICT OF COLORADO