IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  WAUNITA WEINGART,
2.  JOHN PHILLIP GALLEGOS,
3.  ALOIS CRAIG WEINGART.

       Defendants.

---

## ORDER TO RESTRICT

---

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that Document #90, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of that document, are hereby restricted until further order by the Court.

IT IS ORDERED that said Document and Order and Brief in Support of Motion to Restrict Document shall be restricted to a "Level 3" and will be "Viewable by Filer & Court" only.

IT IS SO ORDERED on this _____ day of July, 2012.

                                                _____
                                                THE HONORABLE MARCIA S. KRIEGER
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO