# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  11–cr–000335-001-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**WAUNITA WEINGART,**

Defendants.

---

### MOTION FOR GOVERNMENT TO PROVIDE NOTICE OF RULE 404(B) EVIDENCE

---

Comes now the Defendant, Waunita Weingart, by and through her attorney, Martin Stuart, requests the government provide her with reasonable notice of any evidence of other crimes, wrongs, or acts on the following grounds:

1. Effective December 1, 1991, Rule 404(b) of the Federal Rules of Evidence was amended as follows:

> ... provided that upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial ... of the general nature of any such evidence in intends to introduce at trial.

2. The government is requested to provide notice to Ms. Weingart at least forty-five (45) days in advance of trial in order to reduce surprise and promote early resolution of any admissibility issues which may arise from 404(b) evidence.

3.     The requested evidence should include any extrinsic evidence the government seeks to use at trial, i.e., during its case-in-chief, for impeachment or possible rebuttal regarding any and all evidence regarding Ms. Weingart's character, evidence of other crimes, wrongs or acts of any specific act of untruthfulness on the part of Ms. Weingart in the government's possession or knowledge that may be offered by the government pursuant to Federal Rules of Evidence 404(b) and 608.

**WHEREFORE**, Defendant respectfully requests the government to provide reasonable notice of this evidence.

                                              Respectfully submitted,

Dated: <u>July 9, 2012</u>                   By: <u>s/Martin Stuart</u>
                                              MARTIN STUART, *counsel for* Ms. Weingart
                                              PortmanStuart, LLC
                                              955 Bannock Street, suite 200
                                              Denver, CO 80204
                                              Phone 303-355-6789
                                              Fax 303-623-0714

## CERTIFICATE OF SERVICE

   I hereby certify that on this 9th day of July 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman
Assistant United States Attorney
1225 17th St., Ste. 700
Denver, CO 80202
Linda.kaufman@usdoj.gov

William Taylor
*Attorney or John Gallegos*
303 16th Street, #200
Denver, CO 80202
wltaylorpc@gmail.com

Paula Ray
*Attorney for Alois Craig Weingart*
1801 Broadway, suite 1100
Denver, CO 80202
paulamray@earthlink.net

/s/ Martin Stuart_____
Martin Stuart