IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   **WAUNITA WEINGART**,
2.   JOHN PHILLIP GALLEGOS,
3.   ALOIS CRAIG WEINGART,

    Defendants.

## GOVERNMENT'S RESPONSE TO DEFENDANT WAUNITA WEINGART'S MOTION FOR GOVERNMENT TO PROVIDE NOTICE OF RULE 404(b) EVIDENCE (DOC. 100)

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Linda Kaufman, responds to Defendant Waunita Weingart's Motion for Government to Provide Notice of Rule 404(b) Evidence (Doc. 100) as follows:

1. The defendant has previously requested notice of evidence of other crimes, wrongs, or acts pursuant to Fed.R.Evid. 404(b), and the government has been ordered to provide written notice to the defendant no later than twenty-one days before trial unless for good cause shown, the Court permits less notice in accordance with that rule. Discovery Conference Memorandum and Order (Doc. 15 at 4, 8). Identical orders were entered in the co-defendant's cases. (Doc. 16 at 4, 8; Doc. 32 at 4, 8). The government intends to comply with those orders.

2. Despite its caption, the defendant's motion also includes a request for pre-trial notice of evidence the government seeks to use in its case-in-chief, for impeachment, or as possible rebuttal pursuant to Fed.R.Evid. 609. That rule, unlike Rule 404(b), does not require pretrial notice of such evidence, and the defendant has cited no authority requiring the requested notice.

WHEREFORE, the government respectfully requests that this Court deny the defendant's motion.

Respectfully submitted this 23rd day of July, 2012.

> JOHN F. WALSH
> United States Attorney
>
> By: *s/ Linda Kaufman*
> Linda Kaufman
> Assistant United States Attorney
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Facsimile: (303) 454-0404
> E-mail: Linda.Kaufman@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this 23rd day of July, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT WAUNITA WEINGART'S MOTION FOR GOVERNMENT TO PROVIDE NOTICE OF RULE 404(b) EVIDENCE (DOC. 100)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
Email: martinstuartlaw@solucian.com

William Lewis Taylor
Email: wltaylorpc@gmail.com

Ms. Paula M. Ray
E-mail: paulamray@earthlink.net

                                  By: *s/ Solange Reigel*
                                  SOLANGE REIGEL
                                  Legal Assistant to AUSA Linda Kaufman
                                  United States Attorney's Office
                                  1225 - 17th Street, Suite 700
                                  Denver, CO 80202
                                  Telephone: (303) 454-0244
                                  Fax: (303) 454-0402
                                  E-mail: solange.reigel@usdoj.gov