IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1.　　WAUNITA WEINGART,
2.　　JOHN PHILLIP GALLEGOS,
3.　　ALOIS CRAIG WEINGART,

　　　Defendants.

_____

## NOTICE OF ATTORNEY APPEARANCE
_____

　　　Comes now, Assistant United States Attorney Martha A. Paluch, through John F. Walsh, United States Attorney for the District of Colorado, and hereby enters her appearance as plaintiff's co-counsel in this matter.

　　　Respectfully submitted this 2nd day of August, 2012.

　　　　　　　　　JOHN F. WALSH
　　　　　　　　　United States Attorney


　　　　　　　　　By: *s/ Martha A. Paluch*_____
　　　　　　　　　Martha A. Paluch
　　　　　　　　　Assistant United States Attorney
　　　　　　　　　1225 Seventeenth Street, Suite 700
　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　Telephone: (303) 454-0100
　　　　　　　　　Facsimile: (303) 454-0404
　　　　　　　　　E-mail: Martha.Paluch@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 2nd day of August, 2012, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Paula M. Ray
E-mail: paulamray@earthlnk.net


By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov