IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  WAUNITA WEINGART,
2.  JOHN PHILLIP GALLEGOS,
3.  ALOIS CRAIG WEINGART,

   Defendants.

---

## JOINT MOTION TO EXPAND THE NUMBER OF DAYS ALLOTTED FOR TRIAL

---

  The United States of America, by and through Assistant United States Attorneys Linda Kaufman and Martha Paluch, Defendant Waunita Weingart, through counsel Martin Stuart, Defendant John P. Gallegos, through counsel William Taylor and Darlene Bagley, and Defendant Alois Craig Weingart, through counsel Paula M. Ray, respectfully move this Court to expand the number of days allotted for the trial of this matter, and as grounds therefor, state as follows:

  1.  In an effort to reach consensus as to the likely length of the trial, the above-named counsel have met and discussed the matter at length. All counsel agree that more than the presently-scheduled 15 days will be necessary for trial.

  2.  The parties assumed, for the sake of their discussions, that testimony would be presented for 7 hours per day at trial. The parties discussed the number of hours needed for the various components of the trial and agreed that up to 1 ½ days (10 hours) should be allotted for jury selection and opening statements. They also agree that up to 1

½ days (10 hours) may be needed for jury instructions and closing arguments.

3.      Explaining that its current draft witness list is a work in progress and is certain to change somewhat as trial preparation continues, the government has provided its current witness list to defense counsel early for the sole purpose of advancing the discussions as to the anticipated length of trial.

4.      The government plans to call witnesses to discuss each of the loans alleged to be part of the scheme, but as few witnesses for each loan and other aspects of the fraud as are necessary to prove the charged crimes. The government also intends to present as much evidence as possible through self-authenticating documents and summary charts. The government is finalizing the preparation of numerous custodians' declarations, the subjects of which are documents obtained from lending and financial institutions in this case. The government estimates that if stipulations can be reached on the basis of those declarations, 3 ½ hours of trial time can be saved. The government anticipates providing the declarations and proposed stipulations to defense counsel next week.

5.      The government has provided its Rule 702 disclosure to the defendants. It plans to call Certified Fraud Examiner Dana Chamberlin, who will provide summary, lay opinion, and expert opinion testimony. The government estimates that her testimony (both direct and cross) is likely to last 2 days (14 hours). Ms. Ray concurs in this estimate.

6.      Counsel agree that because the case relates to the various aspects of real estate transactions, the testimony is likely to proceed more slowly at first, as the jurors are introduced to the roles typically performed by loan brokers, loan officers, processors, underwriters, lenders' closing agents, and settlement agents, as well as the various documents used by them. Once certain concepts, roles, and documents have become

more familiar to the jurors, the parties agree that the pace of successive similar witnesses is certain to accelerate. In its estimate of the time needed for the presentation of its case-in-chief, the government has taken this acceleration into account. The government has allotted an equal time for direct examination and the total of three cross-examinations, and has taken into account the likelihood of as yet unforeseen circumstances which may arise at trial.

7.     The government has conducted a detailed analysis of the expected length of time necessary for the direct and cross-examination of its witnesses. It has also taken into account the fact that Defendants Waunita Weingart and Craig Weingart through counsel have indicated that they are unlikely to present witnesses, and that Defendant John Gallegos, through counsel, has indicated that he intends to present expert handwriting analysis testimony and possibly other witnesses. The government's position is that 20 days are necessary and sufficient for the trial of this matter.

8.     Defendant Waunita Weingart's position is that 25 days are necessary and sufficient for the trial of this matter.

9.     Defendant John Gallegos' position is that 25 days are necessary and sufficient for the trial of this matter.

10.     Defendant Alois Craig Weingart's position is that 20 days are necessary and sufficient for the trial of this matter.

Respectfully submitted this 16th day of August, 2012.

JOHN F. WALSH
United States Attorney

By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100 / Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

By: *s/ Martha Ann Paluch*
Martha Ann Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100 / Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

Attorneys for the Government

By: *s/ Martin Adam Stuart*
Martin Adam Stuart
Martin Stuart, P.C.
955 Bannock Street #200
Denver, CO 80204
Telephone: (303) 355-6789 / Facsimile: (303) 321-7781
E-mail: martinstuartlaw@solucian.com

Attorney for Defendant Waunita Weingart

By: *s/ Darlene Ann Bagley*
Darlene Ann Bagley
Ridley McGreevy & Winocur, P.C.
303 16th Street #200
Denver, CO 80202
Telephone: (303) 629-9700 / Facsimile: (303) 629-9702
E-mail: bagley@ridleylaw.com

By: *s/ William Lewis Taylor*
William Lewis Taylor
William L. Taylor, P.C.
303 16th Street #200
Denver, CO 80202
Telephone: (303) 629-9700 / Facsimile: (303) 629-7200
E-mail: wltaylorpc@gmail.com

Attorneys for Defendant John Phillip Gallegos

By: *s/ Paula M. Ray*
Paula M. Ray
Paula M. Ray, P.C.
P.O. Box 12554
Denver, CO 80212
Telephone: (303) 874-5170
E-mail: paulamray@earthlink.net

Attorney for Defendant Alois Craig Weingart

## CERTIFICATE OF SERVICE

I certify that on this 16th day of August, 2012, I electronically filed the foregoing **JOINT MOTION TO EXPAND THE NUMBER OF DAYS ALLOTTED FOR TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Paula M. Ray
E-mail: paulamray@earthlnk.net

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: solange.reigel@usdoj.gov