IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date:   August 23, 2012 |
| Court Reporter:   Terri Lindblom | |

Criminal Action No. 11-cr-00355-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Linda Kaufman |
| | Martha Paluck |
| Plaintiff, | |
| v. | |
| WAUNITA WEINGART, | Martin Stuart |
| JOHN PHILLIP GALLEGOS, | William Taylor |
| ALOIS CRAIG WEINGART, | Paula Ray |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   Motions

**10:59 a.m.   Court in session.**

Defendants Weingart are present; defendant Gallegos is present by telephone.

The Court addresses the motions to continue the trial (**Doc. #123, 124, 125, 127**).

Statements by all counsel as to time requested for the continuance.

The Court made specific oral findings justifying a continuance of the trial, which findings are incorporated herein.

**ORDER:**   The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.   The trial currently set on **September 17, 2012** and the final pretrial conference set on **September 13,**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**2012 at 4:00 p.m. are VACATED** and reset the trial to begin **March 18, 2013 at 1:30 p.m.**; final pretrial conference is set on **March 14, 2013 at 4:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO. The trial is set for 5 weeks, with dark days at this juncture being on each Friday.  The parties will be advised if the dark day changes, due to press of Court business during the trial.  All subsequent days of trial will begin at 8:30 a.m., unless counsel are notified otherwise.  Any subpoenas issued will be continued to the new trial date.  The current deadlines for disclosure of experts will remain in effect.  All information, including any additional witnesses will be disclosed by September 17, 2012.  No later amendments increasing the number of witness or exhibits absent leave of Court.  This deadline is binding only on the Government, with the exceptions set forth by the Court.  Motions at **Doc. #123, 124, 125 and 127 are GRANTED.**

**ORDER:**   Bond is continued.

**11:21 a.m.**   Court in recess.

**Total Time:**   22 minutes.
**Hearing concluded.**