**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   September 17, 2012
Court Reporter:     Terri Lindblom

Criminal Action No. 0-cr-0-MSK

*Parties*:                                  *Counsel Appearing:*

UNITED STATES OF AMERICA,                   Linda Kaufman
                                            Martha Paluch
       Plaintiff,

v.

WAUNITA WEINGART,                           Martin Stuart
JOHN PHILLIP GALLGEGOS, and                 William Taylor
ALOIS CRAIG WEINGART,                       Darlene Bagley (by telephone)
                                            Paula Ray
       Defendants.

---

**COURTROOM MINUTES**

---

HEARING:   Motions

**9:11 a.m.   Court in session.**

Defendants present on bond.

The Court addresses the parties Amended Joint Rule 702 Motion **(Doc. #136)**

Statements from counsel.

**9:41 a.m.   Court in recess**
**9:57 a.m.   Court in session**

**ORDER:**   Amended Joint Rule 702 Motion **(Doc. #136)** is **DENIED.** The filing of a new joint 702 motion and any responsive briefing will be filed by **October 17, 2012.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

        The hearing is set on **November 27, 2012 at 9:00 a.m.**, in Courtroom A901, 901 19th Street and **may**, if necessary, continue on November 28, 2012.

**ORDER:** Bond is continued.

**10:03 a.m.** **Court in recess.**

**Total Time:** **36 minutes.**
**Hearing concluded.**