IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: September 17, 2012 |
| Court Reporter: Terri Lindblom | |

Criminal Action No. 11-cr-00355-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Linda Kaufman |
| | Martha Paluch |
| Plaintiff, | |
| v. | |
| WAUNITA WEINGART, | Martin Stuart |
| JOHN PHILLIP GALLGEGOS, and | William Taylor |
| ALOIS CRAIG WEINGART, | Darlene Bagley (by telephone) |
| | Paula Ray |
| Defendants. | |

### AMENDED COURTROOM MINUTES

HEARING:    Motions

**9:11 a.m.     Court in session.**

Defendants present on bond.

The Court addresses the parties Amended Joint Rule 702 Motion **(Doc. #136)**

Statements from counsel.

**9:41 a.m.     Court in recess**
**9:57 a.m.     Court in session**

**ORDER:**    Amended Joint Rule 702 Motion **(Doc. #136)** is **DENIED.**  The filing of a new joint 702 motion and any responsive briefing will be filed by **October 17, 2012.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

>The hearing is set on **November 27, 2012 at 9:00 a.m.**, in Courtroom A901, 901 19th Street and **may**, if necessary, continue on November 28, 2012.

**ORDER:**   Bond is continued.

**10:03 a.m.**   **Court in recess.**

**Total Time:**   **36 minutes.**
**Hearing concluded.**