**SUMMARY OF LOAN CODES**

| Loan Code | Date of Loan | Amount of Loan | Borrower(s) | Collateral Pledged |
|---|---|---|---|---|
| S-1 | 9/15/1997 | $ 261,600 | Craig & Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-2 | 8/24/1998 | $ 372,000 | Craig & Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-3 | 7/29/1999 | $ 363,300 | Craig & Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-4 | 8/3/2000 | $ 420,000 | Craig & Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-5 | 8/7/2000 | $ 397,500 | Craig & Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-6 | 10/12/2000 | $ 356,000 | Craig & Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-7 | 8/1/2002 | $ 35,000 | Craig & Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-8 | 1/27/2003 | $ 400,000 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-9 | 11/19/2003 | $ 420,000 | Alois Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-10 | 2/19/2004 | $ 405,000 | Alois Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-11 | 4/9/2004 | $ 320,000 | Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-12 | 5/6/2004 | $ 400,000 | Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-13 | 11/15/2004 | $ 360,400 | Waunita Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-14 | 11/15/2004 | $ 360,000 | Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-15 | 8/19/2005 | $ 496,000 | Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-16 | 8/26/2005 | $ 406,250 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-17 | 8/31/2005 | $ 492,000 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-18 | 9/7/2005 | $ 400,000 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-19 | 9/21/2005 | $ 425,000 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-20 | 10/7/2005 | $ 386,500 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-21 | 10/13/2005 | $ 400,000 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-22 | 10/18/2005 | $ 412,500 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-23-A * | 12/5/2006 | $ 568,000 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-23-B * | 12/5/2006 | $ 142,000 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-24 | 12/22/2006 | $ 440,000 | Waun Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-25 | 10/30/2007 | $ 86,300 | Craig Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-26-A * | 1/18/2008 | $ 417,000 | Alois Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| S-26-B * | 1/18/2008 | $ 32,000 | Alois Weingart | 7766 Saxeborough Drive, Castle Rock, CO |
| L-1 | 3/21/2002 | $ 278,000 | John Gallegos | 141 Lost Angel Road, Boulder, CO |
| L-2 | 3/29/2002 | $ 400,000 | John Gallegos | 141 Lost Angel Road, Boulder, CO |
| L-3 | 6/25/2002 | $ 229,800 | John Gallegos | 141 Lost Angel Road, Boulder, CO |
| L-4 | 2/13/2004 | $ 400,000 | John Gallegos | 141 Lost Angel Road, Boulder, CO |
| L-5 | 4/9/2004 | $ 410,000 | Waun Weingart | 141 Lost Angel Road, Boulder, CO |
| L-6 | 5/24/2004 | $ 444,500 | Waun Weingart | 141 Lost Angel Road, Boulder, CO |
| L-7 | 10/25/2004 | $ 397,000 | Waun Weingart | 141 Lost Angel Road, Boulder, CO |
| L-8 | 11/15/2004 | $ 400,000 | Waun Weingart | 141 Lost Angel Road, Boulder, CO |
| L-9 | 8/25/2005 | $ 400,000 | John Gallegos | 141 Lost Angel Road, Boulder, CO |
| L-11 | 12/27/2006 | $ 495,000 | John Gallegos | 141 Lost Angel Road, Boulder, CO |
| L-12 | 12/29/2006 | $ 465,000 | Waun Weingart | 141 Lost Angel Road, Boulder, CO |
| L-13 | 1/23/2007 | $ 450,000 | Waun Weingart | 141 Lost Angel Road, Boulder, CO |
| L-14-A * | 3/14/2008 | $ 417,000 | Waun Weingart | 141 Lost Angel Road, Boulder, CO |
| L-14-B * | 3/14/2008 | $ 28,362 | Waun Weingart | 141 Lost Angel Road, Boulder, CO |
| L-15 | 4/21/2008 | $ 417,000 | John Gallegos | 141 Lost Angel Road, Boulder, CO |

**ATTACHMENT 3**

| Loan Code | Date of Loan | Amount of Loan | Borrower(s) | Collateral Pledged |
|---|---|---|---|---|
| 6th-1 | 9/22/2000 | $ 124,700 | John Gallegos | 430 6th Avenue, Denver, CO |
| 6th-2 | 9/22/2000 | $ 124,720 | John Gallegos | 430 6th Avenue, Denver, CO |
| 6th-3 | 6/25/2001 | $ 136,800 | John Gallegos | 430 6th Avenue, Denver, CO |
| 6th-4 | 7/11/2001 | $ 136,800 | John Gallegos | 430 6th Avenue, Denver, CO |
| 6th-5-A* | 11/30/2001 | $ 136,800 | John Gallegos | 430 6th Avenue, Denver, CO |
| 6th-5-B* | 11/30/2001 | $ 34,200 | John Gallegos | 430 6th Avenue, Denver, CO |
| 6th-6 | 12/20/2001 | $ 136,800 | John Gallegos | 430 6th Avenue, Denver, CO |
| Calif-1 | 7/19/2001 | $ 337,500 | John Gallegos | 7603 California Avenue SW, Seattle, WA |
| Calif-2 | 12/27/2002 | $ 360,000 | John Gallegos | 7603 California Avenue SW, Seattle, WA |
| Calif-3 | 4/15/2005 | $ 359,000 | John Gallegos | 7603 California Avenue SW, Seattle, WA |
| Calif-4 | 10/12/2007 | $ 465,500 | John Gallegos | 7603 California Avenue SW, Seattle, WA |
| Calif-5 | 1/22/2008 | $ 383,200 | John Gallegos | 7603 California Avenue SW, Seattle, WA |
| Calif-6 | 1/2008 | $ 100,000 | John Gallegos | 7603 California Avenue SW, Seattle, WA |
| Unk-1 | 12/18/2002 | $ 486,000 | Craig Weingart | unknown ** |
| Unk-2 | 10/22/2003 | $ 420,000 | Alois Weingart | unknown ** |

* The "A" designation reflects the first mortgage.  The "B" designation reflects the second mortgage.

**The address of the property pledged as collateral is, as of the date of this chart, unknown.