# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☐ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|
| Amount $496,000.00 | Interest Rate 8.450 %  No. of Months 360 | Amortization Type: ☐ Fixed Rate  ☐ GPM  ☐ Other (explain): ☐ ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) 7766 Saxeborough Dr., Castle Rock, CO 80108 | No. of Units 1 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) | Year Built 1980 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): X Refinance  ☐ Construction-Permanent | Property will be: X Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 1997 | $350,000.00 | $386,000.00 | ref1-Cash Out | Cost: $0.00 |

| Title will be held in what Name(s) Waun Weingart | Manner in which Title will be held | Estate will be held in: X Fee Simple  ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | Waun Weingart | |
| Social Security Number | 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 | |
| Home Phone (incl. area code) | (303)660-6663 | |
| DOB (MM/DD/YYYY) | 01/10/1950 | |
| Yrs. School | 12 | |
| Marital Status | X Married  ☐ Separated  ☐ Unmarried | ☐ Married  ☐ Separated  ☐ Unmarried |
| Dependents (not listed by Co-Borrower) no. 0 | | |
| Present Address (street, city, state, ZIP) X Own ☐ Rent ___ No. Yrs 6 | 7766 Saxeborough Dr. Castle Rock, CO 80108 | |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | 7766 SAXEBOROUGH DR. CASTLE ROCK, CO 80108 | |
|---|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer  X Self Employed | TCS | |
| Yrs. on this job | 5 | |
| Yrs. employed in this line of work/profession | | |
| Position/Title/Type of Business | Real Estate Investor | |
| Business Phone (incl. area code) | (303)660-6663 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer ☐ Self Employed | | |
| Dates (from - to) | | |
| Monthly Income | $ | $ |
| Position/Title/Type of Business | | |
| Business Phone (incl. area code) | | |

| Name & Address of Employer ☐ Self Employed | | |
|---|---|---|
| Dates (from - to) | | |
| Monthly Income | $ | $ |
| Position/Title/Type of Business | | |
| Business Phone (incl. area code) | | |

0130804263

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04
Page 1 of 4
VMP -21N (0305)   VMP Mortgage Solutions (800)521-7291

Initials: [signature]

Borrower's cell | Borrower's pager
Co-Borrower's cell | Co-Borrower's pager

00000130804263060599090901

**ATTACHMENT 4(a)**

00002475

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 70,000.00 | | $ 70,000.00 | Rent | $ 0.00 | //////// |
| Overtime | 0.00 | | 0.00 | First Mortgage (P&I) | 2,503.00 | 3,492.67 |
| Bonuses | 0.00 | | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | | 0.00 | Hazard Insurance | 100.00 | 100.00 |
| Dividends/Interest | 0.00 | | 0.00 | Real Estate Taxes | 200.00 | 200.00 |
| Net Rental Income | 0.00 | | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 70,000.00 | | $ 70,000.00 | Total | $ 2,803.00 | $ 3,792.67 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly  [X] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ 0.00 | LIABILITIES | | |
| | | Name and address of Company *** SEE ADDENDUM *** | $ Payment/Months | $ |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union Vested 401k Retirement - Aggregated | | | | |
| Acct. no. | $ 0.00 | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union Checking/Savings - Aggregated | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | $ 0.00 | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| Acct. no. | | Acct. no. | | |
| Stocks & Bonds (Company name/number & description) /0 | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| | | Acct. no. | | |
| Life insurance net cash value Face amount: $0.00 | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| Subtotal Liquid Assets | $ 0.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 800,000.00 | Acct. no. | | |
| Vested interest in retirement fund | $ 0.00 | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | $ 0.00 | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | //////// |
| | | Job-Related Expense (child care, union dues, etc.) | $ | //////// |
| | | Total Monthly Payments | $ 25,618.01 | //////// |
| Total Assets a. | $ 800,000.00 | $ 329,263.00 | Total Liabilities b. | $ 470,737.00 |

0130804253

Page 2 of 4

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04

00002476

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| *** SEE ADDENDUM *** | | | | | | | |
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ 800000 | $ 3836166 | $ 0 | $ 26125 | $ 750 | $ 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

| | | | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|---|
| | | | | Yes | No | Yes | No |
| a. | Purchase price | $ | 0.00 | | | | |
| b. | Alterations, improvements, repairs | | 0.00 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | | |
| c. | Land (if acquired separately) | | 0.00 | a. Are there any outstanding judgments against you? | | X | | |
| d. | Refinance (incl. debts to be paid off) | | 0.00 | b. Have you been declared bankrupt within the past 7 years? | | X | | |
| e. | Estimated prepaid items | | 2,317.98 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| f. | Estimated closing costs | | 1,450.00 | d. Are you a party to a lawsuit? | | X | | |
| g. | PMI, MIP, Funding Fee | | 0.00 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | |
| h. | Discount (if Borrower will pay) | | 10,098.56 | | | | | |
| i. | Total costs (add items a through h) | | 13,866.54 | | | | | |
| j. | Subordinate financing | | 0.00 | | | | | |
| k. | Borrower's closing costs paid by Seller | | 0.00 | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | |
| l. | Other Credits (explain) | | 0.00 | | | | | |
| | | | 0.00 | g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| | | | 0.00 | h. Is any part of the down payment borrowed? | | X | | |
| | | | 0.00 | i. Are you a co-maker or endorser on a note? | | X | | |
| | | | 0.00 | j. Are you a U.S. citizen? | X | | | |
| | | | | k. Are you a permanent resident alien? | | X | | |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | | 496,000.00 | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| n. | PMI, MIP, Funding Fee financed | | 0.00 | m. Have you had an ownership interest in a property in the last three years? (1) What type of property did you own - - principal residence (PR), second home (SH), or investment property (IP)? (2) How did you hold title to the home - - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | |
| o. | Loan amount (add m & n) | | 496,000.00 | | | | | |
| p. | Cash from/to Borrower (subtract j, k, l & o from i) | | -482,133.46 | | | | | |

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _(signed)_ | 8/15/05 | X | |

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| [ ] I do not wish to furnish this information. | | [ ] I do not wish to furnish this information. | |
| Ethnicity: [ ] Hispanic or Latino [X] Not Hispanic or Latino | | Ethnicity: [ ] Hispanic or Latino [ ] Not Hispanic or Latino | |
| Race: [ ] American Indian or Alaska Native [ ] Asian [ ] Black or African American [ ] Native Hawaiian or Other Pacific Islander [X] White | | Race: [ ] American Indian or Alaska Native [ ] Asian [ ] Black or African American [ ] Native Hawaiian or Other Pacific Islander [ ] White | |
| Sex: [X] Female [ ] Male | | Sex: [ ] Female [ ] Male | |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Bryan Haggard | |
| [ ] Face-to-face interview | Interviewer's Signature _(signed Bryan Haggard)_ | Date 8-12-05 | 6312 South Fiddlers Green Circle, Suite |
| [ ] Mail | | Greenwood, CO 80111 |
| [X] Telephone | Interviewer's Phone Number (incl. area code) | |
| [ ] Internet | (720)488-0045 | |

0130804263
VMP-21N (0308)

Page 3 of 4

Freddie Mac Form 65 01/04
Fannie Mae Form 1003 01/04

00002477



Addendum for Loan # : 0130804263 - Weingart, Waun

--- LIABILITIES ---

```
Creditor    :WASHINGTON MUTUAL FA         Acct. #    : 1560675938427
Address     :PO BOX 1093                  Balance    : $401,761.00
                                          Payment    : [$1,857.00]
C/S/Z       :NORTHRIDGE,CA 91328          Rem. Term  :    217
Acct. Type  :Mortgage
In Name Of  :

Creditor    :DISCOVER FIN                 Acct. #    : 601100970352
Address     :POB 15316                    Balance    : $138.00
                                          Payment    : $10.00
C/S/Z       :WILMINGTON,DE 19850          Rem. Term  :    14
Acct. Type  :Revolving
In Name Of  :

Creditor    :G M A C                      Acct. #    : 021902339178
Address     :PO BOX 12699                 Balance    : [$34,377.00]
                                          Payment    : [$1,249.00]
C/S/Z       :GLENDALE,AZ 85318            Rem. Term  :    28
Acct. Type  :Auto
In Name Of  :

Creditor    :CHASE MANHATTAN MORT         Acct. #    : 17487711
Address     :10790 RANCHO BERNARDO RD     Balance    : [$405,688.00]
                                          Payment    : [$3,164.00]
C/S/Z       :SAN DIEGO,CA 92127           Rem. Term  :    129
Acct. Type  :Mortgage
In Name Of  :

Creditor    :BENEFICIAL/HFC               Acct. #    : 2217151710
Address     :2700 SANDERS RD              Balance    : $32,403.00
                                          Payment    : $595.00
C/S/Z       :PROSPECT HEIGHT,IL 60070     Rem. Term  :    55
Acct. Type  :Revolving
In Name Of  :

Creditor    :CHASE NA                     Acct. #    : 5149228090
Address     :4915 INDEPENDENCE PARKWAY    Balance    : [$17,836.00]
                                          Payment    : [$356.00]
C/S/Z       :TAMPA,FL 33634               Rem. Term  :    51
Acct. Type  :Revolving
In Name Of  :

Creditor    :AURORA LOAN SERVICES         Acct. #    : 3640018430686
Address     :601 5TH AVE                  Balance    : [$357,739.00]
                                          Payment    : [$2,697.00]
C/S/Z       :SCOTTSBLUFF,NE 69361         Rem. Term  :    133
Acct. Type  :Mortgage
In Name Of  :

Creditor    :WASHINGTON MUTUAL FA         Acct. #    : 1560680413010
Address     :PO BOX 1093                  Balance    : [$396,949.00]
                                          Payment    : [$1,602.00]
C/S/Z       :NORTHRIDGE,CA 91328          Rem. Term  :    248
Acct. Type  :Mortgage
In Name Of  :

Creditor    :AMEX                         Acct. #    : 04136352901634
Address     :PO BOX 297871                Balance    : $276.00
                                          Payment    : $10.00
C/S/Z       :FORT LAUDERDALE,FL 33329     Rem. Term  :    28
Acct. Type  :Revolving
In Name Of  :
```

