```
EQUIFAX MORTGAGE SERVICES                ORDER NUMBER: 84WB47   Page: 1
6 E. CLEMENTON RD. SUITE A-2          REPOSITORY SOURCE: EFX XPN TU
GIBBSBORO, NJ  08026                          DATE ORD: 08/12/2005
PHONE: 800-925-7461 FAX: 800-477-7304         DATE DEL: 08/12/2005
REPORT PREPARED FOR:                        LOAN NUMBER: 0130804263
  AMERIQUEST MORTGAGE COMPANY       INDIV/JOINT REPORT: INDIVIDUAL
  1600 DOUGLASS ROAD                            PRICE: 7.60
  ANAHEIM, CA  92806                   ACCOUNT NUMBER: 080FM94398
                                           ORDERED BY:

  BORROWER'S INFORMATION               CO-BORROWER'S INFORMATION
NAME: WUANITA WEINGART                NAME:
SSN: 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        AGE:         SSN:                  AGE:
CURRENT ADDRESS: 7766 SAXEBOROUGH DR. CASTLE ROCK CO 80108
PREVIOUS ADDRESS: 7766 SAXEBOROUGH DR. CASTLE ROCK CO 80108

OWN/RENT:                            SINCE:
NUMBER OF DEPENDENTS:                MARITAL STATUS:

NO EMPLOYMENT INFORMATION AVAILABLE
```

### SUMMARY REPORT

| TRADE TYPE | # | TOTAL W/BAL | TOTAL BALANCE | TOTAL PYMT | TOTAL P/D | 30 | 60 | 90 | DATE LAST P/D |
|---|---|---|---|---|---|---|---|---|---|
| REAL EST | 17 | 10 | $ 3803763 | $ 25530 | $ 0 | 1 | 0 | 0 | 11/2004 |
| INSTALL | 20 | 2 | $ 62119 | $ 1982 | $ 0 | 4 | 0 | 0 | 07/2003 |
| REVOLVING | 29 | 11 | $ 99269 | $ 2987 | $ 0 | 1 | 0 | 0 | 06/2002 |
| COLLECT | 0 | 0 | $ 0 | $ 0 | $ 0 | - | - | - | |
| OTHER | 0 | 0 | $ 0 | $ 0 | $ 0 | 0 | 0 | 0 | |
| TOTAL | 66 | 23 | $ 3965151 | $ 30499 | $ 0 | 6 | 0 | 0 | 11/2004 |

```
PUBLIC RECORDS : LIENS : JUDGMENTS : FORECLOSURE : BANKRUPTCY : OTHER : TOTAL
TOTAL NUMBER        0          0           0            0          0      0
--------------------------------------------------------------------------
# INQUIRIES:  8                          # NEW TRADES: 0
OLDEST TRADE OPEN :  06/1992
```

### CREDIT HILITE ONLY. NOT A RESIDENTIAL MORTGAGE CREDIT REPORT

| CREDIT GRANTOR ACCOUNT NUMBER | DATE OPENED | LAST DT REPORTD | HIGH CREDIT | BALANCE OWING | CURR RATE | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|---|

```
*** NON DELINQUENT TRADES ***
```

**ATTACHMENT
4(b)**

00002485

```
WUANITA WEINGART              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              (84WB47) Page 2
0130804263
==================================================================================

---------------------------------------------------------------------------
  CREDIT GRANTOR       DATE    LAST DT      HIGH    BALANCE CURR HISTORY
  ACCOUNT NUMBER       OPENED  REPORTD      CREDIT   OWING RATE 30 60 90
---------------------------------------------------------------------------

  1  AMERICAN GENERAL  12/1995 08/1996       342        0  I1   0  0  0
     12950249046224146                                      TERMS=
     MR=9   ECOA=I  B / XPN=01 DLA=08/1996
     PDA=0
     PP START DT= 08/1996 PP=XCCCCCCCC
     TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
     ACCOUNT PAID SATISFACTORILY

  2  AMERICAN NATIONAL 02/2003 01/2004      1000        0  R1   0  0  0
     130070074723                                          TERMS=
     MR=11  ECOA=I  B / XPN=01 DLA=01/2004
     PDA=0
     PP START DT= 01/2004 PP=XCCCCCCXCXX
     TYPE OF LOAN: CHECK CREDIT OR LINE OF CREDIT
     ACCOUNT TRANSFERED TO ANOTHER OFFICE

  3  AMEX              06/1999 08/2005       746      276  R1   0  0  0
     04413635290163+                                       TERMS=  1M*10
     MR=1   ECOA=A  B / XPN=01 DLA=08/2005
     PP START DT= 08/2005 PP=C
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

  4  AMEX              02/2001 08/2005     12100     5295  R1   0  0  0
     05020297401336                                        TERMS=*158
     MR=1   ECOA=I  B / XPN=01 DLA=08/2005
     PP START DT= 08/2005 PP=C
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

  5  AMEX              08/1998 03/2003       UNK        0  R1   0  0  0
     04413481101036                                        TERMS=
     MR=1   ECOA=U  B / XPN=01 DLA=03/2003
     PDA=0
     PP START DT= 03/2003 PP=X
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

  6  ASSOC/CITI        11/2001 07/2005       500        0  R1   0  0  0
     431795704120                                          TERMS=
     MR=44  ECOA=I  B / XPN=01 DLA=05/2002
     PP START DT= 07/2005 PP=CCCCCCXXCXXXXXXXXXXXXCXXX
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT
```

00002486

WUANITA WEINGART          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              (84WB47) Page 3
0130804263
================================================================================

