

**INFILE MORTGAGE CREDIT REPORT**

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: __HLE_____

PROCESSOR : _____

## LENDER INFORMATION

| | |
|---|---|
| LENDER ACCT. NUMBER: 85002 | DATE REQUESTED : 12/01/06 |
| PREPARED FOR :Wells Fargo Bank, NA | DATE COMPLETED : 12/01/06 |
| LENDER CASE ID :0157234931 | TRW CASE NUMBER : 961042 |
| TYPE OF LOAN / REPORT INDIVIDUAL | CHARGE : $.00 |
| ATTENTION :MEX TEAM HLE | REFERENCE ID: 103620650140000 |
| | VENDOR ID : C |

## APPLICANT INFORMATION

APPLICANT(s)   JOHN P GALLEGOS

MARITAL STATUS

ADDRESS   7603 CALIFORNIA AVE
SEATTLE
WA 98136

NO. OF DEPENDENTS INCLUDING SELF   0

APPROXIMATE AGE OF APPLICANT   00

RESIDENCE CHANGE IN PAST TWO YEARS   YES

LENGTH OF RESIDENCE?   05/07- 0 YR  0 MO

APPLICANT SSN# 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

CO-APPLICANT SSN#

TCS

05/03- 0 YR 0 MO
NOT YET VERIFY

NO

EMPLOYER
POSITION
APPROXIMATE LENGTH OF EMP.
EMPLOYMENT VERIFIED BY
MONTHLY INCOME

EMPLOYMENT CHANGE IN PAST TWO YEARS

## CREDIT INFORMATION

| E C O A | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
|---|---|---|---|---|---|---|---|
| | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

CREDIT BUREAUS INFORMATION:

  FOR: JOHN P GALLEGOS
  EQUIFAX BEACON SCORE:00668

ADDITIONAL PERSONAL INFORMATION:

A  JOHN P GALLEGOS                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              0    0
A. JOHN P GALLEGOS                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             ·0    0

ADDITIONAL ADDRESS INFORMATION:

A-C  7603 CALIFORNIA AVE, SEATTLE, WA 98136,   05/07- 0 YR  0 MO
A-P  141 LOST ANGEL RD, BOULDER, CO 80302,   04/05- 0 YR  0 MO O
A-P  7766 SAXEBOURGH DR, CASTLE ROCK, CO 80108,·  03/04- 0 YR  0 MO
A-P  7000 S YOSEMITE ST, CENTENNIAL, CO 80112,   06/06- 0 YR  0 MO

ADDITIONAL EMPLOYMENT INFORMATION:

A-P  TRANS COORDINATING SERV,   03/01- 0 YR 0 MO

TRADE HISTORY:

| I AAMES HOME LOAN | 03/02 | 278000 | ·0 | M | 0 | 0 | |
|---|---|---|---|---|---|---|---|
| 1721046 | 06/02 | | | | | 28 | 05 |
| BORROWER'S ACCOUNT TRANSFERRED OUT | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | | | |

M-0866 (01/97)

**ATTACHMENT 5(b)**

00010138



## INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: HLE
PROCESSOR : _____

### LENDER INFORMATION

| | | |
|---|---|---|
| LENDER ACCT. NUMBER : 85002 | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR :Wells Fargo Bank, NA | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID :0157234931 | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT: INDIVIDUAL | CHARGE | : $.00 |
| ATTENTION :MEX TEAM HLE | REFERENCE ID: 103620650140000 | |
| | VENDOR ID | : C |

### APPLICANT INFORMATION

APPLICANT(s)   JOHN P GALLEGOS

MARITAL STATUS

NO. OF DEPENDENTS INCLUDING SELF   0

ADDRESS   7603 CALIFORNIA AVE
SEATTLE
WA 98136

APPROXIMATE AGE OF APPLICANT   00

RESIDENCE CHANGE IN PAST TWO YEARS   YES

LENGTH OF RESIDENCE?   05/07- 0 YR   0 MO

APPLICANT SSN# 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          CO-APPLICANT SSN#

TCS

EMPLOYER
POSITION

05/03- 0 YR 0 MO          APPROXIMATE LENGTH OF EMP.

