# USE OF PROCEEDS

ATTACHMENT
6(c)

```
MTG0060
FS 998100276-0  ACTIVE       CTRL 98 STATUS    MORTGAGE HISTORY LEDGER      12/31/2000
DESC YR-DT PD-TO                              TYPE A  WEINGAR P&I 3,451.69 PAYMENT 3,451.69 INVID 8100276
                 PRINCIPAL               INTEREST        ESCROW        ESCROW2        LATE        TOTAL
BAL 09/30 09/00   397,500.00
WLC 10/19 10/00   397,319.40    3,271.09   2,258.34       0.00          0.00          0.00      3,451.69
WLC 10/19 11/00   397,137.32    3,269.61   5,529.43       0.00          0.00          0.00      3,451.69
PAY 12/04 12/00   396,953.74    3,268.11   8,799.04       0.00          0.00          0.00      3,451.69
PAY 12/29 01/01   396,768.65    3,266.60  12,067.15       0.00          0.00          0.00      3,451.69
                              ---------  ---------
                                         15,333.75
    180.60
    182.08
    183.58
    185.09
```

```
MTG0060                    M O R T G A G E   H I S T O R Y   L E D G E R      12/31/2001
R# 998100276-0  ACTIVE   CTRL 100 STATUS  TYPE A  WEIMGAR P&I 3,451.69 PAYMENT 3,451.69 INVID 8100276
DESC TR-DT PD-TO  PRINCIPAL           INTEREST         ESCROW                ESCROW2         LATE      TOTAL

BAL  12/31 01/01            396,768.65         0.00         0.00
PAY  02/01 02/01    186.61  396,582.04     3,265.08     3,265.08                                    0.00  3,451.69
H101 02/20 FF HAZARD                                    -4,544.54                                   0.00 C#683511 VJ9901
PAY  03/02 03/01    188.15  396,393.89     3,263.54     6,528.62    -4,544.54                       0.00  3,451.69
PAY  04/05 04/01    189.70  396,204.19     3,261.99     9,790.61        0.00    -4,544.54           0.00  3,451.69
BAL  04/23         SOLD FROM  98 TO 100
PAY  05/11 05/01    191.26  396,012.93     3,260.43    13,051.04        0.00    -4,544.54           0.00  3,451.69
PAY  06/07 06/01    192.83  395,820.10     3,258.86    16,309.90        0.00    -4,544.54           0.00  3,451.69
MSG  06/19         NO ESCROW CODE CHANGED FROM 1 TO 3-KED
MSG  06/20         OLD PAY IS 3,451.69 BY MSR
MSG  06/20         OLD AGH WAS 6.00 BY MSR
PAY  07/10 07/01    194.42  395,625.68     3,257.27    19,567.17        0.00    -4,544.54           0.00  3,451.69
COR  08/13 07/01      0.00  395,625.68         0.00    19,567.17        0.00    -4,544.54  3,451.69  0.00  3,451.69
WLC  08/27 07/01      0.00  395,625.68         0.00    19,567.17        0.00    -4,544.54 -3,451.69  0.00 -3,451.69
PAY  08/27 08/01    196.02  395,429.66     3,255.67    22,822.84        0.00    -4,544.54           0.00  3,451.69
COR  09/10 08/01      0.00  395,429.66         0.00    22,822.84        0.00    -4,544.54  3,451.69  0.00  3,451.69
COR  09/18 08/01      0.00  395,429.66         0.00    22,822.84        0.00    -4,544.54 -3,451.69  0.00 -3,451.69
ERT  09/18 09/01    197.63  395,232.03     3,254.06    26,076.90        0.00    -4,544.54           0.00  3,451.69
MSG  09/25 09/01      0.00  395,232.03         0.00    26,076.90    1,054.28    -3,490.26           0.00  1,054.28
ERF  10/01 09/01      0.00  395,232.03         0.00    26,076.90        0.00    -3,490.26  3,451.69  0.00  3,451.69
MSG  10/24 09/01      0.00  395,232.03         0.00    26,076.90    3,490.26        0.00   3,451.69  0.00  3,490.26
MSG  10/25         NO ESCROW CODE CHANGED FROM 3 TO 1-KED
MSG  10/25         OLD PAY IS 4,435.29 BY KED
COR  10/25 09/01    199.26  395,032.77         0.00    26,076.90        0.00        0.00            0.00 -3,451.69
WLC  10/25 10/01      0.00  395,032.77     3,252.43    29,329.33        0.00        0.00  -3,451.69  0.00  3,451.69
PAY  11/05 11/01    200.90  394,831.87     3,250.79    32,580.12        0.00        0.00            0.00  3,451.69
PAY  12/06 12/01    202.55  394,629.32     3,249.14    35,829.26        0.00        0.00            0.00  3,451.69
```

