```
                                         001 00001 02              PAGE:    1
                                         ACCOUNT:         70074723 04/21/2006
```

```
          WAUN WEINGART                                          <T> 23
          7766 SAXEBOURGH DR                                          0
          CASTLE ROCK CO   80104                                      0
```

===========================================================================
WE'RE EXCITED TO MOVE OUR DOORS IN BOULDER TO THE HEART OF DOWNTOWN.
THIS FULL-SERVICE BANKING CENTER AT 1360 WALNUT STREET FEATURES A
24-HOUR WALK UP ATM, AND CUSTOMER PARKING, SO BANKING WILL BE MORE
CONVENIENT THAN EVER. STOP BY AND SEE US TODAY!
EFFECTIVE APRIL 1, 2006: THE FDIC HAS INCREASED ITS INSURANCE COVERAGE
FOR RETIREMENT ACCOUNTS TO $250,000.  BASIC INSURANCE LIMIT FOR OTHER
DEPOSIT ACCOUNTS STAYS AT $100,00.

===========================================================================
                     PREFERRED PARTNERS ACCOUNT 70074723
===========================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT .............................. | | | 03/23/06 | 13,206.21 |
| POS PURCHASE 019963 03/25 17:44 KING SOOPERS #0091 S1H | | | | |
|    CASTLE ROCK CO | 61.15 | | 03/27/06 | 13,145.06 |
| POS PURCHASE 006775 03/26 06:09 WHOLE FOODS MARKET/HLR | | | | |
|    HIGHLANDS RCH CO | 255.25 | | 03/28/06 | 12,889.81 |
| INTERNET BANKING FUNDS XFER 000000070231142 | | | | |
| | | 1,000.00 | 03/29/06 | 13,889.81 |
| POS PURCHASE 005792 03/27 05:20 COLORADO STATIONERS | | | | |
|    ENGLEWOOD CO | 72.77 | | 03/29/06 | 13,817.04 |
| POS PURCHASE 052450 03/27 03:01 OFFICE DEPOT #392 | | | | |
|    GREENWOOD VIL CO | 183.43 | | 03/29/06 | 13,633.61 |
| POS PURCHASE 001529 03/28 04:26 RIO GRANDE MEXICAN RES | | | | |
|    DENVER CO | 23.00 | | 03/30/06 | 13,610.61 |
| POS PURCHASE 055058 03/29 03:23 RMPBS MEMBERSHIP | | | | |
|    303-8926666 CO | 370.00 | | 03/31/06 | 13,240.61 |
| CHECK # 1230 | 347.90 | | 03/31/06 | 12,892.71 |
| LOAN PAYMENT | 45.00 | | 03/31/06 | 12,847.71 |
| INTERNET BANKING FUNDS XFER 000000070047831 | | | | |
| | | 35,000.00 | 04/03/06 | 47,847.71 |
| POS PURCHASE 024385 03/30 03:18 ALBERTSONS #884 S9H | | | | |
|    GREENWOOD VIL CO | 29.72 | | 04/03/06 | 47,817.99 |
| POS PURCHASE 053170 03/31 06:09 TOM LEE HEALTH CENTRE | | | | |
|    LTD 1 800 7693023CH | 75.00 | | 04/03/06 | 47,742.99 |
| POS PURCHASE 070008 04/01 07:23 | | | | |
|    TONYSMEATSANDSPECIALT | 102.178 CO | | 04/03/06 | 47,640.82 |

                    \* \* \* C O N T I N U E D \* \* \*

**ATTACHMENT**
**7(a)**

00012389

```
                                        001 00001 02              PAGE:    2
                                        ACCOUNT:        70074723  04/21/2006
```

