```
SER1 0675938427       _____        CUSTOMER SERVICE    INV A01/013   04/29/08  12:57:
WAUN WEINGART                        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 OC   TYPE CONV. RES.      ARM        MAN
                                     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          IR  6.97600  BR 00     333-333-3333
7766 SAXEBOROUGH DR             CASTLE ROCK CO 80108-0000                 B 303-458-3668
    AEGIS     < JIT DEBIT INITIATED 1565150367                            >: 04/07/08
-----HPMT---------------------* LOAN HISTORY *-------------------------(MORE)
PROC-DT   DUE-DT  TRAN   TRAN-DESCRIPTION                   TRAN-EFFECTIVE-DATE
    TRAN-AMT    PRINCIPAL    INTEREST      ESCROW      AMOUNT/CD/DESCRIPTION
04-07-08  04-08   172   PAYMENT
    2,135.45      945.90-    2,601.88      479.47
               433,033.03                1,742.32
03-14-08  03-08   172   PAYMENT
    2,135.45    1,010.23-    2,666.21      479.47
               432,087.13                1,262.85
02-13-08  02-08   172   PAYMENT
    2,135.45    1,053.88-    2,709.86      479.47
               431,076.90                3,812.38
01-24-08  01-08   172   PAYMENT
    2,218.25    1,092.04-    2,748.02      479.47       82.80 1 LATE CHARGE
               430,023.02                4,794.70
---* PF2 FOR ADDL MESSAGES *-------------------------------------------
PROCESSING NOTES ARE PRESENT           OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS             DEFERRED INTEREST BAL = 33,949.37
```

**ATTACHMENT 7(b)**

00001733

```
SER1  0675938427      _____      CUSTOMER SERVICE   INV A01/013  04/29/08  12:57:42
'WAUN'WEINGART                    ·  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 OC  TYPE CONV. RES.      ARM       MAN 0
                                     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       IR  6.97600  BR  00    333-333-3333
7766 SAXEBOROUGH DR        CASTLE ROCK CO 80108-0000                B 303-458-3668
 _    AEGIS    < JIT DEBIT INITIATED 1565150367                        >:  04/07/08
----~HPMT---------------------* LOAN HISTORY *----------------------(MORE)
PROC-DT   DUE-DT   TRAN   TRAN-DESCRIPTION                 TRAN-EFFECTIVE-DATE
       TRAN-AMT    PRINCIPAL    INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
12-14-07  12-07   172   PAYMENT
       2,135.45    1,111.65-   2,767.63     479.47
                 428,930.98              4,315.23
11-07-07  11-07   172   PAYMENT
       2,135.45    1,129.24-   2,785.22     479.47
                 427,819.33              3,835.76
10-15-07  10-07   172   PAYMENT
       2,135.45    1,139.53-   2,795.51     479.47
                 426,690.09              3,356.29
09-12-07  09-07   172   PAYMENT
       2,135.45    1,139.83-   2,795.81     479.47
                 425,550.56              2,876.82
---* PF2 FOR ADDL MESSAGES *--------------------------------------------
PROCESSING NOTES ARE PRESENT           OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS             DEFERRED INTEREST BAL = 33,949.37
```

00001734

```
SER1 0675938427      _____     CUSTOMER SERVICE   INV A01/013  04/29/08  12:57:42
WAUN WEINGART                     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 OC  TYPE CONV. RES.      ARM         MAN 0
                                  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        IR  6.97600  BR 00    333-333-3333
7766 SAXEBOROUGH DR       CASTLE ROCK CO 80108-0000                  B 303-458-3668
_   AEGIS    < JIT DEBIT INITIATED 1565150367                         >:  04/07/08
-----HPMT----------------------* LOAN HISTORY *-----------------------------(MORE)
PROC-DT  DUE-DT  TRAN   TRAN-DESCRIPTION                        TRAN-EFFECTIVE-DATE
    TRAN-AMT    PRINCIPAL    INTEREST      ESCROW     AMOUNT/CD/DESCRIPTION
08-10-07  08-07   172   PAYMENT
     2,135.45     1,138.32-   2,794.30      479.47
                 424,410.73                2,397.35
07-10-07  07-07   172   PAYMENT
     2,135.45     1,133.30-   2,789.28      479.47
                 423,272.41                1,917.88
06-18-07  06-07   172   PAYMENT
     2,019.92     1,239.94-   2,780.39      479.47
                 422,139.11                1,438.41
05-07-07  05-07   172   PAYMENT
     1,964.98     1,227.29-   2,767.74      424.53
                 420,899.17                3,539.63
---* PF2 FOR ADDL MESSAGES *----------------------------------------------------
PROCESSING NOTES ARE PRESENT           OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS             DEFERRED INTEREST BAL = 33,949.37
```

