```
                                        001 00001 02              PAGE:    1
                                        ACCOUNT:         70074710  01/23/2007
```

```
              JOHN P. GALLEGOS                                    <T> 23
              141 LOST ANGEL RD                                         0
              BOULDER CO   80302                                        0
```

```
============================================================================
    AMERICAN NATIONAL BANK WILL BEGIN USING CHECKFREE AS OUR BILL PAYMENT
    PROCESSOR FOR THE BANKATEASE INTERNET BANKING PRODUCT.  FOR MORE
    INFORMATION, PLEASE VISIT OUR WEBSITE AT WWW.ANBBANK.COM AND SELECT THE
    "UPCOMING CHANGES" LINK ABOVE THE LOG-IN BOX.

============================================================================
                    PREFERRED PARTNERS ACCOUNT 70074710
============================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 12/22/06 | 4,843.93 |
| POS PURCHASE 068816 12/21 03:45 CCBill.com *Solstice Gro 888-5969279 AZ | 8.95 | | 12/26/06 | 4,834.98 |
| POS PURCHASE 090003 12/22 02:56 DENVER SWIM CLUB INC DENVER CO | 10.00 | | 12/26/06 | 4,824.98 |
| POS PURCHASE 084366 12/21 03:45 CCBill.com *Denver Swim 888-5969279 AZ | 14.95 | | 12/26/06 | 4,810.03 |
| POS PURCHASE 001180 12/22 09:23 SPRING WIRELESS 505 BOULDER CO | 37.65 | | 12/26/06 | 4,772.38 |
| POS PURCHASE 056337 12/23 01:28 NORTH BOULDER COMPANION A BOULDER CO | 44.88 | | 12/26/06 | 4,727.50 |
| POS PURCHASE 049629 12/26 08:50 3600 TABLE MESA BOULDER CO | 82.40 | | 12/26/06 | 4,645.10 |
| POS PURCHASE 015635 12/23 03:05 LAKESHORE ATHLETIC CLUB F BROOMFIELD CO | 100.00 | | 12/26/06 | 4,545.10 |
| POS PURCHASE 102444 12/22 18:29 11 WEST FLAT IRON CIRCL BROOMFIELD CO | 100.00 | | 12/26/06 | 4,445.10 |
| POS PURCHASE 053659 12/26 13:14 2905 Pearl Street Boulder CO | 104.69 | | 12/26/06 | 4,340.41 |
| POS PURCHASE 024380 12/22 15:13 21 WEST FLLTIRON CIRCLE BROOMFIELD CO | 214.51 | | 12/26/06 | 4,125.90 |
| POS PURCHASE 092867 12/22 03:39 BKSTN RETAIL STORE#243 BROOMFIELD CO | 541.17 | | 12/26/06 | 3,584.73 |
| POS PURCHASE 074440 12/22 04:11 REI 18 DENVER DENVER CO | 646.67 | | 12/26/06 | 2,938.06 |
| ATM WITHDRAWAL 001888 12/22 16:57 #1 W FLATIRON CIRCLE,#4 BROOMFIELD | 142.00 | | 12/26/06 | 2,796.06 |

```
                              * * *  C O N T I N U E D  * * *
```

**ATTACHMENT
8(a)**

00012191

```
                                    001 00001 02              PAGE:      2
                                    ACCOUNT:         70074710  01/23/2007
```

JOHN P. GALLEGOS

```
========================================================================
                    PREFERRED PARTNERS ACCOUNT 70074710
========================================================================
       DESCRIPTION              DEBITS        CREDITS    DATE      BALANCE

