# SUMMARY OF LOAN FUNDING, MORTGAGE PAYMENTS, AND LOAN PAYOFF TRANSACTIONS FOR LOAN L-1

Borrowers: John Gallegos
Date: 3/21/02
Original Lender: Aames Funding
dba Aames Home Loan
Original Loan ID #: 0001721046

**Loan Details for L-1**
Loan Amount: $278,000
Initial Monthly Pymt: $1,996.43
First Pymt Due Date: 5/1/02

| Acct Name | Acct # | Acct Signors | Date | Funding | Method/Ck # | Payment | Payor or Payee | Bates |
|---|---|---|---|---|---|---|---|---|
| CCCT | #1666 | WCPJ | 3/21/02 | $ 276,443.80 | Wire | | Aames Funding | 13689/stmt |
| CCCT | #1625 | WCPJ | 5/14/02 | | 7436 | $ 1,996.43 | | 13539, 25460/stmt |
| CCCT | #1625 | WCPJ | 6/14/02 | | 7500 | $ 1,996.43 | | 13542, 25457/stmt |
| CCCT | #1625 | WCPJ | 7/23/02 | | 7526 | $ 1,996.43 | Olympus Servicing 1001447013 | 13678/ck |
| Craig & Waun Weingart | #7049 | CW | 8/7/02 | | 8802 | $ 3,992.86 | Olympus Servicing 1001447013 | 14078/ck |
| Craig & Waun Weingart | #7049 | CW | 9/19/02 | | 8824 | $ 1,996.43 | | 14047/stmt, 7745/PH |
| Craig & Waun Weingart | #7049 | CW | 10/8/02 | | 9113 | $ 1,996.43 | | 14053/stmt, 7745/PH |
| Craig & Waun Weingart | #7049 | CW | 10/28/02 | | 9112 | $ 3,992.86 | Olympus Servicing 1001447013 | 14081/ck, 7745/PH |
| Craig & Waun Weingart | #7049 | CW | 11/13/02 | | 9133 | $ 1,996.43 | | 14064/stmt, 7745/PH |
| CCCT | #1666 | JWCP | 12/27/02 | | 7841 | $ 1,996.43 | | 13708/stmt, 7745/PH |
| CCCT | #1666 | JWCP | 1/16/03 | | 7857 | $ 1,996.43 | | 13710/stmt, 7745/PH |
| CCCT | #1666 | JWCP | 3/13/03 | | 7918 | $ 1,996.43 | | 13714/stmt, 7745/PH |
| CCCT | #1666 | JWCP | 5/14/03 | | EW | $ 2,011.43 | Fairbanks Capita Loan Pmt 4001404013 | 13722/stmt, 7745/PH |
| CCCT | #7831 | WJ | 6/11/03 | | EW | $ 2,011.45 | Loan Service Center 4001404013 | 12638/stmt, 7745/PH |
| CCCT | #7831 | WJ | 7/9/03 | | EW | $ 2,358.55 | Loan Service Center 4001404013 | 12641/stmt, 7745/PH |
| CCCT | #7831 | WJ | 8/14/03 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 12644/stmt, 7745/PH |
| CCCT | #7831 | WJ | 9/17/03 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 12646/stmt, 7745/PH |
| CCCT | #7831 | WJ | 10/21/03 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 12650/stmt, 7745/PH |
