IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

## GOVERNMENT'S MOTION FOR LEAVE
## TO DISCLOSE REPORTS OF INTERVIEWS

    The United States of America, by and through Assistant United States Attorneys Linda Kaufman and Martha Paluch, hereby seek leave of the Court to disclose to defense counsel five reports of interviews of witnesses. In support of this motion, the United States states as follows:

    1.    All five witnesses were endorsed on the Government's Witness List provided to defense counsel on September 17, 2012. All five witnesses were interviewed by agents in this case prior to September 17, 2012, but undersigned counsel discovered late last week that these reports had not been disclosed.

    2.    By these disclosures, the government would not be augmenting the number or identity of its witnesses or exhibits.

3. Undersigned counsel conferred with Ms. Paula Ray, counsel for Craig Weingart, regarding this motion. Ms. Ray stated that she does not object to the disclosure of these reports of interviews.

4. Undersigned counsel conferred with counsel for Waunita Weingart and John Gallegos, regarding this motion. Through counsel, Mr. Gallegos and Ms. Weingart take the position that the memoranda should be disclosed immediately, but do not waive and hereby reserve the right to object to the admission of the testimony of the witnesses whose interviews are summarized therein and/or to seek other sanctions for the government's violation of the Court's order requiring the government to complete its disclosures to the defense in this case not later than September 17, 2012.

5. The United States submits that the disclosure of these five reports of interviews at this time will not prejudice the defense.

6. For these reasons, the United States respectfully requests leave of the Court to disclose these five reports of interviews to defense counsel.

Respectfully submitted this 29th day of October, 2012.

JOHN F. WALSH
United States Attorney

By: *s/ Linda Kaufman*
LINDA KAUFMAN
By: *s/ Martha Paluch*
MARTHA PAULCH
Assistant United States Attorneys
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov
Martha.Paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I certify that on this 29th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Paula M. Ray
E-mail: paulamray@earthlnk.net

    By: *s/ Deborah Sisung*
DEBORAH SISUNG
Legal Assistant to AUSA Linda Kaufman
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: deborah.sisung@usdoj.gov

\