IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. WAUNITA WEINGART,
2. JOHN PHILLIP GALLEGOS,
3. ALOIS CRAIG WEINGART,

 Defendants.

_____

**ORDER ON GOVERNMENT'S MOTION FOR LEAVE
TO DISCLOSE REPORTS OF INTERVIEWS**

_____

  This matter having come before the Court on the Government's Motion for Leave to Disclose Reports of Interviews, and the Court being fully apprised, it is hereby ordered that:

  The Government's Motion is GRANTED.

  Dated this _____ day of _____, 2012.

               _____
               MARCIA S. KRIEGER
               UNITED STATES DISTRICT COURT JUDGE