IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00355-MSK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. WAUNITA WEINGART,
2. JOHN PHILLIP GALLEGOS,
3. ALOIS CRAIG WEINGART,

 Defendants.

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT GOVERNMENT'S PROFFER RELATING TO THE METHODOLOGY USED BY WITNESS DANA CHAMBERLIN AND MEMORANDUM OF LAW (DOC. 161)**

 The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, hereby seeks leave of the Court to supplement Government's Proffer Relating to the Methodology Used by Witness Dana Chamberlin and Memorandum of Law (Doc. 161), and as grounds therefor, states as follows:

 1. Defendants Waunita Weingart and John Gallegos, in the Parties' Second Amended Joint Motion Under Fed. R. Evid. 702, stated that their objections to Ms. Chamberlin's Opinions #C1-#C2073 were "1, 5 or 3, 4, 5, depending on which methodology actually was employed by Ms. Chamberlin as to the itemized opinion in question." (Doc. 160 at 123).

 2. Therefore, to assist the defendants in determining with greater particularity which objection(s) they wish to assert to which specific opinions, the government prepared

a chart which restates Opinions #C1-#C2073 and categorizes each of them consistent with the categories set forth in its Proffer, Doc. 161 at 19-21. Undersigned counsel provided this chart to defense counsel on November 8, 2012.

3.   Counsel for Defendants Waunita Weingart and John Gallegos have informed the undersigned that they are not inclined to file a joint supplement which would clarify which objections they wish to raise to Opinions #C1-#C2073, but have stated that they have no objection to the government's filing of its supplement with the Court. The supplement consists of the chart and a brief description of the categories.

4.   Counsel for Defendant Alois Craig Weingart has declined to enter objections to the admission of Ms. Chamberlin's expert testimony pursuant to Fed. R. Evid. 702 and this Court's Procedures for Rule 702 Motion, but reserves his right to raise objections to it pursuant to other Rules of Evidence.

WHEREFORE, the Government respectfully requests leave of the Court to file its Supplement to the Government's Proffer Relating to the Methodology Used by Witness Dana Chamberlin and Memorandum of Law.

Respectfully submitted this 14th day of November, 2012.

> JOHN F. WALSH
> United States Attorney
>
> By: *s/ Linda Kaufman*
> Linda Kaufman
> Assistant United States Attorney
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Facsimile: (303) 454-0404
> E-mail: Linda.Kaufman@usdoj.gov

By: *s/ Martha Paluch*
Martha Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of November, 2012, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT GOVERNMENT'S PROFFER RELATING TO THE METHODOLOGY USED BY WITNESS DANA CHAMBERLIN AND MEMORANDUM OF LAW (DOC. 161)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Darlene Ann Bagley
E-mail:  bagley@ridleylaw.com

Paula M. Ray
E-mail: paulamray@earthlnk.net


                    *s/Maggie E. Grenvik*
                    Maggie E. Grenvik
                    Legal Assistant
                    U.S. Attorney's Office
                    1225 17th St., Suite 700
                    Denver, CO  80202
                    Telephone:  (303) 454-0100
                    Fax:  (303) 454-0401
                    e-mail:  maggie.grenvik@usdoj.gov