**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover               Date:   November 27, 2012
Court Reporter:      Terri Lindblom
                     Mary George

Criminal Action No. 11-cr-00355-MSK

*Parties*:                                          *Counsel Appearing:*

UNITED STATES OF AMERICA,                           Linda Kaufman
                                                    Martha Paluch

            Plaintiff,

v.

WAUNITA WEINGART,                                   Martin Stuart
JOHN PHILLIP GALLEGOS, and                          William Taylor
ALOIS CRAIG WEINGART,                               Darlene Bagley
                                                    Paula Ray

            Defendants.

_____

**COURTROOM MINUTES**

_____

HEARING:    702- Evidentiary

**9:15 a.m.        Court in session.**

Defendants present on bond.

**Witness sworn  for the Government : Dana Chamberlin:**
**9:18 a.m.        Examination by the Court.**

**10:12 a.m.       Court in recess**
**10:49 a.m.       Court in session**

Continued  examination of witness by the Court.

**11:40 a.m.       Court in recess**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**1:43 p.m.**      **Court in session**

Examination of witness by Ms. Kaufman.

**EXHIBITS SUBMITTED:**  6

**3:11 p.m.**      **Court in recess**
**3:30 p.m.**      **Court in session**

Continued examination of witness by Ms. Kaufman.

Examination of witness by Mr. Taylor.

**ORDER:**      Bond is continued.

**5:01 p.m.**      **Court in recess.**

**Total Time:   5 hours 5 minutes.**
**Hearing continued.**