**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: November 28, 2012 |
| Court Reporter: Terri Lindblom | |

Criminal Action No. 11-cr-00355-MSK

*Parties*:                                                                *Counsel Appearing:*

UNITED STATES OF AMERICA,                          Linda Kaufman
                                                                            Martha Paluch
        Plaintiff,

v.

WAUNITA WEINGART,                                        Martin Stuart
JOHN PHILLIP GALLEGOS, and                          William Taylor
ALOIS CRAIG WEINGART,                                  Darlene Bagley
                                                                            Paula Ray
        Defendants.

---

**COURTROOM MINUTES**

---

HEARING:    702- Evidentiary - Day 2

**9:18 a.m.    Court in session.**

Defendants present on bond.

Examination of witness Dana Chamberlin by Mr. Taylor.

Supplemental examination of witness by Ms. Kaufman.

Examination of witness by Mr. Stuart

No further evidence by the Government or defendants.

Argument.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   The court takes the matter under advisement and will issue an oral ruling on **Friday, November 30, 2012 at 3:00 p.m.**.  Counsel and the parties may attend the hearing or order a transcript of the proceedings.

**ORDER:**   Bond is continued.

**11:00 a..m.**   **Court in recess.**

**Total Time:   1 hour 52 minutes.**
**Hearing concluded.**