IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WAUNITA WEINGART,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

_____

**ORDER ON GOVERNMENT'S MOTION FOR LEAVE TO DISCLOSE
REPORT OF INTERVIEW AND NEW DISCOVERY**

_____

    This matter having come before the Court on the Government's Motion for Leave to Disclose Report of Interview and New Discovery, and the Court being fully apprised, it is hereby ordered that:

    The Government's Motion is GRANTED.

    Dated this _____ day of _____, 2012.

                                                _____
                                                MARCIA S. KRIEGER
                                                UNITED STATES DISTRICT COURT JUDGE