IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11–cr–000335-001-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1.    WAUNITA WEINGART,**

Defendant.

---

**MOTION REQUESTING SUBSTITUTION OF COUNSEL FOR DECEMBER 18, 2012, ORAL RULING**

---

Comes now the Defendant, Waunita Weingart, by and through her attorney, Martin Stuart, and moves this Court for the entry of an Order allowing Jolie Masterson to substitute for Martin Stuart during a December 18, 2012, oral ruling by the Court.

**AS GROUNDS:**

1.   The Court will issue an oral ruling on pending F.R.E.702 issues on December 18, 2012, at 2 PM (doc. 179).  The Court previously orally stated at the conclusion of a November 28, 2012, hearing that neither the attorneys nor the defendants need be present for the ruling, although Ms. Weingart does intend on being present.

2.   Defense counsel is unavailable to appear with Ms. Weingart on December 18, 2012, due to a previously scheduled medical appointment and therefore requests attorney Jolie Masterson be allowed to substitute for him at the hearing.

  3. Ms. Weingart has been consulted and does not object to the requested substitution of counsel.

**WHEREFORE**, Defendant respectfully requests the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

                Respectfully submitted,

Dated: December 13, 2012    By: <u>s/Martin Stuart</u>
                 MARTIN STUART, *counsel for* Ms. Weingart
                 PortmanStuart, LLC
                 955 Bannock Street, suite 200
                 Denver, CO 80204
                 Phone 303-355-6789
                 Fax 303-623-0714

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman
Assistant United States Attorney
1225 17th St., Ste. 700
Denver, CO 80202
Linda.kaufman@usdoj.gov

William Taylor
*Attorney or John Gallegos*
303 16th Street, #200
Denver, CO 80202
wltaylorpc@gmail.com

Paula Ray
*Attorney for Alois Craig Weingart*
1801 Broadway, suite 1100
Denver, CO 80202
paulamray@earthlink.net


/s/ Martin Stuart_____
Martin Stuart