**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: December 18, 2012 |
| Court Reporter: Terri Lindblom | |

Criminal Action No. 11-cr-00355-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Linda Kaufman |
| | Martha Paluch |
| Plaintiff, | |
| v. | |
| WAUNITA WEINGART, | Jolie Masterson |
| JOHN PHILLIP GALLEGOS; and | Darlene Bagley |
| ALOIS WEINGART, | Paula Ray |
| Defendant. | |

## COURTROOM MINUTES

HEARING:    Oral Ruling- 702 Evidentiary Hearing

**2:10 p.m.    Court in session.**

Defendants' presence have been waived but Wuanita Weingart is present on bond.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**    The Court's ruling regarding the opinions of expert witness Dana Chamberlin's are as set forth in the record.

**ORDER:**    Bond is continued.

**3:16 p.m.    Court in recess.**

**Total Time:**    1 hour 6 minutes.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**Hearing concluded.**