CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT  (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE<br>**COX** | 2. PERSON REPRESENTED<br>**WEINGART, WAUNITA** | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>**1:11-000355-001** | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br><br>**US V. WEINGART** | 8. PAYMENT CATEGORY<br>**X** Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>**X** Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | 10. REPRESENTATION TYPE<br>*(See Instructions)*<br>**Criminal Case** |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
   1) 18 1343.F—FRAUD BY WIRE, RADIO OR TELEVISION

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
   Oral ruling delivered on 12-18-12 at 2pm by Judge Krieger

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
   Entire oral ruling.

14. SPECIAL AUTHORIZATIONS                                                                                                                     JUDGE'S INITIALS
   A. Apportioned Cost _____ % of Transcript with *(Give case name and defendant)*
   B. ___ Expedited  ___ Daily  ___ Hourly Transcript  ___ Realtime Unedited Transcript
   C. ___ Prosecution Opening Statement  ___ Prosecution Argument  ___ Prosecution Rebuttal
      ___ Defense Opening Statement  ___ Defense Argument  ___ Voir Dire  ___ Jury Instructions
   D. In this multi-defendant case, commercial duplication of transcript will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is named above, I hereby affirm that the transcript request is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>**S/Martin Stuart**                               **12-19-12**<br>Signature of Attorney                          Date<br><br>**Martin Stuart**<br>Printed Name<br><br>Telephone Number: 303-355-6789<br>___ Panel Attorney   x Retained Attorney   ___ Pro-Se   ___ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.<br><br>_____<br>Signature of Presiding Judicial Officer or By Order of the Court<br><br>_____       _____<br>Date of Order              Nunc Pro Tune Date |

### CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS<br><br>___ Official   ___ Contract   ___ Transcriber   ___ Other | 18. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone Number: |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses *(Itemize)* | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICES PROVIDED
   I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

   Signature of Claimant/Payee _____     Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK
   I hereby certify that the services were rendered and that the transcript was received.

   Signature of Attorney/Clerk _____     Date _____

### APPROVED FOR PAYMENT

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer/Clerk of Court _____    Date _____ | |