**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  11–cr–000335-001-MSK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1.   WAUNITA WEINGART,**

Defendant.

---

Waunita Weingart, by and through her attorney, Martin Stuart of PortmanStuart, LLC, hereby files this Notice of Disposition, informing the Court of her intent and request to the Court to change her plea from Not Guilty to Guilty. Defendant respectfully requests that the Court set a Change of Plea hearing as expeditiously as the Court's calendar permits

Respectfully submitted,

Dated: February 19, 2013          By: s/Martin Stuart
                                  MARTIN STUART, *counsel for* Ms. Weingart
                                  PortmanStuart, LLC
                                  955 Bannock Street, suite 200
                                  Denver, CO 80204
                                  Phone 303-355-6789
                                  Fax 303-623-0714

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of February 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Linda Kaufman
Martha Paluch
Assistant United States Attorneys
1225 17th St., Ste. 700
Denver, CO 80202
Linda.kaufman@usdoj.gov

William Taylor
*Attorney or John Gallegos*
303 16th Street, #200
Denver, CO 80202
wltaylorpc@gmail.com

Paula Ray
*Attorney for Alois Craig Weingart*
1801 Broadway, suite 1100
Denver, CO 80202
paulamray@earthlink.net


/s/ Martin Stuart_____
Martin Stuart