IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | March 13, 2013 |
| Court Reporter: | Terri Lindblom | | |

Criminal Action No. 11-cr-00355-MSK

*Parties*:                                                     *Counsel*:

UNITED STATES OF AMERICA,               Linda Kaufman
                                                                      Martha Paluch

           Plaintiff,

v.

1. WAUNITA WEINGART,                       Martin Stuart

           Defendant.

---

### ARRAIGNMENT AND CHANGE OF PLEA HEARING
---

**2:02 p.m.       Court in session.**

Defendant present on bond.

Defendant is arraigned on Counts 3 and 6 of the **Indictment**.  Defendant pleads guilty to Counts 3 and 6 of the **Indictment.**

Defendant sworn.

Statement by Mr. Stuart regarding the factual basis that was stipulated to and agreed upon.  The Court will treat the facts as represented in the agreement, whether or not they were read by Ms. Kaufman, as the facts that Defendant agrees to as being true.

Defendant advised regarding:

           1)     The Plea Agreement;

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

      2)     The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
      3)     The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** The Government's Oral Motion to Dismiss Counts 1, 4, 5, 7-11, 13-16, and 18 is **GRANTED.** The Court stays the effect of this order until the time of sentencing.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty are received.

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Counts 3 and 6 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set for **June 17, 2013 at 10:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motion (doc.#160) is DENIED AS MOOT.

**ORDER:** Bond is continued.

**3:06 p.m.**     **Court in recess.**

**Total Time:**     **1:04**
**Hearing concluded.**