B6F (Official Form 6F) (12/07)

In re  Waunita R Weingart,  
  Alois Craig Weingart  
  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3727+391999-91004<br>Creditor #: 1<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | C | Business Credit Card | | | | 46,012.49 |
| Account No. 3715-571039-71008<br>Creditor #: 2<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | C | Business Credit Card | | | | 14,396.52 |
| Account No. 3715-423592-01003<br>Creditor #: 3<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | C | Business Credit Card | | | | 682.80 |
| Account No. 3727-112893-31003<br>Creditor #: 4<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | C | Business Credit Card | | | | 122,550.71 |

__13__ continuation sheets attached

Subtotal (Total of this page)  182,642.52

**ATTACHMENT 1**

00027633

B6F (Official Form 6F) (12/07) - Cont.

In re  Waunita R Weingart,  
      Alois Craig Weingart

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3722-825665-31004<br>Creditor #: 5<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | C | Business Credit Card | | | | 513.37 |
| Account No. 349991069914<br>Creditor #: 6<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | C | Business Credit Card | | | | 18,685.00 |
| Account No. 349991494694<br>Creditor #: 7<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | C | Business Credit Card | | | | 15,270.00 |
| Account No. 0000181042<br>Creditor #: 8<br>Ameriquest<br>6312 Fiddlers Circle<br>Englewood, CO 80111 | | C | Mortgage-Foreclosure Wells Fargo<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 340,000.00 |
| Account No. 0130804263<br>Creditor #: 9<br>Ameriquest<br>6312 Fiddlers Circle<br>Englewood, CO 80111 | | C | Specialty Mortgage<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 490,000.00 |

Sheet no. \_1\_ of \_13\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    864,468.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

00027634

B6F (Official Form 6F) (12/07) - Cont.

In re  Waunita R Weingart,
       Alois Craig Weingart

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0002367875<br>Creditor #: 10<br>Amtrust Bank<br>1801 E. 9th St. #200<br>Cleveland, OH 44114 | | C | Mortgage-Foreclosed<br>7766 Saxeborough Dr.<br>Castle Rock, CO 80108 | | | | 343,441.79 |
| Account No.<br>Creditor #: 11<br>Anya Designs/Chimere Designs Inc.<br>550 S. Hill St. #850<br>Los Angeles, CA 90013 | | C | Business Account | | | | 6,600.00 |
| Account No. 374631166051175<br>Creditor #: 12<br>Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886 | | C | Personal Credit Card | | | | 984.00 |
| Account No. 4339-9300-2603-7483<br>Creditor #: 13<br>Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886 | | C | Credit Card | | | | 6,415.97 |
| Account No. 0006250852420<br>Creditor #: 14<br>Bank of America<br>P.O. Box 60875<br>Los Angeles, CA 90060-0875 | | C | Foreclosure-<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 400,000.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    757,441.76

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

00027635

B6F (Official Form 6F) (12/07) - Cont.

In re  **Waunita R Weingart,**
       **Alois Craig Weingart**
                                                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6474373807 <br> Creditor #: 15 <br> Bank of America <br> P.O. Box 60875 <br> Los Angeles, CA 90060-0875 | | C | Foreclosure- <br> 7766 Saxeborough Dr <br> Castle Rock, CO 80108 | | | | 32,000.00 |
| Account No. 6665858624 <br> Creditor #: 16 <br> Bank of America <br> P.O. Box 60875 <br> Los Angeles, CA 90060-0875 | | C | 141 Lost Angel Rd <br> Boulder, CO 80302 <br> Business loan | | | | 400,000.00 |
| Account No. 6183361143 <br> Creditor #: 17 <br> Bank of America <br> P.O. Box 60875 <br> Los Angeles, CA 90060-0875 | | C | Foreclosure-2nd Mortgage <br> 7766 Saxeborough Dr <br> Castle Rock, CO 80108 <br> Business loan | | | | 30,000.00 |
| Account No. <br> Creditor #: 18 <br> Barnes Thornburg <br> 300 Ohawa Ave NW <br> Grand Rapids, MI 49503 | | C | Business Account | | | | 6,595.50 |
| Account No. <br> Creditor #: 19 <br> Beverly Hill Water <br> 1221 W. Nineral Ave <br> Littleton, CO 80120 | | C | Utility <br> 7766 Saxeborough Dr <br> Castle Rock, CO 80108 | | | | 144.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       468,739.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

00027636

B6F (Official Form 6F) (12/07) - Cont.

