**2982009**
Page: 1 of 107
03/02/2009 08:11A
Boulder County Clerk, CO N    R 536.00    D 0.00

## NOTICE OF CLAIM OF INTEREST

PLEASE TAKE NOTICE THAT the following Claimants do hereby give notice to the world that each claims an interest in the nature of a lien, equitable or otherwise, encumbering the real property described as LOT 8, PRIDE OF THE WEST, COUNTY OF BOULDER, STATE OF COLORADO, commonly known as 141 LOST ANGEL ROAD, BOULDER, CO 80202 pursuant to the deeds of trust set forth below:

1. Original Grantors (Borrower): John P. Gallegos
   Original Beneficiary (Lender): Aames Funding Corporation dba Aames Home Loans
   Current Beneficiary (Claimant): U.S. Bank National Association as Trustee of CSFB ABS Trust Series HEAT 2002-1
   Date of Deed of Trust: March 21, 2002

   Said Deed of Trust, a copy of which is attached hereto as Exhibit A, was given to secure the payment of that certain promissory note dated March 21, 2002 in the original principal amount of $278,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

2. Original Grantors (Borrower): John P. Gallegos
   Original Beneficiary (Lender): Mortgage Electronic Registration Systems, Inc. as nominee for Resource Bank
   Current Beneficiary (Claimant): The Bank of New York successor to JPMorgan Chase Bank, successor to Bank One, N.A., as trustee for the holders of the CSFB Mortgage-Backed Pass-Through Certificates, Series 2002-22
   Date of Deed of Trust: March 29, 2002

   Said Deed of Trust, a copy of which is attached hereto as Exhibit B, was given to secure the payment of that certain promissory note dated March 29, 2002 in the original principal amount of $400,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

3. Original Grantors (Borrower): John P. Gallegos
   Original Beneficiary (Lender): Mortgage Electronic Registration Systems, Inc. as nominee for General Mortgage Corporation
   Current Beneficiary (Claimant): Residential Funding Corp.
   Date of Deed of Trust: June 25, 2002

   Said Deed of Trust, a copy of which is attached hereto as Exhibit C, was given to secure the payment of that certain promissory note dated June 25, 2002 in the original principal amount of $229,800.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

RECORDER'S NOTE: Recorded as received 3-2-09

Page 1 of 3

**ATTACHMENT 3**

ROB

KDC

**2982009**
Page: 2 of 107
03/02/2009 08:11A
Boulder County Clerk, CO N   R 536.00   D 0.00

4. Original Grantors (Borrower): Waun Weingart
   Original Beneficiary (Lender): Mortgage Electronic Registration Systems, Inc. as nominee for America's Wholesale Lender
   Current Beneficiary (Claimant): Wachovia Bank, National Association as Trustee for the Holders of GSR 2004-09
   Date of Deed of Trust: May 24, 2004

   Said Deed of Trust, a copy of which is attached hereto as Exhibit D, was given to secure the payment of that certain promissory note dated May 24, 2004 in the original principal amount of $444,500.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

5. Original Grantors (Borrower): John P. Gallegos
   Original Beneficiary (Lender): Wells Fargo Bank, N.A.
   Current Beneficiary (Claimant): Bank of America, National Association
   Date of Deed of Trust: December 27, 2006

   Said Deed of Trust, a copy of which is attached hereto as Exhibit E, was given to secure the payment of that certain promissory note dated December 27, 2006 in the original principal amount of $495,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

6. Original Grantors (Borrower): Waun R. Weingart
   Original Beneficiary (Lender): Mortgage Electronic Registration Systems, Inc. as nominee for New Century Mortgage Corporation
   Current Beneficiary (Claimant): Countrywide Home Loans Servicing LP for the benefit of HSBC Bank USA, N.A.
   Date of Deed of Trust: January 23, 2007

   Said Deed of Trust, a copy of which is attached hereto as Exhibit F, was given to secure the payment of that certain promissory note dated January 23, 2007 in the original principal amount of $450,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

7. Original Grantors (Borrower): Waun Weingart
   Original Beneficiary (Lender): Bank of America, N.A.
   Current Beneficiary (Claimant): Bank of America, N.A.
   Date of Deed of Trust: March 14, 2008

   Said Deed of Trust, a copy of which is attached hereto as Exhibit G, was given to secure the payment of that certain promissory note dated March 14, 2008 in the original principal amount of $417,000.00 as provided for under the terms and conditions set forth in said Note and Deed of Trust. The indebtedness evidenced by said Note and Deed of Trust remains unpaid.

2982009
Page: 3 of 107
03/02/2009 09:11A
Boulder County Clerk, CO N    R 535.00    D 0.00

The Claimants by this notice assert upon information and belief due to what may constitute fraudulent activity, the validity, extent and/or priority of all liens, both recorded and unrecorded, against the above-referenced property require adjudication before a court of competent jurisdiction as Colorado is a race-notice recording jurisdiction, C.R.S. 38-15-109. By filing this notice, the Claimants assert their respective interests in the above-referenced property and request notice of all actions affecting said property.

CASTLE MEINHOLD & STAWIARSKI, LLC

*[signature: Elizabeth S. Marcus]*

Attorneys for Claimants
999 18th Street, Suite 2201
Denver, CO 80202
(303) 865-1400

STATE OF COLORADO         )
                          ) ss.
CITY AND COUNTY OF DENVER )

This instrument was acknowledged before me on this 27th day of February, 2009, by Elizabeth S. Marcus of the law firm of Castle Meinhold & Stawiarski, LLC.

Witness my hand and official seal.

My commission expires:

CHAD N HINTON
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 4/4/2009

*[signature]* Notary Public

Page 3 of 3

Gallegos/Weingart/08-23247/08-21491/08-17335/08-20258/08-18641/08-21249/08-23874