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X _[signature]_ | Date: 8/19/05 | Co-Borrower's Signature: X | Date: |

00000130804263050990905

00002479

Addendum for Loan # : 0130804263 - Weingart, Waun

--- LIABILITIES ---

```
Creditor    :COUNTRYWIDE HOME LOA    Acct. #    : 56490730
Address     :450 AMERICAN ST         Balance    : [$444,500.00]
                                     Payment    : [$2,861.00]
C/S/Z       :SIMI VALLEY,CA 93065    Rem. Term  :   156
Acct. Type  :Mortgage
In Name Of  :

Creditor    :CHASE MANHATTAN MORT    Acct. #    : 17452483
Address     :10790 RANCHO BERNARDO RD Balance   : [$316,552.00]
                                     Payment    : [$2,526.00]
C/S/Z       :SAN DIEGO,CA 92127      Rem. Term  :   126
Acct. Type  :Mortgage
In Name Of  :

Creditor    :INDYMAC BANK            Acct. #    : 6681000519718
Address     :1 NATIONAL CITY PKWY    Balance    : [$342,721.00]
                                     Payment    : [$2,680.00]
C/S/Z       :KALAMAZOO,MI 49009      Rem. Term  :   128
Acct. Type  :Mortgage
In Name Of  :

Creditor    :BAC-BANKCARD            Acct. #    : 430178920078
Address     :1825 E BUCKEYE RD       Balance    : $2,252.00
                                     Payment    : $10.00
C/S/Z       :PHOENIX,AZ 85034        Rem. Term  :   226
Acct. Type  :Revolving
In Name Of  :

Creditor    :AMEX                    Acct. #    : 05020297401336
Address     :PO BOX 297871           Balance    : $5,295.00
                                     Payment    : $158.00
C/S/Z       :FORT LAUDERDALE,FL 33329 Rem. Term  :    34
Acct. Type  :Revolving
In Name Of  :

Creditor    :CITI/SHELL              Acct. #    : 124242
Address     :PO BOX 6003             Balance    : $304.00
                                     Payment    : $10.00
C/S/Z       :HAGERSTOWN,MD 21747     Rem. Term  :    31
Acct. Type  :Revolving
In Name Of  :

Creditor    :CHASE                   Acct. #    : 541712362594
Address     :800 BROOKSEDGE BLVD     Balance    : $217.00
                                     Payment    : $10.00
C/S/Z       :WESTERVILLE,OH 43081    Rem. Term  :    22
Acct. Type  :Revolving
In Name Of  :

Creditor    :MBNA AMERICA            Acct. #    : 7439
Address     :POB 17054               Balance    : [$24,475.00]
                                     Payment    : [$620.00]
C/S/Z       :WILMINGTON,DE 19884     Rem. Term  :    40
Acct. Type  :Revolving
In Name Of  :

Creditor    :FLAGSTAR BANK           Acct. #    : 274998100276
Address     :5151 CORPORATE DR       Balance    : [$381,072.00]
                                     Payment    : [$2,503.00]
C/S/Z       :TROY,MI 48098           Rem. Term  :   153
Acct. Type  :Mortgage
In Name Of  :
```