--------------------------------------------------------------------------------
    CREDIT GRANTOR      DATE     LAST DT     HIGH     BALANCE CURR HISTORY
    ACCOUNT NUMBER      OPENED   REPORTD    CREDIT     OWING RATE 30 60 90
--------------------------------------------------------------------------------

  7  AURORA LOAN SERVI 11/2004 08/2005     360000    357739 M1   0  0  0
     3640018430686                                          TERMS=360M2697
     MR=9   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
     PP START DT= 08/2005 PP=CCCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

  8  AURORA LOAN SERVI 11/2004 08/2005     400000    397488 M1   0  0  0
     3640018430389                                          TERMS=360M3120
     MR=9   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
     PP START DT= 08/2005 PP=CCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

  9  BAC-BANKCARD      07/2002 07/2005      5000      2252 R1   0  0  0
     430178920078                                           TERMS=REV10
     MR=37   ECOA=A  B / XPN=01 DLA=07/2005
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 10  BENEFICIAL/HFC    08/2002 07/2005     35000     32403 R1   0  0  0
     2217151710                                             TERMS=REV535
     MR=36   ECOA=I  B / XPN=01 DLA=07/2005
     PP START DT= 07/2005 PP=CCCCCCCCCCCXCCCCCCCCCCCCCC
     TYPE OF LOAN: HOME EQUITY LINE OF CREDIT
     CURRENT ACCOUNT

 11  BENEFICIAL/HFC    10/2001 08/2002      6198         0 I1   0  0  0
     220171154825                                          TERMS=
     MR=16   ECOA=I  B / XPN=01 DLA=08/2002
     PDA=0
     PP START DT= 08/2002 PP=XCCCCCCCCC
     TYPE OF LOAN: NOTE LOAN
     ACCOUNT PAID SATISFACTORILY

 12  BP/CITTI          11/2001 07/2005       700       349 R1   0  0  0
     450193                                                 TERMS=REV10
     MR=44   ECOA=I  B / XPN=01 DLA=07/2005
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCXCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 13  CBUSASEARS        11/2000 08/2005      3400         0 R1   0  0  0
     504994809977                                          TERMS=
     MR=57   ECOA=I  B / XPN=01 DLA=04/2002
     PP START DT= 08/2005 PP=XXXXXXXXXXXXXXXXXXXXXXXXXXX
     TYPE OF LOAN: CHARGE ACCOUNT

00002487

```
WUANITA WEINGART              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              (84WB47) Page 4
0130804263
=====================================================================

---------------------------------------------------------------------
     CREDIT GRANTOR      DATE    LAST DT      HIGH    BALANCE CURR HISTORY
     ACCOUNT NUMBER     OPENED  REPORTD     CREDIT    OWING RATE 30 60 90
---------------------------------------------------------------------

     CURRENT ACCOUNT
                                                       .  .' .           :
 14  CBUSASEARS       12/2001 07/2005      2500        0 R1   0  0  0
     512108010009                                       TERMS=
     MR=44  ECOA=I  B / XPN=01 DLA=06/2002
     PP START DT= 07/2005 PP=XXXXXXXXXXXXXXXXXXXXXXXXXX
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 15  CBUSASEARS       11/2001 08/2005      1400        0 R1   0  0  0
     512107500137                                       TERMS=
     MR=45  ECOA=I  B / XPN=01 DLA=06/2005
     PP START DT= 08/2005 PP=XXCXXXXXXXXXXXCCXXCXXXXX
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 16  CHASE            09/2002 02/2005       450        0 R1   0  0  0
     426685102090                                       TERMS=
     MR=30  ECOA=A  B / XPN=01 DLA=09/2004
     PDA=0
     PP START DT= 02/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

 17  CHASE            05/2003 06/2005     31000     15724 R1   0  0  0
     5490922600                                         TERMS=REV412
     MR=26  ECOA=A  B / XPN=01 DLA=06/2005
     PP START DT= 06/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 18  CHASE            08/1996 07/2005     35000       217 R1   0  0  0
     541712362594                                       TERMS=REV10
     MR=60  ECOA=J  B / XPN=01 DLA=04/2005
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 19  CHASE MANHATTAN M 04/2004 06/2005   320000    316552 M1   0  0  0
     17452483                                           TERMS=360M2526
     MR=15  ECOA=I  B / XPN=01,EFX=01 DLA=06/2005
     PP START DT= 06/2005 PP=CCCCCCCCCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE
```

```
WUANITA WEINGART              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                  (84WB47) Page 5
0130804263
================================================================================

----------------------------------------------------------------------
  CREDIT GRANTOR      DATE    LAST DT      HIGH    BALANCE CURR HISTORY
  ACCOUNT NUMBER     OPENED  REPORTD      CREDIT   OWING RATE 30 60 90
----------------------------------------------------------------------

20  CHASE MANHATTAN N 04/2004 06/2005    410000    405688 M1   0  0  0
    17487711                                            TERMS=360M3164
    MR=15  ECOA=I  B / XPN=01 DLA=06/2005
    PP START DT= 06/2005 PP=CCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT

21  CHASE NA          08/2004 07/2005     25000     17836 R1   0  0  0
    5149228090                                          TERMS=REV356
    MR=11  ECOA=I  B / EFX=01,XPN=01,TU=01 DLA=07/2005
    PDA=0
    PP START DT= 07/2005 PP=CCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT; CREDIT CARD; AMT IN HIGH CREDIT IS CREDIT LIMIT

22  CHRYS CRED        01/1995 08/1995     19401         0 I1   0  0  0
    2162334116                                          TERMS=
    MR=9   ECOA=J  B / XPN=01 DLA=08/1995
    PP START DT= 08/1995 PP=XCCCCC
    TYPE OF LOAN: AUTO
    ACCOUNT PAID SATISFACTORILY

23  CITI              09/1999 02/2003      3500         0 R1   0  0  0
    542418036344                                        TERMS=
    MR=42  ECOA=I  B / XPN=01 DLA=10/2002
    PP START DT= 02/2003 PP=XXXXXCCCCCCCXXXXXXCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT; ACCOUNT CLOSED BY CONSUMER

24  CITI              01/2000 03/2005     10200         0 R1   0  0  0
    542418049608                                        TERMS=
    MR=63  ECOA=I  B / XPN=01 DLA=07/2004
    PDA=0
    PP START DT= 03/2005 PP=XXXXXXXXCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CREDIT GRANTOR

25  CITI/SHELL        03/1999 08/2005       775       304 R1   0  0  0
    124242                                              TERMS=REV10
    MR=45  ECOA=I  B / XPN=01 DLA=07/2005
    PP START DT= 08/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT
```