NOT YET VERIFY          EMPLOYMENT VERIFIED BY
MONTHLY INCOME

NO          EMPLOYMENT CHANGE IN PAST TWO YEARS

### CREDIT INFORMATION

| E C O A | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE / LAST DELINQUENCY STATUS | TYPE / TERMS / LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | AMERICAN NATIONAL BA | 02/03 | 968 | 0 | C   0 | 0 | |
| | 100000000070074710 | 10/06 | 10/06 | | | 44 | 05 |
| | BORROWER'S ACCOUNT TRANSFERRED OUT | | | | /CCCCCCCCCCCCCCCCCCCCCCCCCC | | |
| I | AMEX | 03/04 | 18104 | 2358 | 0   2358 | 0 | |
| | 04413481101036 | 11/06 | | | | 01 | 11 |
| | CURRENT ACCOUNT | | | | /C | | |
| I | AMEX | 08/98 | 0 | 0 | 0   0 | 0 | |
| | 04413481101036 | 03/03 | | | | 01 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /C | | |
| I | AMEX | 04/02 | 3638 | 0 | 0   0 | 0 | |
| | 04413481101038 | 08/04 | | | | 01 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /.C | | |
| I | BMW FINANCIAL SERVIC | 02/00 | 54146 | 0 | I   0 | 0 | |
| | 3000243144 | 06/01 | | | | 16 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /C---------CCCCCC | | |
| I | BMW FINANCIAL SERVIC | 09/00 | 53107 | 0 | I   0 | 0 | |
| | 3000262243 | 10/02 | | | | 26 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /CCCCCCCCCCCCCCCCCCCCCCCCCCC | | |
| I | BMW FINANCIAL SERVIC | 03/05 | 32607 | 0 | I   0 | 0 | |
| | 1000361629 | 09/05 | 09/05 | | | 06 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /CCCCCC | | |

M-0888 (01/07)

00010139

# INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: HLE

PROCESSOR : _____

## LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: 85002 | | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID : 0157234931 | | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT: INDIVIDUAL | | CHARGE | : $.00 |
| ATTENTION : MEX TEAM HLE | | REFERENCE ID: 103620650140000 | |
| | | VENDOR ID | : C |

## APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| APPLICANT(s) JOHN P GALLEGOS | | MARITAL STATUS | |
| | | NO. OF DEPENDENTS INCLUDING SELF | 0 |
| ADDRESS 7603 CALIFORNIA AVE SEATTLE WA 98136 | | APPROXIMATE AGE OF APPLICANT | 00 |
| | | RESIDENCE CHANGE IN PAST TWO YEARS | YES |
| LENGTH OF RESIDENCE? 05/07- 0 YR 0 MO | | | |

| | | |
|---|---|---|
| APPLICANT SSN# 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 | CO-APPLICANT SSN# | |
| TCS | EMPLOYER | |
| | POSITION | |
| 05/03- 0 YR 0 MO | APPROXIMATE LENGTH OF EMP. | |
| NOT YET VERIFY | EMPLOYMENT VERIFIED BY | |
| | MONTHLY INCOME | |
| NO | EMPLOYMENT CHANGE IN PAST TWO YEARS | |

## CREDIT INFORMATION

| E C O A | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE / LAST DELINQUENCY STATUS | TYPE / TERMS / LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|

TRADE HISTORY CONTINUED:

| E C O A | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE | TYPE / TERMS / LAST DELINQUENCY DATE | PAST DUE / MONTHS REVIEWED | PAYMENT HISTORY / CURRENT STATUS |
|---|---|---|---|---|---|---|---|
| M | BMW FINANCIAL SERVIC 1000395823 CURRENT ACCOUNT | 08/05 10/06 | 35378 10/06 | 27662 | I 650 /CCCCCCCCCCCCCCCC | 0 15 | 11 |
| I | BOA MBNA 7019 30-DAY DELINQUENT ACCOUNT IS NOW CURRENT | 05/95 11/06 | 12506 11/06 | 1122 | R 15 05/06 /CC-CCC1CCCCCCCC | 0 15 | 01,00,00 31 |
| I | BOA MBNA 2394 BORROWER REPORTS LOST CARD | 05/95 09/06 | 12506 08/06 | 0 | R 0 06/06 /CCC1CCCCCCCCCCCCCCCCCCCCCC | 0 84 | 03,00,00 03 |
| I | CHASE 4320078571 CLOSED ACCOUNT PAID SATISFACTORY | 04/01 02/02 | 30197 | 0 | I 0 /CCCCCCCCCC | 0 10 | 12 |
| I | CHASE NA 5260310430 CLOSED ACCOUNT PAID SATISFACTORY | 12/96 07/01 | 2169 04/00 | 0 | R 0 /CCCCCCCCCCCCCCCCCCCCCCCCCCCC | 0 55 | 12 |
| I | CITI 546616008663 CURRENT ACCOUNT | 03/03 11/06 | 0 02/06 | 0 | R 0 /CCCCCCCCCCCCCCCCCCCCCCCCCC | 0 45 | 11 |
| I | COLORADO STUDENT LOA 521655991001 PAID ACCOUNT REQUIRING ATTORNEY OR COLLECTION AGENC/9------ | 10/94 10/04 | 2814 03/04 | 0 | I 0 | 0 07 | 62 |