00000791

```
MTG0060
FS 99810276-0  ACTIVE    CTRL 100  M O R T G A G E   H I S T O R Y   L E D G E R    12/31/2002
                                                    TYPE A   WEINGAR P&I  3,451.69  PAYMENT 3,451.69  INVID 8100276
DESC  TR-DT  PD-TO  PRINCIPAL      100 STATUS       INTEREST             ESCROW              ESCROW2           LATE      TOTAL

BAL   12/31  12/01                 394,629.32            0.00             0.00                               0.00        
PAY   01/07  01/02      204.22     394,425.10        3,247.47   3,247.47  0.00                               0.00    3,451.69
      02/11  01/02        0.00     394,425.10            0.00   3,247.47  0.00       3,247.45    3,247.45    0.00    3,247.45
PAY   02/28  02/02      205.90     394,219.20        3,245.79   6,493.26  0.00                               0.00    3,451.69
      02/28  02/02        0.00     394,219.20            0.00   6,493.26  0.00      -3,247.45                0.00   -3,247.45
PAY   03/28  03/02      207.59     394,011.61        3,244.10   9,737.36  0.00                               0.00    3,451.69
SOLD         FROM 100   TO  62
SOLD         FROM  62   TO 100
PAY   04/08  04/02      209.30     393,802.31        3,242.39  12,979.75  0.00                               0.00    3,451.69
PAY   05/07  05/02      211.03     393,591.28        3,240.66  16,220.41  0.00                               0.00    3,451.69
PAY   06/03  06/02      212.76     393,378.52        3,238.93  19,459.34  0.00                               0.00    3,451.69
PAY   07/02  07/02      214.51     393,164.01        3,237.18  22,696.52  0.00                               0.00    3,451.69
PAY   08/05  08/02      216.28     392,947.73        3,235.41  25,931.93  0.00                               0.00    3,451.69
PAY   09/10  09/02      218.06     392,729.67        3,233.63  29,165.56  0.00                               0.00    3,451.69
PAY   10/04  10/02      219.85     392,509.82        3,231.84  32,397.40  0.00                               0.00    3,451.69
PAY   11/12  11/02      221.66     392,288.16        3,230.03  35,627.43  0.00                               0.00    3,451.69
PAY   12/23  12/02      223.49     392,064.67        3,228.20  38,855.63  0.00                             345.16    3,796.85
```

00000847

MTG005A M O R T G A G E H I S T O R Y L E D G E R 2003 13:08:43 21 APR 2008
FS 998100276 BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00