WAUN WEINGART

PREFERRED PARTNERS ACCOUNT 70074723

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| POS PURCHASE 011451 04/01 07:32 WHOLE FOODS MARKET/TMC | | | | |
|    DENVER CO | 198.84 | | 04/03/06 | 47,441.98 |
| CHECK # 1231 | 2,627.00 | | 04/03/06 | 44,814.98 |
| 0028743706 World Savings WEBMORTPMT | | | | |
| | 1,402.06 | | 04/06/06 | 43,412.92 |
| XXXXX2621 MORTGAGE JIT PMT 8002824840 | | | | |
| | 1,709.89 | | 04/06/06 | 41,703.03 |
| XXXXX2612 MORTGAGE JIT PMT 8002824840 | | | | |
| | 1,868.60 | | 04/06/06 | 39,834.43 |
| 1954427753 CHECKPAYMT 040506 NTE*SPH*ACCT 1000519718 | | | | |
| | 2,694.51 | | 04/06/06 | 37,139.92 |
| XXXXX0730 Countrywide MORTGAGE | | | | |
| | 2,860.67 | | 04/06/06 | 34,279.25 |
| 4303481 NCMC MORTGAGE | 2,892.20 | | 04/06/06 | 31,387.05 |
| XXXXX0744 Countrywide MORTGAGE | | | | |
| | 3,232.09 | | 04/06/06 | 28,154.96 |
| 0130804263 AMC Mortgage Ser MORTGAGE | | | | |
| | 3,492.67 | | 04/06/06 | 24,662.29 |
| POS PURCHASE 060110 04/05 04:00 WF-SONOMA DIET | | | | |
|    866-637-4860 NY | 65.00 | | 04/06/06 | 24,597.29 |
| CHECK # 1232 | 43.80 | | 04/06/06 | 24,553.49 |
| CHECK # 1233 | 175.00 | | 04/06/06 | 24,378.49 |
| CHECK # 1003 | 2,465.75 | | 04/06/06 | 21,912.74 |
| CHECK # 1477 | 2,740.71 | | 04/06/06 | 19,172.03 |
| CHECK # 26 | 3,121.16 | | 04/06/06 | 16,050.87 |
| HFC 8008467510 | 590.00 | | 04/07/06 | 15,460.87 |
| 0440564110 Homecomings - D MORTGAGE | | | | |
| | 2,411.26 | | 04/07/06 | 13,049.61 |
| 0002367875 OHIO SAVINGS MTG PYMT | | | | |
| | 2,465.36 | | 04/07/06 | 10,584.25 |
| 0018430686-9070 AURORA LOAN ALS SPEEDP | | | | |
| | 2,696.71 | | 04/07/06 | 7,887.54 |
| 000000998100276 FLAGSTAR BANK, F MTG PAYMT | | | | |
| | 2,939.00 | | 04/07/06 | 4,948.54 |
| 000000018554936 GMACM EPAYBILL ONDEMAND | | | | |
| | 3,182.58 | | 04/07/06 | 1,765.96 |
| POS PURCHASE 000029 04/05 03:09 TOWER RECORDS/VIDEO | | | | |
|    #831 DENVER CO | 65.59 | | 04/07/06 | 1,700.37 |
| CHECK # 1235 | 1,748.45 | | 04/07/06 | 48.08- |
| LOAN ADVANCE | | 100.00 | 04/07/06 | 51.92 |
| INTERNET BANKING FUNDS XFER 000000070047831 | | | | |
| | | 5,500.00 | 04/10/06 | 5,551.92 |
| ANNUAL CARD FEE VD 6120 270349 | | | | |
| | 15.00 | | 04/10/06 | 5,536.92 |

                        \* \* \*  C O N T I N U E D  \* \* \*

00012390

```
                                           001 00001 02              PAGE:     3
                                           ACCOUNT:       70074723   04/21/2006
```