00001735

```
SER1  0675938427        _ _ _ _ _ _ _ _      CUSTOMER SERVICE    INV A01/013   04/29/08   12:57:42
WAUN WEINGART                          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 OC  TYPE CONV. RES.     ARM        MAN 0
                                       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       IR  6.97600  BR 00    333-333-3333
7766 SAXEBOROUGH DR            CASTLE ROCK CO 80108-0000              B 303-458-3668
  _  AEGIS    < JIT DEBIT INITIATED 1565150367                              >: 04/07/08
- - - - ~ HPMT - - - - - - - - - - - - - - - - - - - - - - - * LOAN HISTORY * - - - - - - - - - - - - - - - - - - - - - - - - - (MORE)
PROC-DT   DUE-DT   TRAN   TRAN-DESCRIPTION                    TRAN-EFFECTIVE-DATE
    TRAN-AMT     PRINCIPAL    INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
04-13-07  04-07   172   PAYMENT
    1,964.98     1,208.51-    2,748.96     424.53
                 419,671.88                3,115.10
03-06-07  03-07   172   PAYMENT
    1,964.98     1,183.35-    2,723.80     424.53
                 418,463.37                2,690.57
02-08-07  02-07   172   PAYMENT
    1,964.98     1,158.45-    2,698.90     424.53
                 417,280.02                2,266.04
01-11-07  01-07   172   PAYMENT
    1,964.98     1,131.74-    2,672.19     424.53
                 416,121.57                3,332.83
- - - * PF2 FOR ADDL MESSAGES * - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROCESSING NOTES ARE PRESENT              OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS                DEFERRED INTEREST BAL = 33,949.37
```

00001736

```
SER1 0675938427        _____      CUSTOMER SERVICE    INV A01/013   04/29/08   12:57:42
WAUN  WEINGART                      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 OC   TYPE CONV. RES.     ARM           MAN 0
                                    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         IR  6.97600  BR 00    333-333-3333
7766 SAXEBOROUGH DR        CASTLE ROCK CO 80108-0000               B 303-458-3668
    AEGIS     < JIT DEBIT INITIATED 1565150367                     >: 04/07/08
-----HPMT--------------------------* LOAN HISTORY *-----------------------------(MORE)
PROC-DT   DUE-DT   TRAN   TRAN-DESCRIPTION                       TRAN-EFFECTIVE-DATE
     TRAN-AMT   PRINCIPAL   INTEREST    ESCROW     AMOUNT/CD/DESCRIPTION
12-13-06  12-06   172   PAYMENT
     1,964.98    1,100.85-  2,641.30    424.53
                 414,989.83             2,908.30
11-13-06  11-06   172   PAYMENT
     1,964.98    1,061.74-  2,602.19    424.53
                 413,888.98             4,885.07
10-11-06  10-06   172   PAYMENT
     1,964.98    1,020.64-  2,561.09    424.53
                 412,827.24             4,460.54
09-07-06  09-06   172   PAYMENT
     1,964.98      969.76-  2,510.21    424.53
                 411,806.60             4,036.01
---* PF2 FOR ADDL MESSAGES *---------------------------------------------------
PROCESSING NOTES ARE PRESENT           OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS             DEFERRED INTEREST BAL = 33,949.37
```

00001737

```
SER1  0675938427         _____        CUSTOMER SERVICE    INV A01/013   04/29/08   12:57:42
WAUN  WEINGART                         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 0C   TYPE CONV. RES.       ARM          MAN 0
                                       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         IR  6.97600    BR 00      333-333-3333
7766 SAXEBOROUGH DR          CASTLE ROCK CO 80108-0000                  B 303-458-3668
_    AEGIS     < JIT DEBIT INITIATED 1565150367                              >:  04/07/08
----~HPMT--------------------* LOAN HISTORY *-------------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                        TRAN-EFFECTIVE-DATE
    TRAN-AMT    PRINCIPAL   INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
08-03-06  08-06   172  PAYMENT
      1,964.98         912.94-   2,453.39     424.53
                  410,836.84              2,122.55
07-14-06  07-06   172  PAYMENT
      1,964.98         860.41-   2,400.86     424.53
                  409,923.90              1,698.02
06-08-06  06-06   173  PAYMENT                                          06-07-06
          0.00         917.60-   2,350.58     423.62
                  409,063.49              1,273.49
06-08-06  05-06   173  PAYMENT                                          06-07-06
          0.00         870.84-   2,303.82     423.62     71.65 1 LATE CHARGE
                                                       3,784.85-  SUSPENSE
---* PF2 FOR ADDL MESSAGES *----------------------------------------------------
PROCESSING NOTES ARE PRESENT          OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS            DEFERRED INTEREST BAL = 33,949.37
```

00001738

```
SER1 0675938427        --------      CUSTOMER SERVICE   INV A01/013   04/29/08  12:57:42
WAUN  WEINGART                       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 OC  TYPE CONV. RES.     ARM        MAN 0
                                     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         IR  6.97600  BR 00    333-333-3333
7766 SAXEBOROUGH DR        CASTLE ROCK CO 80108-0000                B 303-458-3668
 _   AEGIS      < JIT DEBIT INITIATED 1565150367                      >: 04/07/08
----HPMT-----------------* END  OF LOAN HISTORY *---------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                    TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL     INTEREST       ESCROW    AMOUNT/CD/DESCRIPTION
               408,145.89                   849.87
06-07-06  05-06  172  PAYMENT
   3,784.85         0.00           0.00       0.00    3,784.85   SUSPENSE
04-05-06  04-06  172  PAYMENT
   1,856.60       819.80-     2,252.78      423.62
                407,275.05                3,368.80




---* PF2 FOR ADDL MESSAGES *---------------------------------------------------
PROCESSING NOTES ARE PRESENT           OTHER PROCESSING NOTES ARE PRESENT
PROP/MAIL ADDRESS DIFFER, SEE MAS1/ADD2
INTEREST EARNED IN ARREARS             DEFERRED INTEREST BAL = 33,949.37
```

00001739