ATM SERVICE CHARGE 001888 12/22 16:57 #1 W FLATIRON
  CIRCLE,#4 BROOMFIELD            1.50                 12/26/06    2,794.56
POS PURCHASE 030878 12/23 01:11 GINGER'S DRIVE-THRU
  LIQUO BOULDER CO               34.05                 12/27/06    2,760.51
POS PURCHASE 050104 12/23 01:19 REI 44 BOULDER
  WESTMINSTER CO                242.28                 12/27/06    2,518.23
POS PURCHASE 050201 12/23 01:19 REI 44 BOULDER
  WESTMINSTER CO                386.47                 12/27/06    2,131.76
POS RETURN 042758 12/28 11:56 21 WEST FLLTIRON CIRCLE
  BROOMFIELD CO                              140.99    12/28/06    2,272.75
POS PURCHASE 030012 12/27 03:02 C.O.B - UTILITY BILLING
  303-464-5825 CO                51.88                 12/28/06    2,220.87
POS PURCHASE 029996 12/27 19:29 CONOCO #06400700848994
  DENVER CO                      53.03                 12/28/06    2,167.84
POS PURCHASE 057850 12/28 12:07 21 WEST FLLTIRON CIRCLE
  BROOMFIELD CO                 119.08                 12/28/06    2,048.76
INTERNET BANKING FUNDS XFER 774273580      1,500.00    12/29/06    3,548.76
POS PURCHASE 015832 12/27 03:34 BUFFS WASH 2 BOULDER CO
                                  6.15                 12/29/06    3,542.61
POS PURCHASE 001335 12/27 02:26 RIO GRANDE MEXICAN RES
  DENVER CO                      22.97                 12/29/06    3,519.64
POS PURCHASE 028127 12/29 12:01 2480 ARAPAHOE AVE
  BOULDER CO                     61.62                 12/29/06    3,458.02
POS PURCHASE 372201 12/28 16:22 1600 29TH STREET
  BOULDER CO                     89.72                 12/29/06    3,368.30
POS PURCHASE 035627 12/28 14:10 1650 30TH ST. BOULDER
  CO                            105.95                 12/29/06    3,262.35
POS PURCHASE 408715 12/28 17:03 1235 PEARL ST BOULDER
  CO                            393.36                 12/29/06    2,868.99
LOAN PAYMENT                     25.00                 01/01/07    2,843.99
63967723 BMW BANK BMWFS PYMT
                                682.45                 01/02/07    2,161.54
POS PURCHASE 020828 12/31 15:30 7200 E MARGINAL WAY S
  SEATTLE WA                     15.47                 01/02/07    2,146.07
POS PURCHASE 030738 12/29 17:10 CONOCO #06400400849158
  BOULDER CO                     26.01                 01/02/07    2,120.06
POS PURCHASE 037284 12/28 01:53 NORDSTROM #0035
  BROOMFIELD CO                 138.92                 01/02/07    1,981.14
POS PURCHASE 015899 01/02 23:32 BUFFS WASH 2 BOULDER CO
                                  6.00                 01/03/07    1,975.14
POS PURCHASE 001057 01/01 01:56 DIA PARKING 2
  3033424046 CO                  34.00                 01/03/07    1,941.14
POS PURCHASE 153901 01/04 13:38 7125 W 88TH AVE
  WESTMINSTER CO                158.26                 01/04/07    1,782.88
                      * * *  C O N T I N U E D  * * *
```

00012192

JOHN P. GALLEGOS

```
=============================================================================
                    PREFERRED PARTNERS ACCOUNT 70074710
=============================================================================
      DESCRIPTION              DEBITS        CREDITS     DATE       BALANCE

POS PURCHASE 009653 01/03 17:01 COLORADO ATHLETIC CLUB
   800-313-7208 CO              227.00                 01/04/07     1,555.88
INTERNET BANKING FUNDS XFER 717019300       1,500.00   01/05/07     3,055.88
POS PURCHASE 015950 01/04 23:32 BUFFS WASH 2 BOULDER CO
                                 10.35                 01/05/07     3,045.53
POS PURCHASE 036560 01/03 02:27 THE BODY SHOP #157
   BOULDER CO                    59.38                 01/05/07     2,986.15
INTERNET BANKING FUNDS XFER 768069657      25,000.00   01/08/07    27,986.15
POS PURCHASE 077032 01/04 02:30 FLT PLAN LLC SOUTHBURY
   CT                            14.95                 01/08/07    27,971.20
POS PURCHASE 061474 01/05 01:48 FLOYDS II DENVER CO
                                 19.00                 01/08/07    27,952.20
POS PURCHASE 016082 01/03 02:34 SEATTLE CLUB UNITED LLC
   253-5202522 WA                40.00                 01/08/07    27,912.20
POS PURCHASE 016032 01/05 14:03 2480 ARAPAHOE AVE
   BOULDER CO                    51.97                 01/08/07    27,860.23
POS PURCHASE 035329 01/08 09:54 2905 Pearl Street
   Boulder CO                    64.81                 01/08/07    27,795.42
POS PURCHASE 001042 01/07 02:43 DIA PARKING 2
   3033424046 CO                 36.00                 01/09/07    27,759.42
ATM WITHDRAWAL 010164 01/09 10:06 567 East Louisana US
   Denver CO                    101.75                 01/09/07    27,657.67
ATM SERVICE CHARGE 010164 01/09 10:06 567 East Louisana
   US Denver CO                   1.50                 01/09/07    27,656.17
POS PURCHASE 082910 01/09 01:31 RAYTHEON RAPID
   888-727-4344 KS               28.09                 01/10/07    27,628.08
POS PURCHASE 010127 01/09 17:36 LIQUORMART INC BOULDER
   CO                            93.98                 01/10/07    27,534.10
INTERNET BANKING FUNDS XFER 750410378       5,000.00   01/11/07    32,534.10
POS PURCHASE 001001 01/08 02:42 FALCON CREST HOUSTON TX
                                193.75                 01/11/07    32,340.35
POS PURCHASE 050813 01/10 15:53 BROWN AVAITION TOOL
   SUPL 405-688-6888 OK         232.45                 01/11/07    32,107.90
1954427753 CHECKPAYMT 011107 NTE*SPH*ACCT 1001674132
                              1,253.45                 01/12/07    30,854.45
8790506433 SELECT PORTFOLIO SPS
                              1,412.86                 01/12/07    29,441.59
XXXXX8774 WAMU BANK MORTG PMT
                              1,724.66                 01/12/07    27,716.93
4001404013 SELECT PORTFOLIO SPS
                              2,721.12                 01/12/07    24,995.81
0146876461 MORTGAGE PAYMENT 8002883212
                              2,806.86                 01/12/07    22,188.95
4001396110 SELECT PORTFOLIO SPS
                              3,528.61                 01/12/07    18,660.34
                         * * *  C O N T I N U E D  * * *
```