| CCCT | #7831 | WJ | 11/12/03 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 12653/stmt, 7745/PH |
| CCCT | #7831 | WJ | 12/11/03 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 12656/stmt, 7745/PH |
| CCCT | #7831 | WJ | 1/15/04 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 12659/stmt, 7745/PH |
| CCCT | #7056 | J | 2/23/04 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 14175/stmt, 7745/PH |
| John Gallegos | #7056 | J | 2/23/04 | $ 2,358.54 | Wire | | Fairbanks Capital | 14173/stmt, 7745/PH |
| John Gallegos | #7056 | J | 2/24/04 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 14176-77/stmt, 7745/PH |
| CCCT | #1625 | WCPJ | 3/10/04 | | EW | $ 2,358.54 | Loan Service Center 4001404013 | 13581/stmt, 7745/PH |
| John Gallegos | #7056 | J | 4/13/04 | | EW | $ 2,343.54 | Loan Service Center 4001404013 | 14188/stmt, 7745/PH |
| John Gallegos | #7056 | J | 5/11/04 | | EW | $ 2,343.54 | Loan Service Center 4001404013 | 14198/stmt, 7745/PH |
| John Gallegos | #7056 | J | 6/11/04 | | EW | $ 2,251.43 | Loan Service Center 4001404013 | 14209/stmt, 7745/PH |
| John Gallegos | #7056 | J | 7/15/04 | | EW | $ 2,251.43 | Loan Service Center 4001404013 | 14215/stmt, 7745/PH |
| John Gallegos | #7056 | J | 8/11/04 | | EW | $ 2,260.43 | Select Portfolio 4001404013 | 14221-22/stmt, 7745/PH |
| John Gallegos | #7056 | J | 9/15/04 | | EW | $ 2,260.43 | Select Portfolio 4001404013 | 14232/stmt, 7745/PH |
| John Gallegos | #7056 | J | 10/15/04 | | EW | $ 2,260.43 | Select Portfolio 4001404013 | 14236/stmt, 7745/PH |
| CCCT | #1825 | WCPJ | 11/30/04 | | EW | $ 2,260.43 | Select Portfolio 4001404013 | 13600/stmt, 7745/PH |
| John Gallegos | #7056 | J | 1/26/04 | | EW | $ 2,260.43 | Select Portfolio 4001404013 | 14248/stmt, 7745/PH |
| John Gallegos | #7056 | J | 1/11/05 | | EW | $ 2,260.43 | Select Portfolio 4001404013 | 15214/stmt, 7744/PH |
| John Gallegos | #7056 | J | 2/8/05 | | EW | $ 2,260.43 | Select Portfolio 4001404013 | 15224/stmt, 7744/PH |
| John Gallegos | #7056 | J | 3/15/05 | | EW | $ 1,996.43 | Select Portfolio 4001404013 | 14232/stmt, 7744/PH |