In re  Waunita R Weingart,  
       Alois Craig Weingart  
                     Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 20<br>Bloom, Morr & Accomazzo<br>410 17th St. #2400<br>Denver, CO 80202 | | C | Judgement | | | | 19,000.00 |
| Account No.<br>Creditor #: 21<br>Bruce David Green Law<br>1313 S. Andrews Ave<br>Fort Lauderdale, FL 33316 | | C | Business | | | | 336.47 |
| Account No. 5544-5300-0204-1448<br>Creditor #: 22<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094 | | C | Personal Credit Card | | | | 9,862.14 |
| Account No. 5149-2280-9009-6775<br>Creditor #: 23<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094 | | C | Business Credit Card | | | | 26,334.06 |
| Account No. 5490-9226-0029-1802<br>Creditor #: 24<br>Chase<br>P.O. Box 94014<br>Palatine, IL 60094 | | C | Personal Credit Card | | | | 14,560.76 |

Sheet no. __4__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    70,093.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

00027637

B6F (Official Form 6F) (12/07) - Cont.

In re  Waunita R Weingart,
       Alois Craig Weingart
                                                                        Case No. _____
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0021937933<br>Creditor #: 25<br>Chase<br>P.O. Box 81507<br>Atlanta, GA 30366 | | C | Home Loan<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 380,000.00 |
| Account No. 0017487711<br>Creditor #: 26<br>Chase Home Finance<br>P.O. Box 78116<br>Phoenix, AZ 85062 | | C | Foreclosure-Home Loan<br>141 Lost Angel Rd<br>Boulder, CO 80302 | | | | 40,000.00 |
| Account No. 00174-52483<br>Creditor #: 27<br>Chase Home Finance<br>P.O. Box 78116<br>Phoenix, AZ 85062 | | C | Home Loan Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 300,000.00 |
| Account No. 0575013438<br>Creditor #: 28<br>Chevy Chase<br>6151 Chevy Chase Dr<br>Laurel, MD 20707 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 435,728.81 |
| Account No. 0130804263<br>Creditor #: 29<br>Citi Residential<br>P.O. Box 11000<br>Santa Ana, CA 92711 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 480,000.00 |

Sheet no. 5 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   1,635,728.81

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Waunita R Weingart,
        Alois Craig Weingart
        _____
                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 30 <br> Colt International <br> 300 Flint Ridge Road <br> Webster, TX 77598 | | C | lawsuit | X | X | X | Unknown |
| Account No. 296-902-703 <br> Creditor #: 31 <br> Conoco <br> P.O. Box 688929 <br> Des Moines, IA 50368-8929 | | C | Personal Credit Card | | | | 932.80 |
| Account No. 112730744 <br> Creditor #: 32 <br> Counrty wide <br> P.O. Box 660694 <br> Dallas, TX 75266 | | C | Real Estate Foreclosure <br> 7766 Saxeborough Dr <br> Castle Rock, CO 80108 | | | | 478,021.76 |
| Account No. 056490730 <br> Creditor #: 33 <br> Countrywide <br> P.O. Box 660694 <br> Dallas, TX 75266 | | C | Mortgage-Foreclosure <br> 141 Lost Angel Rd <br> Castle Rock, CO 80108 | | | | 424,000.00 |
| Account No. 074423252 <br> Creditor #: 34 <br> Countrywide <br> P.O. Box 650070 <br> Dallas, TX 75265-0070 | | C | Home Loan Foreclosure <br> 141 Lost Angel Rd <br> Boulder, CO 80302 | | | | 450,000.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,352,954.56

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

00027639

B6F (Official Form 6F) (12/07) - Cont.