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X /s/ | 8/19/05 | X | |

00000130804263080590606

00002480

```
Addendum for Loan # : 0130804263 - Weingart, Waun

                --- LIABILITIES ---

Creditor    :MERCEDES BENZ CREDIT       Acct. #    : 3000921290
Address     :PO BOX 685                 Balance    : $27,742.00
                                        Payment    : $733.00
C/S/Z       :WESTLAKE,TX 76262          Rem. Term  :      38
Acct. Type  :Auto
In Name Of  :

Creditor    :AURORA LOAN SERVICES       Acct. #    : 3640018430389
Address     :601 5TH AVE                Balance    : [$397,488.00]
                                        Payment    : [$3,120.00]
C/S/Z       :SCOTTSBLUFF,NE 69361       Rem. Term  :     128
Acct. Type  :Mortgage
In Name Of  :

Creditor    :OHIO SAVINGS BANK          Acct. #    : 2367875
Address     :1801 E 9TH ST STE 200      Balance    : [$359,293.00]
                                        Payment    : [$2,520.00]
C/S/Z       :CLEVELAND,OH 44114         Rem. Term  :     143
Acct. Type  :Mortgage
In Name Of  :

Creditor    :CHASE                      Acct. #    : 5490922600
Address     :100 DUFFY AVE              Balance    : [$15,724.00]
                                        Payment    : [$412.00]
C/S/Z       :HICKSVILLE,NY 11801        Rem. Term  :      39
Acct. Type  :Revolving
In Name Of  :

Creditor    :BP/CITI                    Acct. #    : 450193
Address     :PO BOX 6003                Balance    : $349.00
                                        Payment    : $10.00
C/S/Z       :HAGERSTOWN,MD 21747        Rem. Term  :
Acct. Type  :Revolving
In Name Of  :

Creditor    :790 Magnolia St  Scottsdale, AZ  Acct. #  :
Address     :                           Balance    : $0.00
                                        Payment    : $1,907.00
C/S/Z       :                           Rem. Term  :       0
Acct. Type  :Negative Rental Inc
In Name Of  :

Creditor    :259 Falcons Fire Ave  Las Vegas, NV Acct. # :
Address     :                           Balance    : $0.00
                                        Payment    : $2,747.00
C/S/Z       :                           Rem. Term  :       0
Acct. Type  :Negative Rental Inc
In Name Of  :

Creditor    :2122 W 44th Ave  Seattle, WA  Acct. #    :
Address     :                           Balance    : $0.00
                                        Payment    : $1,652.00
C/S/Z       :                           Rem. Term  :       0
Acct. Type  :Negative Rental Inc
In Name Of  :

Creditor    :141 Lost Angel Rd  Boulder, CO  Acct. #   :
Address     :                           Balance    : $0.00
                                        Payment    : $2,911.00
C/S/Z       :                           Rem. Term  :       0
Acct. Type  :Negative Rental Inc
In Name Of  :
```

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X (signature) | 8/9/05 | X | |

00000130804263080599000?

00002481

```
Addendum for Loan # : 0130804263 - Weingart, Waun

                    --- LIABILITIES ---

Creditor     :777 Sunrise Pl  Pheonix, AZ    Acct. #    :
Address      :                               Balance    : $0.00
                                             Payment    : $2,576.00
C/S/Z        :                               Rem. Term  :      0
Acct. Type   :Negative Rental Inc
In Name Of   :

Creditor     :7605 California SW  Seattle, WA  Acct. #  :
Address      :                               Balance    : $0.00
                                             Payment    : $2,680.01
C/S/Z        :                               Rem. Term  :      0
Acct. Type   :Negative Rental Inc
In Name Of   :

Creditor     :249 Falcons Fire Ave  Las Vegas, NV  Acct. # :
Address      :                               Balance    : $0.00
                                             Payment    : $2,570.00
C/S/Z        :                               Rem. Term  :      0
Acct. Type   :Negative Rental Inc
In Name Of   :

Creditor     :7605 California  Seattle, WA   Acct. #    :
Address      :                               Balance    : $0.00
                                             Payment    : $645.00
C/S/Z        :                               Rem. Term  :      0
Acct. Type   :Negative Rental Inc
In Name Of   :

Creditor     :3165 S Ogden  La Jolla, CA     Acct. #    :
Address      :                               Balance    : $0.00
                                             Payment    : $3,170.00
C/S/Z        :                               Rem. Term  :      0
Acct. Type   :Negative Rental Inc
In Name Of   :

Creditor     :770 Sunrise Place  Pheonix, AZ  Acct. #   :
Address      :                               Balance    : $0.00
                                             Payment    : $3,214.00
C/S/Z        :                               Rem. Term  :      0
Acct. Type   :Negative Rental Inc
In Name Of   :

              --- SCHEDULE OF REAL ESTATE OWNED ---

Address : 790 Magnolia St           Market Value  : $800,000.00
                                    Mortgage Amt  : $401,761.00
C/S/Z   : Scottsdale, AZ            Gross Income  : $0.00
Status  :                           Mortgage Pmt  : $1,857.00
Type    : SFR                       Taxes/Ins     : $50.00
                                    Net Rental Inc: ($1,907.00)

Address : 7605 California           Market Value  : $0.00
                                    Mortgage Amt  : $32,403.00
C/S/Z   : Seattle, WA               Gross Income  : $0.00
Status  :                           Mortgage Pmt  : $595.00
Type    : SFR                       Taxes/Ins     : $50.00
                                    Net Rental Inc: ($645.00)

Address : 259 Falcons Fire Ave      Market Value  : $0.00
                                    Mortgage Amt  : $357,739.00
C/S/Z   : Las Vegas, NV             Gross Income  : $0.00
Status  :                           Mortgage Pmt  : $2,697.00
Type    : SFR                       Taxes/Ins     : $50.00
                                    Net Rental Inc: ($2,747.00)
```