00002489

```
WUANITA WEINGART              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              ;   (84WB47) Page 6
0130804263
=============================================================================
```

```
-----------------------------------------------------------------------------
   CREDIT GRANTOR     DATE     LAST DT     HIGH    BALANCE CURR HISTORY
   ACCOUNT NUMBER     OPENED   REPORTD     CREDIT   OWING RATE 30 60 90
-----------------------------------------------------------------------------
```

```
26  COUNTRYWIDE HOME  08/1998 02/2004   372000      0 M1   0   0   0
    4639744                                          TERMS=
    MR=65  ECOA=J  B / XPN=01 DLA=02/2004
    PP START DT= 02/2004 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT
```

```
27  COUNTRYWIDE HOME  05/2004 06/2005   444500  444500 M1   0   0   0
    56490730                                          TERMS=360M2861
    MR=13  ECOA=I  B / XPN=01,EWX=01,TU=01 DLA=06/2005
    PDA=0
    PP START DT= 06/2005 PP=CCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE
```

```
28  COUNTRYWIDE HOME  08/2000 01/2004   420000      0 M1   0   0   0
    5682274                                          TERMS=
    MR=36  ECOA=J  B / XPN=01 DLA=01/2004
    PDA=0
    PP START DT= 01/2004 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
    ACCOUNT PAID SATISFACTORILY
```

```
29  DISCOVER FIN      08/1994 08/2005    3590     138 R1  '0' 0  '0
    601100970352                                      TERMS=MIN10
    MR=34  ECOA=A  B / TU=01 DLA=07/2005
    PDA=0
    PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
```

```
30  DISCOVER FINANCIA 10/2002 01/2005    8500      0 I1   0   0   0
    9402810036899                                     TERMS=
    MR=28  ECOA=I  B / XPN=01 DLA=01/2005
    PDA=0
    PP START DT= 01/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: UNSECURED LOAN
    ACCOUNT PAID SATISFACTORILY
```

```
31  DISCOVER FINANCIA 06/1992 07/2005    7300      0 R1   0   0   0
    601100901024                                      TERMS=
    MR=67  ECOA=J  B / XPN=01 DLA=01/2005
    PP START DT= 07/2005 PP=XXXXXCCCCCCCCCCCCCCCCCCCCC
    TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
    CURRENT ACCOUNT
```

00002490

WUANITA WEINGART          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              (84WB47) Page 7
0130804263
================================================================================

--------------------------------------------------------------------------------
     CREDIT GRANTOR      DATE     LAST DT     HIGH    BALANCE CURR HISTORY
     ACCOUNT NUMBER      OPENED   REPORTD     CREDIT   OWING  RATE 30 60 90
--------------------------------------------------------------------------------

32   EQUICREDIT CORP    02/1995 09/1997     18360       0 M1    0   0   0
     4601025                                              TERMS=
     MR=31  ECOA=J  B / XPN=01 DLA=09/1997
     PDA=0
     PP START DT= 09/1997 PP=XXCXXXCCCCCCCXCCCCCCCCCC
     TYPE OF LOAN: REAL ESTATE MORTGAGE
     ACCOUNT PAID SATISFACTORILY

33   FIRST USA BANK     01/1996 08/1999     10000       0 R1    0   0   0
     467803524                                            TERMS=
     MR=44  ECOA=J  B / XPN=01 DLA=10/1998
     PP START DT= 08/1999 PP=XXXXXXXXXXCCCCCCCCCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

34   FLAGSTAR BANK      10/2000 06/2005    397500  381072 M1    0   0   0
     274998100276                                          TERMS=360M2503
     MR=57  ECOA=J  B / XPN=01 DLA=06/2005
     PP START DT= 06/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT

35   FOLEYS             11/1998 07/2005       577       0 R1    0   0   0
     R0056037                                             TERMS=
     MR=73  ECOA=I  B / XPN=01 DLA=08/2001
     PP START DT= 07/2005 PP=CCCCCCCXCCCCCCCCXXXXXXXXX
     TYPE OF LOAN: CHARGE ACCOUNT
     CURRENT ACCOUNT

36   HSBC/MS            07/1999 12/2002     60000       0 M1    0   0   0
     2179125                                              TERMS=
     MR=38  ECOA=J  B / XPN=01 DLA=12/2002
     PDA=0
     PP START DT= 12/2002 PP=XCXCCCXCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: SECOND MORTGAGE
     ACCOUNT PAID SATISFACTORILY