M-0888 (01/07)

00010140



**INFILE MORTGAGE**
**CREDIT REPORT**

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: __HLE_____
PROCESSOR : _____

## LENDER INFORMATION

| | | |
|---|---|---|
| LENDER ACCT. NUMBER: 85002 | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR :Wells Fargo Bank, NA | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID :0157234931 | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT INDIVIDUAL | CHARGE | : $.00 |
| ATTENTION :MEX  TEAM HLE | REFERENCE ID: 103620650140000 | |
| | VENDOR ID | : C |

## APPLICANT INFORMATION

| | | | |
|---|---|---|---|
| APPLICANT(s) JOHN P GALLEGOS | | MARITAL STATUS | |
| | | NO. OF DEPENDENTS INCLUDING SELF | 0 |
| ADDRESS 7603 CALIFORNIA AVE SEATTLE WA 98136 | | APPROXIMATE AGE OF APPLICANT | 00 |
| | | RESIDENCE CHANGE IN PAST TWO YEARS | YES |
| LENGTH OF RESIDENCE? 05/07- 0 YR 0 MO | | | |

| | | |
|---|---|---|
| APPLICANT SSN# 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 | CO-APPLICANT SSN# | |
| TCS | EMPLOYER | |
| | POSITION | |
| 05/03- 0 YR 0 MO | APPROXIMATE LENGTH OF EMP. | |
| NOT YET VERIFY | EMPLOYMENT VERIFIED BY | |
| | MONTHLY INCOME | |
| NO | EMPLOYMENT CHANGE IN PAST TWO YEARS | |

## CREDIT INFORMATION

| E C | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
|---|---|---|---|---|---|---|---|
| O A | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

TRADE HISTORY CONTINUED:

| E C | CREDIT GRANTOR / ACCOUNT NUMBER | DATE OPEN / DATE REPORTED | HIGH CREDIT / LAST ACTIVITY | PRESENT BALANCE | TYPE/TERMS | PAST DUE | MONTHS REVIEWED | CURRENT STATUS |
|---|---|---|---|---|---|---|---|---|
| I | COLORADO STUDENT LOA 521655991002 | 10/94 10/04 | 2814 03/04 | 0 | I | 0 | 0 07 | 62 |

PAID ACCOUNT REQUIRING ATTORNEY OR COLLECTION AGENC/9------

| I | COUNTRYWIDE HOME LOA 908533 | 07/01 07/03 | 337500 | 0 | M | 0 | 0 16 | 12 |

CLOSED ACCOUNT PAID SATISFACTORY          /C-------CCCCCCCC

| I | COUNTRYWIDE HOME LOA 21954656 | 12/02 04/05 | 360000 | 0 | M | 0 | 0 25 | 12 |

CLOSED ACCOUNT PAID SATISFACTORY          /CCCCCCCCCCCCCCCCCCCCCCCCCC

| I | DINERSCLUB 386305144001 | 11/00 07/04 | 4090 07/04 | 0 | O | 0 | 0 15 | 11 |

CURRENT ACCOUNT          /.CCCCCCCCCCCCCCCC

| A | DISCOVER FIN SVCS LL 601100995027 | 03/99 11/06 | 8312 06/05 | 0 | R | 0 | 0 62 | 11 |

CURRENT ACCOUNT          /CCCCCCCCCCCCCCCCCCCCCCCCCCC

| I | FLAGSTAR BANK 274998137040 | 11/00 10/06 | 124700 10/06 | 118889 | M | 1330 | 0 73 | 11 |

CURRENT ACCOUNT          /CCCCCCC-CCCCCCC-CCCCCCCC

| I | FOLEYS R0029566 | 07/96 06/06 | 1010 12/02 | 0 | R | 0 | 0 01 | 05 |

BORROWER'S ACCOUNT TRANSFERRED OUT          /C

M-0888 (01/97)