| DESC | TR-DT | PD-TO | PRINCIPAL | | INTEREST | | ESCROW | | ESCROW2 | | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 12/02 | | 392,064.67 | | 0.00 | | 0.00 | | 0.00 | | |
| PAY | 01/15 | 01/03 | 225.32 | 391,839.35 | 3,226.37 | 3,226.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| PAY | 02/03 | 02/03 | 227.18 | 391,612.17 | 3,224.51 | 6,450.88 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| PAY | 03/12 | 03/03 | 229.05 | 391,383.12 | 3,222.64 | 9,673.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| WEB | 04/15 | 04/03 | 230.93 | 391,152.19 | 3,220.76 | 12,894.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| WEB | 05/13 | 05/03 | 232.83 | 390,919.36 | 3,218.86 | 16,113.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| WEB | 06/10 | 06/03 | 234.75 | 390,684.61 | 3,216.94 | 19,330.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| WEB | 07/08 | 07/03 | 236.68 | 390,447.93 | 3,215.01 | 22,545.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| | 08/08 | 07/03 | 0.00 | 390,447.93 | 0.00 | 22,545.09 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | | PAI-ADJ | -543.16 | | | | | | | | | |
| WEB | 08/13 | 08/03 | 238.63 | 390,209.30 | 3,213.06 | 25,758.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| WEB | 09/16 | 09/03 | 240.59 | 389,968.71 | 3,211.10 | 28,969.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,451.69 |
| WEB | 10/20 | 10/03 | 349.36 | 389,619.35 | 2,559.17 | 31,528.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| WEB | 11/10 | 11/03 | 351.65 | 389,267.70 | 2,556.88 | 34,085.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |
| WEB | 12/10 | 12/03 | 353.96 | 388,913.74 | 2,554.57 | 36,639.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,908.53 |

000008 48

```
MTG005A              M O R T G A G E   H I S T O R Y   L E D G E R   2004  13:06:49  21 APR 2008
FS 998100276         BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |-------PRINCIPAL------||-----INTEREST-----||------ESCROW------||------ESCROW2-----||--LATE-||---TOTAL--|

BAL  12/31 12/03            388,913.74          0.00               0.00              0.00           0.00        0.00
WBB  01/14 01/04    356.28  388,557.46      2,552.25       2,552.25       0.00      0.00      0.00  0.00   0.00  2,908.53
WBB  02/20 02/04    358.62  388,198.84      2,549.91       5,102.16       0.00      0.000     0.00  0.000  0.00  2,908.53
WBB  03/09 03/04    360.98  387,837.86      2,547.55       7,649.71       0.00      0.000     0.00  0.000  0.00  2,908.53
WBB  04/12 04/04    363.34  387,474.52      2,545.19      10,194.90       0.00      0.000     0.00  0.000  0.00  2,908.53
WBB  05/10 05/04    365.73  387,108.79      2,542.80      12,737.70       0.00      0.000     0.00  0.000  0.00  2,908.53
WBB  06/10 06/04    368.13  386,740.66      2,540.40      15,278.10       0.00      0.000     0.00  0.000  0.00  2,908.53
WBB  07/14 07/04    370.54  386,370.12      2,537.99      17,816.09       0.00      0.00      0.00  0.00   0.00  2,908.53
     08/09 07/04      0.00  386,370.12          0.00      17,816.09       0.00      0.00      0.00  0.00
     BAL-ADJ       -405.03
WBB  08/10 08/04    372.98  385,997.14      2,535.55      20,351.64       0.00      0.000     0.00  0.000  0.00  2,908.53
WBB  09/13 09/04    375.42  385,621.72      2,533.11      22,884.75       0.00      0.000     0.00  0.000  0.00  2,908.53
WBB  10/14 10/04    495.05  385,126.67      2,008.45      24,893.20       0.00      0.000     0.00  0.000  0.00  2,503.50
WBB  11/12 11/04    497.63  384,629.04      2,005.87      26,899.07       0.00      0.000     0.00  0.000  0.00  2,503.50
WBB  12/03 12/04    500.22  384,128.82      2,003.28      28,902.35       0.00      0.000     0.00  0.000  0.00  2,503.50
```