WAUN WEINGART

================================================================================
                        PREFERRED PARTNERS ACCOUNT 70074723
================================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---:|---:|---|---:|
| POS PURCHASE 052704 04/06 02:21 TUESDAY MORNING #0049 | | | | |
| CENTENNIAL CO | 106.83 | | 04/10/06 | 5,430.09 |
| CHECK # 2150 | 3,405.52 | | 04/10/06 | 2,024.57 |
| POS PURCHASE 052589 04/13 16:51 LIFE LINE SCREENING | | | | |
| 999-999-9999 OH | 139.00 | | 04/14/06 | 1,885.57 |
| INTERNET BANKING FUNDS XFER 000000070047831 | | | | |
| | | 2,500.00 | 04/17/06 | 4,385.57 |
| POS PURCHASE 004691 04/15 04:11 TCL*WWW.TICKLE.COM | | | | |
| 415-391-0469 CA | 19.95 | | 04/17/06 | 4,365.62 |
| POS PURCHASE 020069 04/14 03:50 TATTERED COVER | | | | |
| BOOKSTORE DENVER CO | 75.00 | | 04/17/06 | 4,290.62 |
| POS PURCHASE 041832 04/15 04:53 GREAT INDOORS 1907 | | | | |
| LOMBARD IL | 85.94 | | 04/17/06 | 4,204.68 |
| POS PURCHASE 012424 04/16 05:58 CARDIO RENEW INC. | | | | |
| 952-435-3903 MN | 239.90 | | 04/17/06 | 3,964.78 |
| POS PURCHASE 040702 04/15 05:54 ANGIOPRIM.COM | | | | |
| 877-822-722 763-227-4 | 338.95 | | 04/17/06 | 3,625.83 |
| CKFXXXXX0700POS BK OF AMER VI/MC ONLINE PMT | | | | |
| | 3,363.33 | | 04/18/06 | 262.50 |
| POS PURCHASE 014300 04/18 04:26 MSN DIAL UP SUBS | | | | |
| 800-3865550 WA | 21.95 | | 04/20/06 | 240.55 |
| POS PURCHASE 001962 04/18 03:12 RIO GRANDE MEXICAN RES | | | | |
| DENVER CO | 23.94 | | 04/20/06 | 216.61 |
| POS PURCHASE 046050 04/19 04:16 CARDIO RESTORE LLC | | | | |
| 800-664-4579 MN | 219.90 | | 04/20/06 | 3.29- |
| LOAN ADVANCE | | 9.47 | 04/20/06 | 6.18 |
| INTEREST | | 2.05 | 04/21/06 | 8.23 |
| BALANCE THIS STATEMENT ............................. | | | 04/21/06 | 8.23 |

```
TOTAL CREDITS      (7)       44,111.52
TOTAL DEBITS      (48)       57,309.50
```

================================================================================
                                 YOUR CHECKS SEQUENCED
================================================================================

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---:|---|---|---:|---|---|---:|
| 04/06 | 26* | 3,121.16 | 04/03 | 1231 | 2,627.00 | 04/07 | 1235* | 1,748.45 |
| 04/06 | 1003* | 2,465.75 | 04/06 | 1232 | 43.80 | 04/06 | 1477* | 2,740.71 |
| 03/31 | 1230 | 347.90 | 04/06 | 1233* | 175.00 | 04/10 | 2150 | 3,405.52 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

                              * * *  C O N T I N U E D  * * *

00012391

```
                                     001 00001 02                PAGE:     4
                                     ACCOUNT:         70074723   04/21/2006




                    WAUN WEINGART

==============================================================================
                    PREFERRED PARTNERS ACCOUNT 70074723
==============================================================================

               - - - - - - - - - - I N T E R E S T - - - - - - - - - - - -

AVERAGE LEDGER BALANCE:        10,345.19   INTEREST EARNED:                2.05
AVERAGE AVAILABLE BALANCE:     10,345.19   DAYS IN PERIOD:                   29
INTEREST PAID THIS PERIOD:          2.05   ANNUAL PERCENTAGE YIELD EARNED:  .25%
INTEREST PAID 2006:                 8.40
TAX IDENTIFICATION NUMBER:    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
INTEREST RATE:                    .2500%


==============================================================================
                    CHECKING RESERVE LINE ACCOUNT 70074723
==============================================================================
           DESCRIPTION        ADVANCES       PAYMENTS   DATE         BALANCE

BALANCE LAST STATEMENT   ..............................  03/23/06     935.53
PAYMENT                                          45.00   03/31/06     890.53
ADVANCE                     100.00                       04/07/06     990.53
ADVANCE                       9.47                       04/20/06   1,000.00
FINANCE CHARGE               13.58                       04/21/06   1,013.58
BALANCE THIS STATEMENT   ..............................  04/21/06   1,013.58

PREVIOUS BALANCE            935.53   CREDIT LIMIT                   1,000.00
ADVANCES                    109.47   AVAILABLE CREDIT                    .00
PAYMENTS                     45.00   FINANCE CHARGE PAID
** FINANCE CHARGE **         13.58     PAID 2006                       30.53
NEW BALANCE               1,013.58     PAID THIS PERIOD                12.83
                                     PAYMENT DUE DATE               05/01/06
                                     MINIMUM PAYMENT DUE               50.00

AVERAGE DAILY BALANCE       950.67   DAYS THIS CYCLE                      29
INTEREST THRU              04/21/06

** ANNUAL PERCENTAGE RATE **   18.0000%  DAILY PERIODIC RATE         .00049315

******************************************************************************
  THE 'MINIMUM PAYMENT DUE' WILL BE CHARGED TO YOUR CHECKING ACCOUNT ON 05/01/06
******************************************************************************
```

00012392