```
                                    001 00001 02                PAGE:     4
                                    ACCOUNT:         70074710   01/23/2007
```

JOHN P. GALLEGOS

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| 070110065271943 AMERICAN EXPRESS ELEC REMIT | 15,473.23 | | 01/12/07 | 3,187.11 |
| POS PURCHASE 016113 01/10 05:15 BUFFS WASH 2 BOULDER CO | 6.30 | | 01/12/07 | 3,180.81 |
| POS PURCHASE 050960 01/11 01:36 RAYTHEON RAPID 888-727-4344 KS | 14.56 | | 01/12/07 | 3,166.25 |
| POS PURCHASE 050959 01/11 01:36 RAYTHEON RAPID 888-727-4344 KS | 24.07 | | 01/12/07 | 3,142.18 |
| POS PURCHASE 070201 01/10 02:14 NORTH BOULDER COMPANION A BOULDER CO | 44.94 | | 01/12/07 | 3,097.24 |
| POS PURCHASE 050954 01/11 01:36 RAYTHEON RAPID 888-727-4344 KS | 48.14 | | 01/12/07 | 3,049.10 |
| POS PURCHASE 000503 01/11 16:49 1905 15TH ST BOULDER CO | 62.20 | | 01/12/07 | 2,986.90 |
| POS PURCHASE 001001 01/09 02:28 FALCON CREST HOUSTON TX | 193.75 | | 01/12/07 | 2,793.15 |
| INTERNET BANKING FUNDS XFER 728023053 | | 3,000.00 | 01/16/07 | 5,793.15 |
| INTERNET BANKING FUNDS XFER 778009303 | | 3,000.00 | 01/16/07 | 8,793.15 |
| XXXXX1031 OCWEN FEDERAL BA MTG PMT | 10.00 | | 01/16/07 | 8,783.15 |
| 31708068 OCWEN FEDERAL BA MTG PMT | 10.00 | | 01/16/07 | 8,773.15 |
| 746007 WILSHIRE CREDIT MORT PMNT | 412.00 | | 01/16/07 | 8,361.15 |
| 0432990992 Homecomings - D MORTGAGE | 1,220.05 | | 01/16/07 | 7,141.10 |
| XXXXX1031 OCWEN FEDERAL BA MTG PMT | 1,364.57 | | 01/16/07 | 5,776.53 |
| 31708068 OCWEN FEDERAL BA MTG PMT | 1,392.41 | | 01/16/07 | 4,384.12 |
| 0434232971 Homecomings - D MORTGAGE | 2,427.90 | | 01/16/07 | 1,956.22 |
| POS PURCHASE 016193 01/15 23:32 BUFFS WASH 2 BOULDER CO | 6.60 | | 01/16/07 | 1,949.62 |
| POS PURCHASE 010034 01/14 16:54 3600 TABLE MESA BOULDER CO | 23.46 | | 01/16/07 | 1,926.16 |
| POS PURCHASE 009781 01/15 15:38 1650 30TH ST. BOULDER CO | 34.71 | | 01/16/07 | 1,891.45 |
| POS PURCHASE 027656 01/14 03:32 QUE BUENO LLC WESTMINSTER CO | 38.19 | | 01/16/07 | 1,853.26 |
| POS PURCHASE 001814 01/11 02:08 RIO GRANDE MEXICAN RES DENVER CO | 50.01 | | 01/16/07 | 1,803.25 |
| POS PURCHASE 002959 01/12 14:26 1650 30TH ST. BOULDER CO | 60.75 | | 01/16/07 | 1,742.50 |
| INTERNET BANKING FUNDS XFER 700998117 | | 1,500.00 | 01/17/07 | 3,242.50 |

* * *   C O N T I N U E D   * * *

00012194