ATTACHMENT
8(d)

| Acct Name | Acct # | Acct Signors | Date * | Funding | Method/Ck # | Payment | Payor or Payee | Bates |
|---|---|---|---|---|---|---|---|---|
| John Gallegos | #7056 | J | 4/18/05 | | EW | $ 1,996.43 | Select Portfolio 4001404013 | 14243/stmt, 7744/PH |
| John Gallegos | #7056 | J | 5/16/05 | | EW | $ 2,274.30 | Select Portfolio 4001404013 | 15249/stmt, 7744/PH |
| John Gallegos | #7056 | J | 6/17/05 | | EW | $ 2,274.30 | Select Portfolio 4001404013 | 15257/stmt, 7744/PH |
| John Gallegos | #7056 | J | 7/8/05 | | EW | $ 2,274.30 | Select Portfolio 4001404013 | 15266/stmt, 7744/PH |
| John Gallegos | #7056 | J | 8/10/05 | | EW | $ 2,274.30 | Select Portfolio 4001404013 | 15275/stmt, 7744/PH |
| John Gallegos | #7056 | J | 9/13/05 | | EW | $ 2,274.30 | Select Portfolio 4001404013 | 15284/stmt, 7744/PH |
| John Gallegos | #7056 | J | 10/6/05 | | EW | $ 2,274.30 | Select Portfolio 4001404013 | 15291/stmt, 7744/PH |
| John Gallegos | #4710 | J | 11/14/05 | | EW | $ 2,440.48 | Select Portfolio 4001404013 | 12113/stmt, 7744/PH |
| John Gallegos | #4710 | J | 12/7/05 | | EW | $ 2,440.48 | Select Portfolio 4001404013 | 12119/stmt, 7744/PH |
| John Gallegos | #4710 | J | 1/9/06 | | EW | $ 2,440.48 | Select Portfolio 4001404013 | 12125/stmt, 7744/PH |
| John Gallegos | #4710 | J | 2/9/06 | | EW | $ 2,440.48 | Select Portfolio 4001404013 | 12131/stmt, 7744/PH |
| John Gallegos | #4710 | J | 3/8/06 | | EW | $ 2,440.48 | Select Portfolio 4001404013 | 12136/stmt, 7744/PH |
| John Gallegos | #4710 | J | 4/7/06 | | EW | $ 2,440.48 | Select Portfolio 4001404013 | 12142/stmt, 7744/PH |
| John Gallegos | #1348 | J | 5/17/06 | | EW | $ 2,633.28 | Select Portfolio 4001404013 | 15545/stmt, 7744/PH |
| John Gallegos | #4710 | J | 6/8/06 | | EW | $ 2,633.28 | Select Portfolio 4001404013 | 12151/stmt, 7744/PH |
| John Gallegos | #4710 | J | 7/17/06 | | EW | $ 2,848.28 | Select Portfolio 4001404013 | 12158/stmt, 7744/PH |
| John Gallegos | #4710 | J | 8/4/06 | | EW | $ 2,848.28 | Select Portfolio 4001404013 | 12162/stmt, 7744/PH |
| John Gallegos | #4710 | J | 9/8/06 | | EW | $ 2,848.28 | Select Portfolio 4001404013 | 12169/stmt, 7744/PH |
| John Gallegos | #4710 | J | 10/13/06 | | EW | $ 2,848.28 | Select Portfolio 4001404013 | 12175/stmt, 7744/PH |
| Waun Weingart | #4723 | W | 11/14/06 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12420/stmt, 7744/PH |
| John Gallegos | #4710 | J | 12/14/06 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12188/stmt, 7744/PH |
| John Gallegos | #4710 | J | 1/12/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12193/stmt, 7744/PH |
| John Gallegos | #4710 | J | 2/9/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12199/stmt, 7744/PH |
| Waun Weingart | #4723 | W | 3/8/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12438/stmt, 7744/PH |
| Waun Weingart | #4723 | W | 4/16/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12445/stmt, 7744/PH |
| John Gallegos | #4710 | J | 5/9/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12215/stmt, 7744/PH |
| John Gallegos | #4710 | J | 6/19/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12222/stmt, 7744/PH |
| John Gallegos | #4710 | J | 7/11/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12226/stmt, 7744/PH |
| John Gallegos | #4710 | J | 8/13/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12232/stmt, 7744/PH |
| John Gallegos | #4710 | J | 9/13/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12237/stmt, 7744/PH |
| Waun Weingart | #4723 | W | 10/16/07 | | EW | $ 2,721.12 | Select Portfolio 4001404013 | 12474/stmt, 7744/PH |
| John Gallegos | #4710 | J | 11/8/07 | | EW | $ 2,745.13 | Select Portfolio 4001404013 | 12247/stmt, 7744/PH |
| John Gallegos | #4710 | J | 12/18/07 | | EW | $ 2,745.13 | Select Portfolio 4001404013 | 12252/stmt, 7744/PH |
| John Gallegos | #4710 | J | 1/25/08 | | EW | $ 2,844.95 | Select Portfolio 4001404013 | 12260/stmt, 7744/PH |
| John Gallegos | #4710 | J | 2/14/08 | | EW | $ 2,745.13 | Select Portfolio 4001404013 | 12262/stmt, 7744/PH |
| Waun & Craig Weingart | #1321 | WC | 3/17/08 | | EW | $ 2,745.13 | Select Portfolio 4001404013 | 15463/stmt, 7744/PH |
| Waun & Craig Weingart | #1321 | WC | 4/8/08 | | EW | $ 2,735.13 | Select Portfolio 4001404013 | 15466/stmt, 7744/PH |
| Waun & Craig Weingart | #1321 | WC | 5/27/08 | | EW | $ 2,556.66 | Select Portfolio 4001404013 | 15992/stmt, 7744/PH |

CCCT = Colorado County and Community Title

W = Waun Weingart

J = John Gallegos

C = Craig Weingart

P = Patrick Gallegos

EW = Electronic Withdrawal

* Date is either the date from the bank records or the date from the lender's payment history

Source of loan details: 7740-7743/Note