In re Waunita R Weingart,
Alois Craig Weingart

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6011-0097-0352-1018 <br> Creditor #: 35 <br> Discover <br> P.O. Box 6103 <br> Carol Stream, IL 60197-6103 | | C | Personal Credit Card | | | | 11,124.00 |
| Account No. 6011-0090-1024-3033 <br> Creditor #: 36 <br> Discover Card <br> P.O. Box 6103 <br> Carol Stream, IL 60197-6103 | | C | Personal Credit Card | | | | 7,374.32 |
| Account No. <br> Creditor #: 37 <br> E 470 Public Hwy <br> 22470 E. 6th Pkwy <br> Aurora, CO 80018 | | C | Toll Card for Highway | | | | 500.00 |
| Account No. 1115561 <br> Creditor #: 38 <br> Equifirst <br> 500 Forest Point Cr <br> Charlotte, NC 28273 | | C | Forelcosure <br> 141 Lost Angel Rd <br> Boulder, CO 80302 | | | | 460,000.00 |
| Account No. 0979-3084 <br> Creditor #: 39 <br> Feldman Gale Law Firm <br> One Biscayne Tower <br> Miami, FL 33131 | | C | Business Debt | | | | 14,331.40 |

Sheet no. 7 of 13 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 493,329.72

B6F (Official Form 6F) (12/07) - Cont.

In re  Waunita R Weingart,
       Alois Craig Weingart
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3746-311680-51175 Creditor #: 40 FIA Card Services P.O. Box 851001 Dallas, TX 75285-1001 | | C | Personal Credit Card | | | | 804.00 |
| Account No. 5490-9996-0188-7739 Creditor #: 41 FIA Card Services P.O. Box 851001 Dallas, TX 75285-1001 | | C | Personal Credit Card | | | | 5,744.73 |
| Account No. CV2008-3073 Creditor #: 42 Fidelity National Title Insurance 601 Riverside Avenue Jacksonville, FL 32204 | | C | law suit | X | X | X | 20,000.00 |
| Account No. 998100276 Creditor #: 43 Flagstar Bank 5151 Corporate Dr. Troy, MI 48098 | | C | Mortgage-Foreclosure 7766 Saxeborough Dr Castle Rock, CO 80108 | | | | 310,000.00 |
| Account No. 0307372419 Creditor #: 44 GMAC Mortgage PO Box 780 Waterloo, IA 50704-0780 | | C | Mortgage 7766 Saxeborough Dr Castle Rock, CO 80108 | | | | 381,839.61 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    718,388.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

00027641

B6F (Official Form 6F) (12/07) - Cont.

In re  **Waunita R Weingart,**
       **Alois Craig Weingart**
                                           Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 55011321<br>Creditor #: 45<br>Guarnaty Bank<br>1331 17th St<br>Denver, CO 80217 | | C | Personal Line of Credit | | | | 2,030.17 |
| Account No.<br>Creditor #: 46<br>Haggan Aviation<br>12420 E. Conrol Tower Rd<br>Englewood, CO 80112 | | C | Business Repair Bill | | | | 28,200.14 |
| Account No. 22002317126944<br>Creditor #: 47<br>HFC (Ch 13)<br>961 Weigel Dr<br>PO Box 8606<br>Elmhurst, IL 60126 | | C | 2nd Mortgage<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 33,000.00 |
| Account No. 0326155611<br>Creditor #: 48<br>Home Equity Service<br>701 Corporate Center Dr<br>Raleigh, NC 27607 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 430,000.00 |
| Account No. 7440564110<br>Creditor #: 49<br>Homecomings Financial<br>P.O. Box 100585<br>Florence, SC 29501 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 380,000.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     873,230.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

00027642

B6F (Official Form 6F) (12/07) - Cont.

In re  Waunita R Weingart,  
      Alois Craig Weingart  
                             Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1000519718<br>Creditor #: 50<br>Indy Mac Bank<br>P.O. Box 10433<br>Van Nuys, CA 91410 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 300,000.00 |
| Account No.<br>Creditor #: 51<br>IREA<br>5496 N. U.S. Hwy 85<br>Sedalia, CO 80135 | | C | Utility | | | | 119.30 |
| Account No. 8010950825<br>Creditor #: 52<br>Merchant Service<br>P.O. Box 505<br>MI 48541-0505 | | C | Merchant | | | | 85.00 |
| Account No. 0004303481<br>Creditor #: 53<br>National City Mortgage<br>P.O. Box 1820<br>Dayton, OH 45401-1820 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 419,427.56 |
| Account No.<br>Creditor #: 54<br>NAV Canada<br>77 Rue Metcalfe<br>Ohawa Ontario | | C | Business | | | | 40.43 |

Sheet no. __10__ of __13__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)    719,672.29

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

00027643

B6F (Official Form 6F) (12/07) - Cont.