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X [signature] | 8/19/05 | X | |

00000130804263060599008

00002482

Addendum for Loan # : 0130804263 - Weingart, Waun

--- SCHEDULE OF REAL ESTATE OWNED ---

| Address | : 2122 W 44th Ave | Market Value | : $0.00 |
|---|---|---|---|
| | | Mortgage Amt | : $396,949.00 |
| C/S/Z | : Seattle, WA | Gross Income | : $0.00 |
| Status | : | Mortgage Pmt | : $1,602.00 |
| Type | : 2-4 | Taxes/Ins | : $50.00 |
| | | Net Rental Inc | : ($1,652.00) |

| Address | : 141 Lost Angel Rd | Market Value | : $0.00 |
|---|---|---|---|
| | | Mortgage Amt | : $444,500.00 |
| C/S/Z | : Boulder, CO | Gross Income | : $0.00 |
| Status | : | Mortgage Pmt | : $2,861.00 |
| Type | : SFR | Taxes/Ins | : $50.00 |
| | | Net Rental Inc | : ($2,911.00) |

| Address | : 777 Sunrise Pl | Market Value | : $0.00 |
|---|---|---|---|
| | | Mortgage Amt | : $316,552.00 |
| C/S/Z | : Pheonix, AZ | Gross Income | : $0.00 |
| Status | : | Mortgage Pmt | : $2,526.00 |
| Type | : SFR | Taxes/Ins | : $50.00 |
| | | Net Rental Inc | : ($2,576.00) |

| Address | : 7605 California SW | Market Value | : $0.00 |
|---|---|---|---|
| | | Mortgage Amt | : $342,721.00 |
| C/S/Z | : Seattle, WA | Gross Income | : $0.00 |
| Status | : | Mortgage Pmt | : $2,680.00 |
| Type | : SFR | Taxes/Ins | : $0.01 |
| | | Net Rental Inc | : ($2,680.01) |

| Address | : 7766 Saxeborough Dr. | Market Value | : $0.00 |
|---|---|---|---|
| | | Mortgage Amt | : $381,072.00 |
| C/S/Z | : Castle Rock, CO 80108 | Gross Income | : $0.00 |
| Status | : | Mortgage Pmt | : $2,503.00 |
| Type | : SFR | Taxes/Ins | : $300.00 |
| | | Net Rental Inc | : $0.00 |

| Address | : 3165 S Ogden | Market Value | : $0.00 |
|---|---|---|---|
| | | Mortgage Amt | : $397,488.00 |
| C/S/Z | : La Jolla, CA | Gross Income | : $0.00 |
| Status | : | Mortgage Pmt | : $3,120.00 |
| Type | : SFR | Taxes/Ins | : $50.00 |
| | | Net Rental Inc | : ($3,170.00) |

| Address | : 249 Falcons Fire Ave | Market Value | : $0.00 |
|---|---|---|---|
| | | Mortgage Amt | : $359,293.00 |
| C/S/Z | : Las Vegas, NV | Gross Income | : $0.00 |
| Status | : | Mortgage Pmt | : $2,520.00 |
| Type | : | Taxes/Ins | : $50.00 |
| | | Net Rental Inc | : ($2,570.00) |

| Address | : 770 Sunrise Place | Market Value | : $0.00 |
|---|---|---|---|
| | | Mortgage Amt | : $405,688.00 |
| C/S/Z | : Pheonix, AZ | Gross Income | : $0.00 |
| Status | : | Mortgage Pmt | : $3,164.00 |
| Type | : | Taxes/Ins | : $50.00 |
| | | Net Rental Inc | : ($3,214.00) |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: | Co-Borrower's Signature: | Date: |
|---|---|---|---|
| X /s/ | 8/19/05 | X | |

00002483