37   HSBC/RS            01/1997 05/2001      UNK        0 R1    0   0   0
     3357176                                              TERMS=
     MR=34  ECOA=I  B / XPN=01 DLA=05/2001
     PDA=0
     PP START DT= 05/2001 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CHARGE ACCOUNT
     ACCOUNT PAID SATISFACTORILY

WUANITA WEINGART                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                (84WB47) Page 8
0130804263
=================================================================================

------------------------------------------------------------------------
   CREDIT GRANTOR      DATE    LAST DT     HIGH    BALANCE CURR HISTORY
   ACCOUNT NUMBER     OPENED  REPORTD     CREDIT   OWING RATE 30 60 90
------------------------------------------------------------------------

 38  MBNA AMERICA    08/2001 04/2005     15000        0 R1   0   0   0
     07                                                 TERMS=
     MR=44  ECOA=I  B / XPN=01 DLA=02/2005
     PP START DT= 04/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CHECK CREDIT OR LINE OF CREDIT
     CURRENT ACCOUNT; ACCOUNT CLOSED BY CREDIT GRANTOR

 39  MBNA AMERICA    03/1999 08/2005     25000    24475 R1   0   0   0
     7439                                               TERMS=REV620
     MR=47  ECOA=I  B / XPN=01 DLA=06/2005
     PP START DT= 08/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
     CURRENT ACCOUNT

 40  MERCEDES BENZ CRE 03/2003 07/2005   52805    27742 I1   0   0   0
     3000921290                                         TERMS= 73M733
     MR=36  ECOA=I  B / XPN=01 DLA=07/2005
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: AUTO
     CURRENT ACCOUNT

 41  NORDSTROM FSB    04/2001 08/2005      3000        0 R1   0   0   0
     20495                                              TERMS=
     MR=43  ECOA=I  B / XPN=01 DLA=03/2005
     PP START DT= 08/2005 PP=XXXXCCCCXXXXXXXXXCCCXXXX
     TYPE OF LOAN: CHARGE ACCOUNT
     CURRENT ACCOUNT

 42  OHIO SAVINGS BANK 11/2004 07/2005   360400   359293 M1   0   0   0
     2367875                                            TERMS=360M2520
     MR=7   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
     PP START DT= 07/2005 PP=CCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

 43  OPTION ONE MORTGA 10/2000 05/2005   356000        0 M1   0   0   0
     6470003767613                                      TERMS=
     MR=52  ECOA=J  B / XPN=01 DLA=04/2005
     PDA=0
     PP START DT= 05/2005 PP=XCCCCCCCCCCCCCCCCCCCCCCCCX
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     ACCOUNT TRANSFERRED TO ANOTHER OFFICE

 44  SELECT PORTFOLIO  09/1997 04/2000   261600        0 M1   0   0   0
     2771100470010                                      TERMS=
     MR=30  ECOA=J  B / XPN=01 DLA=04/2000
     PDA=0
     PP START DT= 04/2000 PP=XCCCCCCCCCCCCCCCCCCCCCCCCC

00002492

WUANITA WEINGART              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                    (84WB47) Page 9
0130804263
================================================================================

--------------------------------------------------------------------------------
    CREDIT GRANTOR      DATE     LAST DT     HIGH     BALANCE CURR HISTORY
    ACCOUNT NUMBER     OPENED    REPORTD    CREDIT     OWING RATE 30 60 90
--------------------------------------------------------------------------------

       TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
       ACCOUNT PAID SATISFACTORILY

   45  SPIEGEL        10/1999 03/2003     750        0 R1   0  0  0
       601205                                          TERMS=
       MR=44   ECOA=I  B / XPN=01 DLA=03/2003
       PDA=0
       PP START DT= 03/2003 PP=XXXXXXXXXXXXCCCCCCCXXXXC
       TYPE OF LOAN: CHARGE ACCOUNT
       ACCOUNT PAID SATISFACTORILY; ACCOUNT CLOSED BY CONSUMER

   46  TOYOTA MOTOR CRED 11/1997 05/1998   35023      0 I1   0  0  0
       70401160492380001                                TERMS=
       MR=4    ECOA=I  B / XPN=01 DLA=05/1998
       PDA=0
       PP START DT= 05/1998 PP=XCCC
       TYPE OF LOAN: AUTO
       ACCOUNT PAID SATISFACTORILY

   47  UNION ACCEPTANCE  05/1996 08/1996    20446     0 I1   0  0  0
       846487961                                        TERMS=
       MR=3    ECOA=I  B / XPN=01 DLA=08/1996
       PDA=0
       PP START DT= 08/1996 PP=XCC
       TYPE OF LOAN: AUTO
       ACCOUNT PAID SATISFACTORILY

   48  VECTRA BANK COLOR 07/1996 12/1997    20797     0 I1   0  0  0
       95024078385325124                                TERMS=
       MR=17   ECOA=I  B / XPN=01 DLA=12/1997
       PDA=0
       PP START DT= 12/1997 PP=XCCCCCCCCXXCXXXXC
       TYPE OF LOAN: INSTALLMENT LOAN
       ACCOUNT PAID SATISFACTORILY

   49  WASHINGTON MUTUAL 10/2004 07/2005   397000   396949 M1   0  0  0
       1560680413010                                    TERMS=360M1602
       MR=10   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
       PDA=0
       PP START DT= 07/2005 PP=CCCCCCCCCC
       TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
       CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