## INFILE MORTGAGE
## CREDIT REPORT

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: **HLE**

PROCESSOR : _____

LENDER INFORMATION

| LENDER ACCT. NUMBER: 85002 | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR :Wells Fargo Bank, NA | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID :0157234931 | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT INDIVIDUAL | CHARGE | : $.00 |
| ATTENTION :MEX TEAM HLE | REFERENCE ID: 103620650140000 | |
| | VENDOR ID | : C |

### APPLICANT INFORMATION

| APPLICANT(s) JOHN P GALLEGOS | MARITAL STATUS | |
| | NO. OF DEPENDENTS INCLUDING SELF | 0 |
| ADDRESS 7603 CALIFORNIA AVE SEATTLE WA 98136 | APPROXIMATE AGE OF APPLICANT | 00 |
| | RESIDENCE CHANGE IN PAST TWO YEARS | YES |
| LENGTH OF RESIDENCE? 05/07- 0 YR 0 MO | | |

APPLICANT SSN# 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                  CO-APPLICANT SSN#

TCS

05/03- 0 YR 0 MO
NOT YET VERIFY

NO

EMPLOYER
POSITION
APPROXIMATE LENGTH OF EMP.
EMPLOYMENT VERIFIED BY
MONTHLY INCOME

· EMPLOYMENT CHANGE
IN PAST TWO YEARS

### CREDIT INFORMATION

| E C | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
|---|---|---|---|---|---|---|---|
| O A | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

TRADE HISTORY CONTINUED:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | G M A C | 02/98 | 19513 | 0 | I | 0 | 0 |
| | 21314604884 | 09/98 | | | | | 08 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /CCCCCCCC | | |
| I | GEMB/BEST BUYS | 11/96 | 5000 | 0 | R | 0 0 | |
| | 534819001109 | 01/05 | 10/99 | | | | 84 12 |
| | · CLOSED ACCOUNT PAID SATISFACTORY | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | | |
| I | HOME COMING FUNDING | 07/01 | 136800 | 131176 | M | 1220 0 | |
| | 432990992 | 10/06 | 09/06 | | | | 60 11 |
| | CURRENT ACCOUNT | | | | /CCCCCCCC-C-CC-CCCCCCCCCC | | |
| I | HOME COMING FUNDING | 06/02 | 229800 | 221773 | M | 2427 0 | 01,00,00 |
| | 434232971 | 10/06 | 09/06 | | | 07/04 47 | 31 |
| | 30-DAY DELINQUENT ACCOUNT IS NOW CURRENT | | | | /CCCCCCCC-C-CC-CCCCCCCCCC | | |
| I | INDYMAC BANK | 06/01 | 136800 | 129631 | M | 1248 0 | |
| | 6681001674132 | 11/06 | 10/06 | | | | 60 11 |
| | CURRENT ACCOUNT | | | | /CCCCCCCCCCCCCCCCCCCCCCCC | | |
| I | MCYDSNB | 07/96 | 1010 | 0 | R | 0 0 | |
| | 436038138 | 09/06 | 12/02 | | | | 01 11 |
| | CURRENT ACCOUNT | | | | /C | | |
| I | OCWEN LOAN SERVICING | 11/01 | 136800 | 128596 | M | 1381 0 | |
| | 31708068 | 10/06 | 10/06 | | | | 45 11 |
| | CURRENT ACCOUNT | | | | /CCCCCCCCCCCCCCCCCCCCCCCC | | |

M-0888 (01/97)

λ

00010142



## INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: HLE

PROCESSOR : _____

### LENDER INFORMATION

| | |
|---|---|
| LENDER ACCT. NUMBER: **85002** | |
| PREPARED FOR :Wells Fargo Bank, NA | |
| LENDER CASE ID :0157234931 | |
| TYPE OF LOAN / REPORT: INDIVIDUAL | |
| ATTENTION :MEX  TEAM HLE | |

| | |
|---|---|
| DATE REQUESTED | : 12/01/06 |
| DATE COMPLETED | : 12/01/06 |
| TRW CASE NUMBER | : 961042 |
| CHARGE | : $.00 |
| REFERENCE ID: 103620650140000 | |
| VENDOR ID | : C |