000008 49

```
MTG005A            M O R T G A G E   H I S T O R Y   L E D G E R   2005 13:06:52 21 APR 2008
FS 998100276    BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |-----PRINCIPAL----||------INTEREST----||------ESCROW-----||-----ESCROW2-----||--LATE-||---TOTAL--|

BAL 12/31 12/04           384,128.82      0.00              0.00              0.00            0.00
WEB 01/10 01/05    502.83 383,625.99  2,000.67              0.00              0.00            0.00  2,503.50
WEB 02/07 02/05    505.45 383,120.54  1,998.05              0.00              0.00            0.00  2,503.50
WEB 03/14 03/05    508.08 382,612.46  1,995.42              0.00              0.00            0.00  2,503.50
WEB 04/15 04/05    510.73 382,101.73  1,992.77              0.00              0.00            0.00  2,503.50
WEB 05/13 05/05    513.39 381,588.34  1,990.11              0.00              0.00            0.00  2,503.50
WEB 06/16 06/05    516.06 381,072.28  1,987.44              0.00              0.00            0.00  2,503.50
WEB 07/07 07/05    518.75 380,553.53  1,984.75              0.00              0.00            0.00  2,503.50
WEB 08/09 08/05    521.45 380,032.08  1,982.05              0.00              0.00            0.00  2,503.50
    08/09         0.00   380,032.08      0.00              0.00              0.00            0.00
    PAI-ADJ 394.25
WEB 09/12 09/05    524.17 379,507.91  1,979.33              0.00              0.00            0.00  2,897.75
WEB 10/05 10/05    407.23 379,100.68  2,490.52              0.00              0.00            0.00  2,897.75
WEB 11/10 11/05    409.90 378,690.78  2,487.85              0.00              0.00            0.00  2,897.75
WEB 12/06 12/05    412.59 378,278.19  2,485.16              0.00              0.00            0.00  2,897.75
```

00000850

```
MTG005A                  M O R T G A G E   H I S T O R Y   L E D G E R   2006 13:06:55 21 APR 2008
FS 99810276    BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |-----PRINCIPAL----||-----INTEREST-----||------ESCROW-------||------ESCROW2------||--LATE-||---TOTAL--|
```

| DESC | TR-DT | PD-TO | PRINCIPAL | | INTEREST | ESCROW | ESCROW2 | LATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| BAL | 12/31 | 12/05 |        | 378,278.19 | 0.00     |      |      |      |          |
| WEB | 01/06 | 01/06 | 415.30 | 377,862.89 | 2,482.45 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| WEB | 02/08 | 02/06 | 418.02 | 377,444.87 | 2,479.73 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| WEB | 03/07 | 03/06 | 420.77 | 377,024.10 | 2,476.98 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 03/07 |       |        |            |          |      |      |      | 41.25    |
| WEB | 04/05 | 04/06 | 423.53 | 376,600.57 | 2,474.22 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 04/05 |       |        |            |          |      |      |      | 41.25    |
| WEB | 05/15 | 05/06 | 426.31 | 376,174.26 | 2,471.44 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 05/15 |       |        |            |          |      |      |      | 41.25    |
| WEB | 06/07 | 06/06 | 429.11 | 375,745.15 | 2,468.64 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 06/07 |       |        |            |          |      |      |      | 41.25    |
| WEB | 07/14 | 07/06 | 431.92 | 375,313.23 | 2,465.83 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 07/14 |       |        |            |          |      |      |      | 41.25    |
|     | 08/09 | 07/06 | 0.00   | 375,313.23 | 0.00     | 0.00 | 0.00 | 0.00 |          |
|     | PAI-ADJ |     | 407.72 |            |          |      |      |      |          |
| WEB | 08/11 | 08/06 | 434.76 | 374,878.47 | 2,462.99 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 08/11 |       |        |            |          |      |      |      | 41.25    |
| WEB | 09/07 | 09/06 | 437.61 | 374,440.86 | 2,460.14 | 0.00 | 0.00 | 0.00 | 2,897.75 |
| OPT | 09/07 |       |        |            |          |      |      |      | 41.25    |
| WEB | 10/11 | 10/06 | 341.15 | 374,099.71 | 2,964.32 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 10/11 |       |        |            |          |      |      |      | 41.25    |
| WEB | 11/13 | 11/06 | 343.85 | 373,755.86 | 2,961.62 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 11/13 |       |        |            |          |      |      |      | 41.25    |
| WEB | 12/13 | 12/06 | 346.57 | 373,409.29 | 2,958.90 | 0.00 | 0.00 | 0.00 | 3,305.47 |
| OPT | 12/13 |       |        |            |          |      |      |      | 41.25    |