```
                                    001 00001 02                PAGE:     5
                                    ACCOUNT:        70074710    01/23/2007
```

JOHN P. GALLEGOS

=====================================================================
PREFERRED PARTNERS ACCOUNT 70074710
=====================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| 000000998137040 FLAGSTAR BANK, F MTG PAYMT | | | | |
| | 1,330.16 | | 01/17/07 | 1,912.34 |
| 64417040 BMW BANK BMWFS PYMT | | | | |
| | 649.95 | | 01/18/07 | 1,262.39 |
| POS PURCHASE 906886 01/18 08:47 500 SUMMIT BLVD BROOMFIELD(F CO | 18.81 | | 01/18/07 | 1,243.58 |
| POS PURCHASE 028968 01/18 17:32 2480 ARAPAHOE AVE BOULDER CO | 40.05 | | 01/19/07 | 1,203.53 |
| POS PURCHASE 001298 01/19 01:49 SHELL OIL 57442461208 BOULDER CO | 43.61 | | 01/22/07 | 1,159.92 |
| POS PURCHASE 016451 01/22 23:32 BUFFS WASH 2 BOULDER CO | 7.65 | | 01/23/07 | 1,152.27 |
| INTEREST | | 1.26 | 01/23/07 | 1,153.53 |
| BALANCE THIS STATEMENT ............................... | | | 01/23/07 | 1,153.53 |

```
TOTAL CREDITS       (9)     40,642.25
TOTAL DEBITS       (82)     44,332.65
```

- - - - - - - - - - I N T E R E S T - - - - - - - - - - -

```
AVERAGE LEDGER BALANCE:        5,765.05   INTEREST EARNED:                          1.26
AVERAGE AVAILABLE BALANCE:     5,765.05   DAYS IN PERIOD:                             32
INTEREST PAID THIS PERIOD:         1.26   ANNUAL PERCENTAGE YIELD EARNED:           .25%
INTEREST PAID 2007:                1.26
INTEREST PAID 2006:               26.59
INTEREST RATE:                   .2500%
```

=====================================================================
CHECKING RESERVE LINE ACCOUNT 70074710
=====================================================================

| DESCRIPTION | ADVANCES | PAYMENTS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................... | | | 12/22/06 | 486.08 |
| PAYMENT | | 25.00 | 01/01/07 | 461.08 |
| FINANCE CHARGE | 7.34 | | 01/23/07 | 468.42 |
| BALANCE THIS STATEMENT ............................... | | | 01/23/07 | 468.42 |

```
                    * * *   C O N T I N U E D   * * *
```

```
                                      001 00001 02              PAGE:    6
                                      ACCOUNT:         70074710  01/23/2007
```

JOHN P. GALLEGOS

```
================================================================================
                    CHECKING RESERVE LINE ACCOUNT 70074710
================================================================================

PREVIOUS BALANCE                486.08  CREDIT LIMIT                  1,000.00
ADVANCES                           .00  AVAILABLE CREDIT                538.92
PAYMENTS                         25.00  FINANCE CHARGE PAID
** FINANCE CHARGE **              7.34     PAID 2007                      7.15
NEW BALANCE                     468.42     PAID THIS PERIOD               7.15
                                        PAYMENT DUE DATE              02/02/07
                                        MINIMUM PAYMENT DUE              25.00


AVERAGE DAILY BALANCE           466.10  DAYS THIS CYCLE                     32
INTEREST THRU                 01/23/07


** ANNUAL PERCENTAGE RATE **  18.0000% DAILY PERIODIC RATE            .00049315

********************************************************************************
  THE 'MINIMUM PAYMENT DUE' WILL BE CHARGED TO YOUR CHECKING ACCOUNT ON 02/02/07
********************************************************************************
```

00012196