In re  **Waunita R Weingart,**  
       **Alois Craig Weingart**  
       Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 204952824<br>Creditor #: 55<br>Nordstroms<br>P.O. Box 6566<br>Englewood, CO 80155-6566 | | C | Personal Credit Card | | | | 1,078.36 |
| Account No. 303-660-6663-6662<br>Creditor #: 56<br>Qwest<br>P.O. Box 2678<br>Omaha, NE 68103-2678 | | C | Phone & DSL | | | | 61.10 |
| Account No. 2000269047<br>Creditor #: 57<br>Saxon Mortgage Services<br>4708 Mercantile Dr. N.<br>Fort Worth, TX 76137 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 567,883.61 |
| Account No. 2000269060<br>Creditor #: 58<br>Saxon Mortgage Services<br>4708 Mercantile Dr. N.<br>Fort Worth, TX 76137 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 141,906.78 |
| Account No. 12-424-2236-6<br>Creditor #: 59<br>Shell<br>P.O. Box 689151<br>Des Moines, IA 50368-9151 | | C | Personal Gas Card | | | | 1,499.95 |

Sheet no. __11__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 712,429.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

00027644

B6F (Official Form 6F) (12/07) - Cont.

In re Waunita R Weingart,
Alois Craig Weingart

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 13399<br>Creditor #: 60<br>Stuller<br>P.O. Box 87777<br>Lafayette, LA 70598-7777 | | C | Business | | | | 172,018.60 |
| Account No. 2008C313450<br>Creditor #: 61<br>Trident Printing<br>1550 Larimer Street #142<br>Denver, CO 80202 | | C | suit | X | X | X | 10,526.00 |
| Account No. 3351-14951<br>Creditor #: 62<br>US Bank NA<br>P.O. Box 790448<br>Saint Louis, MO 63179 | | C | Business Line of Credit<br>3 copiers left w/ forclosed home | | | | 11,310.56 |
| Account No.<br>Creditor #: 63<br>Venetian Casino<br>3355 Las Vegas Blvd<br>Las Vegas, NV 89109 | | C | bad check/marker | | | | 7,000.00 |
| Account No.<br>Creditor #: 64<br>Wachovia<br>P.O. Box 659558<br>San Antonio, TX 78265 | | C | 2nd Mortgage<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 36,000.00 |

Sheet no. 12 of 13 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 236,855.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

00027645

B6F (Official Form 6F) (12/07) - Cont.

In re  Waunita R Weingart,  
       Alois Craig Weingart  
                   Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0675938427<br>Creditor #: 65<br>Washington Mutual<br>540 E. Main ST<br>Mesa, AZ 85202 | | C | Mortgage-Foreclosure<br>7766 Saxeborough Dr<br>Castle Rock, CO 80108 | | | | 310,000.00 |
| Account No. 0680413010<br>Creditor #: 66<br>Washington Mutual<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | | C | Mortgage-Foreclosure<br>141 Lost Angel Rd<br>Boulder, CO 80108 | | | | 390,000.00 |
| Account No. 020-0050713-0178-1<br>Creditor #: 67<br>Waste Management<br>2400 W. Union Ave<br>Englewood, CO 80110 | | C | Debris Service | | | | 189.11 |
| Account No. 014828889<br>Creditor #: 68<br>Wells Fargo<br>P.O. Box 650769<br>Dallas, TX 75265 | | C | Mortgage-Foreclosed<br>7766 Saxeborough Dr.<br>Castle Rock, CO 80108 | | | | 405,000.00 |
| Account No.<br>Creditor #: 69<br>XCEL Energy<br>P.O. Box 1261<br>Amarillo, TX 79105 | | C | Utility Bill | | | | 479.11 |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     1,105,668.22

Total (Report on Summary of Schedules)     10,191,642.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

00027646