   50  WASHINGTON MUTUAL 05/2004 07/2005   400000   401761 M1   0  0  0
       1560675938427                                    TERMS=360M1857
       MR=15   ECOA=I  B / XPN=01,EFX=01,TU=01 DLA=07/2005
       PDA=0
       PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCC

```
WUANITA WEINGART                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                   (84WB47) Page 10
0130804263
=====================================================================================
```

```
---------------------------------------------------------------------------------
     CREDIT GRANTOR      DATE    LAST DT      HIGH    BALANCE CURR HISTORY
     ACCOUNT NUMBER      OPENED  REPORTD     CREDIT    OWING RATE 30 60 90
---------------------------------------------------------------------------------
```

```
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT; CONVENTIONAL MORTGAGE; REAL ESTATE MORTGAGE

51   WELLS FARGO BANK  09/1995 08/2000      33262      0 I1   0  0  0
     50087311788166                                      TERMS=
     MR=60   ECOA=J  B / XPN=01 DLA=08/2000
     FDA=0
     PP START DT= 08/2000 PP=XCCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: LEASE / RENTAL AGREEMENT
     ACCOUNT PAID SATISFACTORILY

52   WELLS FARGO BANK  01/1995 10/1998       6904      0 I1   0  0  0
     16316369043940001                                   TERMS=
     MR=4    ECOA=I  B / XPN=01 DLA=10/1998
     FDA=0
     PP START DT= 10/1998 PP=XCCC
     TYPE OF LOAN: INSTALLMENT LOAN
     ACCOUNT PAID SATISFACTORILY

53   WENDOVER FIN SRVS 08/2000 01/2001     420000      0 M1   0  0  0
     3540889907                                          TERMS=
     MR=2    ECOA=J  B / XPN=01 DLA=01/2001
     FDA=0
     PP START DT= 01/2001 PP=XC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     ACCOUNT TRANSFERRED TO ANOTHER OFFICE

54   WFFINACCPT          06/1995 02/1996      603      0 I1   0  0  0
     306069547711889                                     TERMS=
     MR=9    ECOA=I  B / XPN=01 DLA=02/1996
     PP START DT= 02/1996 PP=XCCCCCCCCC
     TYPE OF LOAN: INSTALLMENT SALES CONTRACT
     ACCOUNT PAID SATISFACTORILY

55   WFFINANCE         11/1995 03/1996       3872      0 I1   0  0  0
     111229532738820                                     TERMS=
     MR=4    ECOA=J  B / XPN=01 DLA=03/1996
     PP START DT= 03/1996 PP=XCCC
     TYPE OF LOAN: HOUSEHOLD GOODS & OTHER COLLATERAL AUTO (SECURED)
     ACCOUNT PAID SATISFACTORILY

56   WFFINANCE         07/1997 10/1997        300      0 I1   0  0  0
     107259709957104                                     TERMS=
     MR=3    ECOA=J  B / XPN=01 DLA=10/1997
     FDA=0
     PP START DT= 10/1997 PP=XCC
     TYPE OF LOAN: NOTE LOAN
     ACCOUNT PAID SATISFACTORILY
```

00002494

```
WUANITA WEINGART              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              (84WB47) Page 11
0130804263
```

```
---------------------------------------------------------------------------
    CREDIT GRANTOR      DATE   LAST DT     HIGH    BALANCE CURR HISTORY
    ACCOUNT NUMBER      OPENED REPORTD    CREDIT    OWING RATE 30 60 90
---------------------------------------------------------------------------
```

```
57  WFFINANCE           06/2000 10/2000    3901     0 I1   0   0   0
    106070074131483                                   TERMS=
    MR=5   ECOA=J  B / XPN=01 DLA=10/2000
    PDA=0
    PP START DT= 10/2000 PP=XCCCC
    TYPE OF LOAN: INSTALLMENT SALES CONTRACT
    ACCOUNT PAID SATISFACTORILY

58  WFFINANCE           02/1996 11/1996    3139     0 I1   0   0   0
    102169649424401                                   TERMS=
    MR=10  ECOA=J  B / XPN=01 DLA=11/1996
    PDA=0
    PP START DT= 11/1996 PP=XCCCCCCCCC
    TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
    ACCOUNT PAID SATISFACTORILY

59  WFFINANCE           12/1997 05/2000    3500     0 R1   0   0   0
    11208976777                                       TERMS=
    MR=29  ECOA=J  B / XPN=01 DLA=05/2000
    PDA=0
    PP START DT= 05/2000 PP=XXXXXXXXXXXXXXXXXXXXXXCCCC
    TYPE OF LOAN: CHARGE ACCOUNT
    ACCOUNT PAID SATISFACTORILY

60  WFFINANCE           01/1997 11/1997    2854     0 I1   0   0   0
    101109726663360                                   TERMS=
    MR=11  ECOA=J  B / XPN=01 DLA=11/1997
    PDA=0
    PP START DT= 11/1997 PP=XCCCCCCCCCC
    TYPE OF LOAN: HOUSEHOLD GOODS (SECURED)
    ACCOUNT PAID SATISFACTORILY

61  WFS FINANCIAL       04/2003 06/2004   33588     0 I1   0   0   0
    518760467639                                      TERMS=
    MR=15  ECOA=I  B / XPN=01 DLA=06/2004
    PDA=0
    PP START DT= 06/2004 PP=XCCCCCCCCCCCCCC
    TYPE OF LOAN: AUTO
    ACCOUNT PAID SATISFACTORILY

 *** DELINQUENCY TRADES ***

62  CAP ONE BK          03/1996 12/2002     192       R1   1   0   0
    529107136098                                      TERMS=REV
    MR=81  ECOA=J  B / XPN=01 DLA=12/2002
     DEL DATES=06/2002,06/2002=R
    PP START DT= 12/2002 PP=XCCCCC1CCCCCCCCCCCCCCCCCC
```