### APPLICANT INFORMATION

| | |
|---|---|
| APPLICANT(s)  JOHN P GALLEGOS | |
| ADDRESS  7603 CALIFORNIA AVE SEATTLE WA 98136 | |
| LENGTH OF RESIDENCE?  05/07- 0 YR  0 MO | |

| | |
|---|---|
| MARITAL STATUS | . |
| NO. OF DEPENDENTS INCLUDING SELF | 0 |
| APPROXIMATE AGE OF APPLICANT | 00 |
| RESIDENCE CHANGE IN PAST TWO YEARS | YES |

APPLICANT SSN# 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          CO-APPLICANT SSN#

| | |
|---|---|
| TCS | EMPLOYER |
| | POSITION |
| 05/03- 0 YR 0 MO | APPROXIMATE LENGTH OF EMP. |
| NOT YET VERIFY | EMPLOYMENT VERIFIED BY |
| | MONTHLY INCOME |
| NO | EMPLOYMENT CHANGE IN PAST TWO YEARS |

### CREDIT INFORMATION

| E C | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
|---|---|---|---|---|---|---|---|
| O A | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

TRADE HISTORY CONTINUED:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | OCWEN LOAN SERVICING | 12/01 | 136800 | 132016 | M | 1352 | 0 | 01,00,00 |
| | 100831031 | 10/06 | 10/06 | | | 03/05 | 57 | 31 |
| | 30-DAY DELINQUENT ACCOUNT IS NOW CURRENT | | | | | /CCCCCCCCCCCCCCCCCCCC1CCCC | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | OHIO SAVINGS BANK | 02/04 | 400000 | 389961 | M | 2891 | 0 | 01,00,00 |
| | 7669335 | 10/06 | 10/06 | | | 05/06 | 32 | 31 |
| | 30-DAY DELINQUENT ACCOUNT IS NOW CURRENT | | | | | /CCCC1CCCCCCCCCCCCCCCCCCC | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | OLYMPUS SERVICING LP | 03/02 | 278000 | 0 | M | 0 | 0 | |
| | 1001447013 | 09/02 | | | | | 03 | 05 |
| | BORROWER'S ACCOUNT TRANSFERRED OUT | | | | | /CCC | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | OLYMPUS SERVICING LP | 11/01 | 136800 | 0 | M | 0 | 0 | |
| | 1001242072 | 12/02 | | | | | 14 | 05 |
| | BORROWER'S ACCOUNT TRANSFERRED OUT | | | | | /.CCCCCCCCCCCCCCC | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | OLYMPUS SERVICING LP | 03/02 | 400000 | 0 | M | 0 | 0 | |
| | 1001439092 | 12/02 | | | | | 06 | 05 |
| | BORROWER'S ACCOUNT TRANSFERRED OUT | | | | | /CCCCCC | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | PORSCHE FINANCIAL SR | 05/02 | 24468 | 0 | I | 0 | 0 | 01,00,00 |
| | 1100013722 | 12/02 | | | | 10/02 | 07 | 51 |
| | PAID ACCOUNT, WAS DELINQUENT 30 DAYS | | | | | /CC1CCCC | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | SELECT PORTFOLIO SVC | 03/02 | 278000 | 264722 | M | 2706 | 0 | |
| | 2774001404013 | 11/06 | 10/06 | | | | 49 | 11 |
| | CURRENT ACCOUNT | | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | | |

M-0888 (01/97)

00010143



**INFILE MORTGAGE**
**CREDIT REPORT**

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: HLE

PROCESSOR : _____

### LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: 85002 | | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR :Wells Fargo Bank, NA | | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID :0157234931 | | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT: INDIVIDUAL | | CHARGE | : $.00 |
| ATTENTION :MEX TEAM HLE | | REFERENCE ID: 103620650140000 | |
| | | VENDOR ID | : C |

### APPLICANT INFORMATION

APPLICANT(s)   JOHN P GALLEGOS

MARITAL STATUS

NO. OF DEPENDENTS INCLUDING SELF   0

ADDRESS   7603 CALIFORNIA AVE
SEATTLE
WA 98136

APPROXIMATE AGE OF APPLICANT   00

RESIDENCE CHANGE IN PAST TWO YEARS   YES

LENGTH OF RESIDENCE?   05/07- 0 YR  0 MO

APPLICANT SSN# 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

CO-APPLICANT SSN#

TCS

EMPLOYER

POSITION

05/03- 0 YR 0 MO

APPROXIMATE LENGTH OF EMP.