00000851

```
MTG005A              M O R T G A G E   H I S T O R Y   L E D G E R  2007 13:06:57 21 APR 2008
FS 998100276    BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE A P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DBSC TR-DT PB-TO  |-----PRINCIPAL----||-----INTEREST----||------ESCROW-----||-----ESCROW2-----||--LATE-||---TOTAL--|
BAL 12/31 12/06            373,409.29
WEB 01/11 01/07    349.31  373,059.98  2,956.16      0.00      0.00    0.00    0.00  3,305.47
OPT 01/11                                                                             41.25
WEB 02/08 02/07    352.08  372,707.90  2,953.39  5,909.55      0.00    0.00    0.00  3,305.47
OPT 02/08                                                                             41.25
WEB 03/07 03/07    354.87  372,353.03  2,950.60  8,860.15      0.00    0.00    0.00  3,305.47
OPT 03/07                                                                             41.25
WEB 04/13 04/07    357.68  371,995.35  2,947.79 11,807.94      0.00    0.00    0.00  3,305.47
OPT 04/13                                                                             41.25
WEB 05/07 05/07    360.51  371,634.84  2,944.96 14,752.90      0.00    0.00    0.00  3,305.47
OPT 05/07                                                                             41.25
WEB 06/15 06/07    363.36  371,271.48  2,942.11 17,695.01      0.00    0.00    0.00  3,305.47
OPT 06/15                                                                             41.25
WEB 07/10 07/07    366.24  370,905.24  2,939.23 20,634.24      0.00    0.00    0.00  3,305.47
OPT 07/10                                                                             41.25
    08/09 07/07      0.00  370,905.24      0.00 20,634.24      0.00    0.00    0.00
    PAY-ADJ         -62.62
WEB 08/10 08/07    369.14  370,536.10  2,936.33 23,570.57      0.00    0.00    0.00  3,305.47
OPT 08/10                                                                             41.25
WEB 09/12 09/07    372.06  370,164.04  2,933.41 26,503.98      0.00    0.00    0.00  3,305.47
OPT 09/12                                                                             41.25
WEB 10/15 10/07    389.50  369,774.54  2,853.35 29,357.33      0.00    0.00    0.00  3,242.85
OPT 10/15                                                                             41.25
WEB 11/07 11/07    392.50  369,382.04  2,850.35 32,207.68      0.00    0.00    0.00  3,242.85
OPT 11/07                                                                             41.25
WEB 12/14 12/07    395.53  368,986.51  2,847.32 35,055.00      0.00    0.00    0.00  3,242.85
OPT 12/14                                                                             41.25
```

```
MTG005A              M O R T G A G E   H I S T O R Y   L E D G E R  2008 13:07:00 21 APR 2008
FS 998100276    BORROWER: Craig A. Weingart
Active 04/01/08 CTRL 100 STATUS TYPE & P&I 3,242.85 PAYMENT 3,284.10 INVID 8100276 LATE DUE 453.00
DESC TR-DT PD-TO |------PRINCIPAL------||------INTEREST------||------ESCROW------||------ESCROW2------||--LATE--||---TOTAL--|

BAL 12/31 12/07            368,986.51          0.00                 0.00                0.00            0.00
WEB 01/24 01/08   398.58   368,587.93      2,844.27      2,844.27   0.00     0.00       0.00    0.00    0.00    3,242.85
OPT 01/24                                                                                                          41.25
WEB 02/13 02/08   401.65   368,186.28      2,841.20      5,685.47   0.00     0.00       0.00    0.00    0.00    3,242.85
OPT 02/13                                                                                                          41.25
WEB 03/14 03/08   404.75   367,781.53      2,838.10      8,523.57   0.00     0.00       0.00    0.00    0.00    3,242.85
OPT 03/14                                                                                                          41.25
WEB 04/07 04/08   407.87   367,373.66      2,834.98     11,358.55   0.00     0.00       0.00    0.00    0.00    3,242.85
OPT 04/07                                                                                                          41.25
```

00000852