00002495

WUANITA WEINGART                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                    (84W847) Page 12
0130804263
=================================================================================

--------------------------------------------------------------------------------
   CREDIT GRANTOR      DATE      LAST DT      HIGH       BALANCE CURR HISTORY
   ACCOUNT NUMBER      OPENED    REPORTD      CREDIT     OWING RATE 30 60 90
--------------------------------------------------------------------------------

       TYPE OF LOAN: CREDIT CARD / CHARGE ACCOUNT
       PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE; ACCOUNT CLOSED BY CONSUMER

63   G M A C            01/2003 07/2005    59750      34377 I1   1  0  0
     02190233178                                             TERMS= 60M1249
     MR=30  ECOA=J  B / XPN=01 DLA=05/2005
      DEL DATES=07/2003,07/2003=I
     PP START DT= 07/2005 PP=CCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: AUTO
     CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DAT

64   INDYMAC BANK       07/1999 08/2005   363300     342721 M1   1  0  0
     6681000519718                                          TERMS=360M2680
     MR=69  ECOA=J  B / XPN=01 DLA=07/2005
      DEL DATES=11/2004,11/2004=M
     PP START DT= 08/2005 PP=CCCCCCCCC1CCCCCCCCCCCCCCC
     TYPE OF LOAN: CONVENTIONAL REAL ESTATE MORTGAGE
     CURRENT ACCOUNT/WAS 30 DAYS PAST DUE DAT

65   TOYOTA MOTOR CRED 05/2000 05/2003     16911            I1   1  0  0
     3034280213                                             TERMS= 36M
     MR=35  ECOA=C  B / XPN=01 DLA=05/2003
      DEL DATES=,07/2000=I1
     PP START DT= 05/2003 PP=XXCCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: AUTO LEASE
     PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE

66   WFFINANCE          07/1998 06/2001     3180            I1   2  0  0
     107219839443385                                        TERMS= 36M
     MR=36  ECOA=J  B / XPN=01 DLA=06/2001
      DEL DATES=06/2001,06/2001=I ,05/2001=I
     PP START DT= 06/2001 PP=11CCCCCCCCCCCCCCCCCCCCCCC
     TYPE OF LOAN: NOTE LOAN
     PAID ACCOUNT/WAS 30 DAYS PAST DUE DATE TWO OR THREE TIMES


   PUBLIC RECORD SOURCES: EFX XPN TU

   PUBLIC RECORDS HAVE BEEN CHECKED FROM OTHER SOURCES AND/OR THE REPOSITORIES
   LISTED WITH THE FOLLOWING RESULTS: NO PUBLIC RECORDS FOUND


   INQUIRIES WITHIN THE PAST 90 DAYS
      EQUIFAX MTG          08/12/2005  B    TU-01   Z 08008284
      I R ANAHEIM          08/10/2005  B    TU-01   Q 06410610
      ABN AMRO MGT         08/05/2005  B    TU-01   B 00200149
      ABN AMRO MTG         08/05/2005  B    TU-01   R 00001478
      FACTUAL DATA         08/03/2005  B    XPN-01  3970771

00002496

BOND

```
WUANITA WEINGART              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              (84WB47) Page 13
0130804263
```

```
    FDC                    08/03/2005  B   TU-01   Z 00001208
    WAMU                   08/01/2005  B   TU-01   Q 07168363
    WASHINGTON MUTUAL FI   08/01/2005  B   XPN-01  3168090
```

APPLICANT ADDRESS INFORMATION:
```
  1   7406 QUINCE CT S                               ECIS-01 B
      ENGLEWOOD, CO 80112            SINCE: UNK    REPT: 05/2001

  2   141 LOST ANGEL RD                              ECIS-01 B
      BOULDER, CO 80302             SINCE: UNK    REPT: 03/2004

  3   7766 SAXEBOURGH DR                             ECIS-01 B
      CASTLE ROCK, CO 80108         SINCE: UNK    REPT: 08/2004

  4   7406 S QUINCE CT                               XPN-01 B
      CENTENNIAL, CO 80112        SINCE: 05/1992 REPT: 12/2000
```

APPLICANT EMPLOYMENT INFORMATION:
```
  1   SNYDER OIL            B ECIS-01   FROM          TO
  2   A4 HOLDING            B XPN-01    FROM 04/2003 TO 04/2003
  3   SELF                 B XPN-01    FROM 09/2001 TO 09/2001
```

```
ECIS-01 B FILE VARIATION: JAUN REBECCA WEINGART 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
  TU-01 B FILE VARIATION: WAUN R WEINGART         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    DOB:01/20/1952

ECIS-01 B AKA: EGBERT WAUNITA REBECCA
ECIS-01 B AKA: WEINGART WAUN
 XPN-01 B SIMILAR NAME: WAUNITA R WEINGART
 XPN-01 B NICKNAME: WAON W WEINGART
 XPN-01 B AKA: WAUNITA R EGBERT
```

```
              ---- ADDITIONAL INFORMATION ----

 XPN-01 B XPN: FOUND ADDITIONAL SSN 263808848 FOR APPLICANT

 XPN-01 B XPN: FOUND ADDITIONAL SSN 510484671 FOR APPLICANT

 XPN-01 B XPN: FOUND ADDITIONAL SSN 263888848 FOR APPLICANT

  TU-01 B ADDRESS DISCREPANCY: TU_ALERT:SUBJECT - CURRENT ADDRESS INPUT
             VALUE DOES NOT MATCH FILE

  TU-01 B ADDRESS DISCREPANCY: TU_ALERT:SUBJECT - PREVIOUS ADDRESS INPUT
             VALUE DOES NOT MATCH FILE


 * PAYMENT AMOUNTS MARKED WITH AN ASTERISK (*) HAVE BEEN CALCULATED AT 3%
   OF THE BALANCE OWING OR $10.00 WHICHEVER AMOUNT IS GREATER
```