NOT YET VERIFY

EMPLOYMENT VERIFIED BY

MONTHLY INCOME

NO

EMPLOYMENT CHANGE IN PAST TWO YEARS

### CREDIT INFORMATION

| E C | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
|---|---|---|---|---|---|---|---|
| O A | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

TRADE HISTORY CONTINUED:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | SELECT PORTFOLIO SVC | 09/00 | 124720 | 119692 | M | 1398 | 0 |
| | 2778790506433 | 11/06 | 10/06 | | | | 70   11 |
| | CURRENT ACCOUNT | | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | SELECT PORTFOLIO SVC | 03/02 | 400000 | 384848 | M | 3514 | 0 |
| | 2774001396110 | 11/06 | 10/06 | | | | 34   11 |
| | CURRENT ACCOUNT | | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | SELECT PORTFOLIO SVC | 11/01 | 136800 | 0 | M | 0 | 0 |
| | 2774001199860 | 01/03 | | | | | 01   05 |
| | BORROWER'S ACCOUNT TRANSFERRED OUT | | | | | /C | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | SHELL/CITI | 02/00 | 27 | 0 | R | 0 | 0 |
| | 5276562260 | 05/04 | 04/03 | | | | 31   12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | TOYOTA MOTOR CREDIT | 07/95 | 9352 | 0 | I | 0 | 0 |
| | 3034230453 | 07/98 | | | | | 37   12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | | /CCCCCCCCCCCCCCCCCCCCCCCCC | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | US BANK | 07/01 | 29900 | 0 | M | 0 | 0 |
| | 10940056001 | 03/03 | 02/03 | | | | 21   12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | | /CCCCCCCCCCCCCCCCCCCCC | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | VW CREDIT INC | 07/98 | 16757 | 0 | I | 0 | 0 |
| | VCI109057503 | 03/00 | | | | | 19   12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | | /C---C---CCCCCCCCCCC | |

M-0688 (01/07)

00010144



## INFILE MORTGAGE CREDIT REPORT

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: HLE

PROCESSOR : _____

### LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: 85002 | | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR :Wells Fargo Bank, NA | | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID :0157234931 | | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT INDIVIDUAL | | CHARGE | $.00 |
| ATTENTION :MEX  TEAM HLE | | REFERENCE ID: 103620650140000 | |
| | | VENDOR ID | : C |

### APPLICANT INFORMATION

| | | |
|---|---|---|
| APPLICANT(s) JOHN P GALLEGOS | MARITAL STATUS | |
| | NO. OF DEPENDENTS INCLUDING SELF | 0 |
| ADDRESS 7603 CALIFORNIA AVE SEATTLE WA 98136 | APPROXIMATE AGE OF APPLICANT | 00 |
| | RESIDENCE CHANGE IN PAST TWO YEARS | YES |
| LENGTH OF RESIDENCE? 05/07- 0 YR  0 MO | | |

| | | |
|---|---|---|
| APPLICANT SSN# 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 | CO-APPLICANT SSN# | |
| TCS | EMPLOYER | |
| | POSITION | |
| 05/03- 0 YR 0 MO | APPROXIMATE LENGTH OF EMP. | |
| NOT YET VERIFY | EMPLOYMENT VERIFIED BY | |
| | MONTHLY INCOME | |
| NO | EMPLOYMENT CHANGE IN PAST TWO YEARS | |

### CREDIT INFORMATION

| E C | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
|---|---|---|---|---|---|---|---|
| O A | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