WUANITA WEINGART                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              (84WB47) Page 14
0130804263
================================================================================

REPORT PREPARED BY: GATEWAY SYSTEM

Equifax Information Svc. LLC    Experian                TransUnion, LLC
P.O. Box 740341                 701 Experian Parkway    P.O. Box 1000
Atlanta, GA 30374               P.O. Box 2002           Chester, PA 19022
800-685-1111                    Allen, TX 75013         866-887-2673
www.equifax.com                 888-397-3742            www.transunion.com
                                www.experian.com/reportaccess

*********************************************************
* TOTAL PRICE 7.60 = 4.42(CHL) + 2.85(CO SUR) + 0.33(FACTA) *
*********************************************************

**END OF CREDIT REPORT**

00002498

WUANITA WEINGART                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                 (84WB47) Page 15
0130804263

==================================================================================

### SUBSCRIBER LISTING

| SUB CODE | CREDIT GRANTOR / ADDRESS | TELEPHONE / CITY | STATE | ZIP | B/C |
|---|---|---|---|---|---|
| 2528330 | AMERICAN GENERAL FIN / 1895 S FEDERAL BLVD | 3039228272 / DENVER | CO | 80219 | XPN-01 B |
| 3171630 | AMERICAN NATIONAL BA / PO BOX 9250 | 7194730111 / COLORADO SPRING | CO | 80932 | XPN-01 B |
| 1229200 | AMEX / PO BOX 297871 | BYMAILONLY / FORT LAUDERDALE | FL | 33329 | XPN-01 B |
| 1223650 | ASSOC/CITI / PO BOX 6003 | BYMAILONLY / HAGERSTOWN | MD | 21747 | XPN-01 B |
| 1805260 | AURORA LOAN SERVICES / 601 5TH AVE | 3086353500 / SCOTTSBLUFF | NE | 69361 | XPN-01 B |
| 3202754 | BAC-BANKCARD / 1825 E BUCKEYE RD | BYMAILONLY / PHOENIX | AZ | 85034 | XPN-01 B |
| 1521730 | BENEFICIAL/HFC / 2700 SANDERS RD | BYMAILONLY / PROSPECT HEIGHT | IL | 60070 | XPN-01 B |
| 1232890 | BP/CITI / PO BOX 6003 | BYMAILONLY / HAGERSTOWN | MD | 21747 | XPN-01 B |
| 1270246 | CAP ONE BK / PO BOX 85520 | BYMAILONLY / RICHMOND | VA | 23285 | XPN-01 B |
| 1230084 | CBUSASEARS / PO BOX 6189 | BYMAILONLY / SIOUX FALLS | SD | 57117 | XPN-01 B |
| 1323210 | CBUSASEARS / PO BOX 6189 | BYMAILONLY / SIOUX FALLS | SD | 57117 | XPN-01 B |
| 1336700 | CBUSASEARS / PO BOX 6189 | BYMAILONLY / SIOUX FALLS | SD | 57117 | XPN-01 B |
| 1290138 | CHASE / 100 DUFFY AVE | 8003565555 / HICKSVILLE | NY | 11801 | XPN-01 B |
| 3182310 | CHASE / 800 BROOKSEDGE BLVD | 8009559900 / WESTERVILLE | OH | 43081 | XPN-01 B |
| 3900510 | CHASE MANHATTAN MORT / 10790 RANCHO BERNARD | 8005487992 / SAN DIEGO | CA | 92127 | XPN-01 B |
| 458BB04171 | CHASE NA / 4915 INDEPENDENCE PA | 8003565555 / TAMPA | FL | 33634 | ECIS-01 B |
| 3636194 | CHRYS CRED / 6400 S FIDDLERS GREE | BYMAILONLY / ENGLEWOOD | CO | 80111 | XPN-01 B |
| 1240000 | CITI / PO BOX 6241 | BYMAILONLY / SIOUX FALLS | SD | 57117 | XPN-01 B |
| 1232920 | CITI/SHELL / PO BOX 6003 | BYMAILONLY / HAGERSTOWN | MD | 21747 | XPN-01 B |
| 3991532 | COUNTRYWIDE HOME LOA / 450 AMERICAN ST | BYMAILONLY / SIMI VALLEY | CA | 93065 | XPN-01 B |
| 09616003 | DISCOVER FIN / POB 15316 | BYMAILONLY / WILMINGTON | DE | 19850 | TU-01 B |
| 3132240 | DISCOVER FINANCIAL S / PO BOX 5005 | BYMAILONLY / SIOUX FALLS | SD | 57117 | XPN-01 B |
| 3276502 | DISCOVER FINANCIAL S / PO BOX 15316 | BYMAILONLY / WILMINGTON | DE | 19850 | XPN-01 B |
| 1567260 | EQUICREDIT CORP / 10401 DEERWOOD PARK | 8009441212 / JACKSONVILLE | FL | 32256 | XPN-01 B |