TRADE HISTORY CONTINUED:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I | VW CREDIT INC | 12/02 | 51306 | 0 | I | 0 | 0 | |
| | 828075273 | 05/04 | 03/03 | | | | 01 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /C | | | |
| I | WASHINGTON MUTUAL FA | 04/05 | 359000 | 366928 | M | 1713 | 0 | |
| | 1560690402185 | 10/06 | 10/06 | | | | 18 | 11 |
| | CURRENT ACCOUNT | | | | /CCCCCCCCCCCCCCCCCCCC | | | |
| I | WELLS FARGO BANK WES | 03/97 | 19986 | 0 | I | 0 | 0 | |
| | 23000701825023740 | 01/98 | | | | | 01 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /C | | | |
| I | WELLS FARGO BANK WES | 07/97 | 15983 | 0 | I | 0 | 0 | |
| | 23000701821114235 | 01/98 | | | | | 07 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /CCC--CC | | | |
| I | WELLS FARGO BANK WES | 09/97 | 19391 | 0 | I | 0 | 0 | |
| | 23000701821115490 | 04/98 | | | | | 04 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /CCCC | | | |
| I | WELLS FARGO BANK WES | 10/99 | 23803 | 0 | I | 0 | 0 | |
| | 16316354206870001 | 04/00 | | | | | 06 | 12 |
| | CLOSED ACCOUNT PAID SATISFACTORY | | | | /CCCCCC | | | |
| I | WELLS FARGO HOME MOR | 08/05 | 400000 | 395992 | M | 2797 | 0 | |
| | 7080146876461 | 11/06 | 11/06 | | | | 15 | 11 |
| | CURRENT ACCOUNT | | | | /CCCCCCCCCCCCCCCC | | | |

M-0888 (01/07)

00010145

● **INFILE MORTGAGE** ●
**CREDIT REPORT**

1500 NW Bethany Blvd, Sui

877-216-9150

TEAM LEADER: HLE

PROCESSOR : _____

## LENDER INFORMATION

LENDER ACCT. NUMBER: 85002
PREPARED FOR        :Wells Fargo Bank, NA
LENDER CASE ID      :0157234931
TYPE OF LOAN / REPORT    INDIVIDUAL
ATTENTION           :MEX   TEAM HLE

DATE REQUESTED      : 12/01/06
DATE COMPLETED      : 12/01/06
TRW CASE NUMBER     : 961042
CHARGE              : $.00
REFERENCE ID: 103620650140000
VENDOR ID           : C

## APPLICANT INFORMATION

APPLICANT(s)    JOHN P GALLEGOS

ADDRESS         7603 CALIFORNIA AVE
                SEATTLE
                WA 98136

LENGTH OF
RESIDENCE?      05/07- 0 YR  0 MO

MARITAL STATUS

NO. OF DEPENDENTS
INCLUDING SELF       0

APPROXIMATE AGE
OF APPLICANT         00

RESIDENCE CHANGE
IN PAST TWO YEARS    YES

APPLICANT SSN# 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          CO-APPLICANT SSN#

TCS

05/03- 0 YR 0 MO

NOT YET VERIFY

NO

EMPLOYER
POSITION
APPROXIMATE LENGTH OF EMP.
EMPLOYMENT VERIFIED BY
MONTHLY INCOME

EMPLOYMENT CHANGE
IN PAST TWO YEARS

## CREDIT INFORMATION

| E C | CREDIT GRANTOR | DATE OPEN | HIGH CREDIT | PRESENT BALANCE | TYPE / TERMS | PAST DUE | PAYMENT HISTORY |
|---|---|---|---|---|---|---|---|
| O A | ACCOUNT NUMBER | DATE REPORTED | LAST ACTIVITY | LAST DELINQUENCY STATUS | LAST DELINQUENCY DATE | MONTHS REVIEWED | CURRENT STATUS |

TRADE HISTORY CONTINUED:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I | WENDOVER FIN SRVS CO | 07/01 | 337500 | 0 | M    0 | 0 | |
| | 3542343069 | 01/02 | | | | 02 | 05 |
| | BORROWER'S ACCOUNT TRANSFERRED OUT | | | | /CC | | |
| I | WILSHIRE CREDIT CORP | 11/01 | 34200 | 34074 | M    412 | 0 | |
| | 746007 | 10/06 | | | | 54 | 11 |
| | CURRENT ACCOUNT | | | | /CCCCCCCCCCCCCCCCCCCCCCCCCCC | | |
| I | 1ST AMER | 02/99 | 2000 | 0 | O    0 | 0 | |
| | 407056 | 10/04 | 10/04 | | | 55 | 11 |
| | CURRENT ACCOUNT | | | | /CCCCCCCCCCCCCCCCCCCCCCCCCCC | | |