WUANITA WEINGART          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              (84WB47) Page 16
0130804263
===============================================================================

| 1233910 | FIRST USA BANK | 8009559900 | OH | 43081 | XPN-01 B |
| | 800 BROOKSEDGE BLVD | WESTERVILLE | | | |
| 2880824 | FLAGSTAR BANK | 8009457700 | MI | 48098 | XPN-01 B |
| | 5151 CORPORATE DR | TROY | | | |
| 3346613 | FOLEYS | BYMAILONLY | TX | 77251 | XPN-01 B |
| | PO BOX 1971 | HOUSTON | | | |
| 3610037 | G M A C | BYMAILONLY | AZ | 85318 | XPN-01 B |
| | PO BOX 12699 | GLENDALE | | | |
| 2103081 | HSBC/MS | 8003337023 | FL | 33509 | XPN-01 B |
| | PO BOX 9068 | BRANDON | | | |
| 2156646 | HSBC/RS | | DE | 19720 | XPN-01 B |
| | 90 CHRISTIANA RD | NEW CASTLE | | | |
| 6904546 | INDYMAC BANK | 8007817399 | MI | 49009 | XPN-01 B |
| | 1 NATIONAL CITY PKWY | KALAMAZOO | | | |
| 1230206 | MBNA AMERICA | 8004212110 | DE | 19884 | XPN-01 B |
| | POB 17054 | WILMINGTON | | | |
| 1639320 | MERCEDES BENZ CREDIT | BYMAILONLY | TX | 76262 | XPN-01 B |
| | PO BOX 685 | WESTLAKE | | | |
| 3338501 | NORDSTROM FSB | 8009641800 | CO | 80155 | XPN-01 B |
| | PO BOX 6555 | ENGLEWOOD | | | |
| 2810575 | OHIO SAVINGS BANK | 2166962222 | OH | 44114 | XPN-01 B |
| | 1801 E 9TH ST STE 20 | CLEVELAND | | | |
| 3903714 | OPTION ONE MORTGAGE | 8006489605 | CA | 92618 | XPN-01 B |
| | 3 ADA WAY | IRVINE | | | |
| 7950144 | SELECT PORTFOLIO SVC | BYMAILONLY | UT | 84165 | XPN-01 B |
| | PO BOX 65250 | SALT LAKE CITY | | | |
| 3321470 | SPIEGEL | 5165760704 | NY | 11797 | XPN-01 B |
| | 101 CROSSWAY PARK WE | WOODBURY | | | |
| 3598044 | TOYOTA MOTOR CREDIT | 3036458300 | CO | 80112 | XPN-01 B |
| | 7670 S CHESTER ST UN | ENGLEWOOD | | | |
| 3603020 | TOYOTA MOTOR CREDIT | 3036458300 | CO | 80112 | XPN-01 B |
| | 7670 S CHESTER ST UN | ENGLEWOOD | | | |
| 0600835 | UNION ACCEPTANCE COR | 3172316452 | IN | 46219 | XPN-01 B |
| | 250 N SHADELAND AVE | INDIANAPOLIS | | | |
| 9101826 | VECTRA BANK COLORADO | 3037627500 | CO | 80222 | XPN-01 B |
| | 1650 S COLORADO BLVD | DENVER | | | |
| 3180830 | WASHINGTON MUTUAL FA | 8002824840 | CA | 91328 | XPN-01 B |
| | PO BOX 1093 | NORTHRIDGE | | | |
| 3156370 | WELLS FARGO BANK | 8006424401 | AZ | 85282 | XPN-01 B |
| | 711 W BROADWAY RD | TEMPE | | | |
| 3103030 | WELLS FARGO BANK WES | BYMAILONLY | CO | 80210 | XPN-01 B |
| | 1700 S LINCOLN ST | DENVER | | | |
| 1840636 | WENDOVER FIN SRVS CO | 8004364008 | NC | 27409 | XPN-01 B |
| | 725 N REGIONAL RD | GREENSBORO | | | |
| 3506340 | WFFINACCPT | 3037505626 | CO | 80231 | XPN-01 B |
| | 10101 E HAMPDEN AVE | DENVER | | | |
| 3558436 | WFFINANCE | 3036933031 | CO | 80015 | XPN-01 B |
| | 15981 E QUINCY AVE U | AURORA | | | |
| 3558471 | WFFINANCE | 8082449097 | HI | 96793 | XPN-01 B |
| | 210 IMI KALA ST STE | WAILUKU | | | |
| 3828796 | WFS FINANCIAL | BYMAILONLY | CA | 92623 | XPN-01 B |
| | PO BOX 19752 | IRVINE | | | |

00002500

WUANITA WEINGART                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                (84WB47) Page 17
0130804263
===============================================================================

-------------------------------------------------------------------------------
    The reporting bureau certifies that; (a) public records have been checked
    for tax liens, judgments, foreclosures, garnishments, bankruptcies, and
    other legal actions involving the subject(s) with the results indicated
    above; or (b) equivalent information has been obtained through the use
    of a qualified public records reporting service with the results indicated
    above. The records of real estate transfers which do not involve
    foreclosures may be excluded.
-------------------------------------------------------------------------------
    Equifax Credit Services certifies that the information provided in this
    report meets the requirements of the U.S. Dept. of HUD, FHA, VA, USDA,
    RECD & FSA, Fannie Mae and FHLMC.
    The information is confidential and not to be divulged except as required
    by PUBLIC LAW 91-508,  93-579, 94-239.
-------------------------------------------------------------------------------

00002501