INQUIRIES WITHIN THE PAST TWO YEARS:

```
A-   09/19/06   AVFUEL -- 168WZ00205  WZ
A-   11/06/06   FDC -- Z00001208   Z
A-   11/06/06   KROLL FACTUAL DATA -- FR3970771  FR
A-   11/06/06   FACTL DTA -- 146ZB13616   ZB
A-   11/08/06   CLUB CORP -- 682ZZ08227   ZZ
A-   11/30/06   WORLD SVGS B -- B03473017  B
A-   11/30/06   HOMELNEX -- 163FS04498  FS
A-   11/30/06   WORLD SAVINGS BK/HOM -- FZ2558480  FZ
A-   12/01/06   RELSCREDIT -- F00728002  F
```

NO PUBLIC RECORDS INFORMATION

NO CONSUMER STATEMENT INFORMATION

M-0888 (01/97)

00010146



**INFILE MORTGAGE CREDIT REPORT**

1500 NW Bethany Blvd, Sui
877-216-9150

TEAM LEADER: _HLE_____
PROCESSOR : _____

## LENDER INFORMATION

| | | | |
|---|---|---|---|
| LENDER ACCT. NUMBER: 85002 | | DATE REQUESTED | : 12/01/06 |
| PREPARED FOR : Wells Fargo Bank, NA | | DATE COMPLETED | : 12/01/06 |
| LENDER CASE ID : 0157234931 | | TRW CASE NUMBER | : 961042 |
| TYPE OF LOAN / REPORT     INDIVIDUAL | | CHARGE | : $.00 |
| ATTENTION :MEX  TEAM HLE | | REFERENCE ID: 103620650140000 | |
| | | VENDOR ID | : C |

## APPLICANT INFORMATION

APPLICANT(s)    JOHN P GALLEGOS

MARITAL STATUS .

ADDRESS      7603 CALIFORNIA AVE
         SEATTLE
         WA 98136

NO. OF DEPENDENTS INCLUDING SELF     0

APPROXIMATE AGE OF APPLICANT     00

RESIDENCE CHANGE IN PAST TWO YEARS     YES

LENGTH OF RESIDENCE?    05/07- 0 YR  0 MO

APPLICANT SSN# 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                    CO-APPLICANT SSN#

TCS

05/03- 0 YR 0 MO
NOT YET VERIFY

NO

EMPLOYER
POSITION
APPROXIMATE LENGTH OF EMP.
EMPLOYMENT VERIFIED BY
MONTHLY INCOME

EMPLOYMENT CHANGE IN PAST TWO YEARS

## CREDIT INFORMATION

| E<br>C | CREDIT GRANTOR | DATE<br>OPEN | HIGH<br>CREDIT | PRESENT<br>BALANCE | TYPE /<br>TERMS | PAST<br>DUE | PAYMENT<br>HISTORY |
|---|---|---|---|---|---|---|---|
| O<br>A | ACCOUNT NUMBER | DATE<br>REPORTED | LAST<br>ACTIVITY | LAST<br>DELINQUENCY<br>STATUS | LAST<br>DELINQUENCY<br>DATE | MONTHS<br>REVIEWED | CURRENT<br>STATUS |

CONSUMER STATEMENT INFORMATION CONTINUED:

MISCELLANEOUS INFORMATION:

APPLICANT DATA:
CBI NOTE: SAFESCAN: SAFESCANNED: YOUR INQUIRY HAS GONE THROUGH OUR SAFESCAN DA
CBI NOTE: SAFESCAN: TA BASE
TRW NOTE: FACS: CKPT: FINANCE-INSUR.-REAL EST. SRVC. ON FACS+ FILE/REAL ES
TRW NOTE: FACS: TATE TITLE LLC/141 LOST ANGEL RD/BOULDER CO 80302/303.447.
TRW NOTE: FACS: 8069
TRW NOTE: FACS: CKPT: FINANCE-INSUR.-REAL EST. SRVC. ON FACS+ FILE/ESCROW
TRW NOTE: FACS: CLOSING SERVICES LLC/7766 SAXEBOURGH DR/CASTLE ROCK CO 801
TRW NOTE: FACS: 08
TU  NOTE: HAWK ALERT: ALL INPUT CLEAR
TRW NOTE: FACS: SSN IS VALID. ADDR. IS VALID.
TRW AKA: ALIAS: JOGN GALLEGOS
TRW AKA: ALIAS: JOHNATHON P GALLEGOS
TRW AKA: ALIAS: JONATHAN P GALLEGOS
TRW AKA: ALIAS: PAT J GALLEGOS
TRW·AKA: ALIAS: GALLEGOS JOHN

REPOSITORIES CHECKED COVERING: TU EXP EFX

i

M-0888 (01/97)