# AIRCRAFT LEASE AGREEMENT

## BETWEEN

### AERO TOY STORE, LLC
as Lessor

### AND

### PRIVATE CLASS AIR, LLC
as Lessee

Dated as of the 6th day of July, 2006

Lease of One (1) 1971 Hawker Siddeley HS-125-400AS jet aircraft
Manufacturers Serial Number 26264
FAA Registration No. N93TS

**ATTACHMENT 4**

00016683

## AIRCRAFT LEASE AGREEMENT

This **Aircraft Lease Agreement**, dated as of the 6th day of July, 2006 between Aero Toy Store, LLC a Florida limited liability company ("Lessor") and Private Class Air, LLC, a Delaware limited liability company ("Lessee"), and Mrs. Waun Weingart ("Guarantor").

1. **Lease**.

   a. Lessor agrees to lease to Lessee and Lessee agrees to lease from Lessor hereunder, the aircraft which is described in Section 2(a) hereof (the "Aircraft"). The Aircraft shall be subjected to this Lease by the execution by the parties hereto of an Acceptance Supplement in the form of Exhibit "A" attached hereto (the "Supplement"). Lessee's execution and delivery to Lessor of the Supplement with respect to the Aircraft shall constitute Lessee's irrevocable acceptance of the Aircraft for all purposes of this Lease. The Supplement shall incorporate therein all of the terms and conditions of this Lease and shall constitute a part of this Lease to the same extent as if the provisions thereof were set forth in full herein.

   The Supplement shall be executed and the Aircraft subjected to this Lease on or before the 6th day of July, 2006. Lessor shall have no obligation after such date to accept the Supplement hereunder or commence the Lease of the Aircraft. Lessor shall have no obligation to accept more than one Supplement hereunder.

   b. The total Lessor's Cost (as hereinafter defined) of the Aircraft leased pursuant hereto shall not exceed One Million Eight Hundred Fifty Thousand US Dollars (US $1,850,000.00) United States Dollars.

   c. Lessor shall not be obligated to accept or execute the Supplement unless all of the conditions set forth in Section 23 hereof shall have been fulfilled to the satisfaction of Lessor.

2. **Definitions**.

   a. As used in this Lease, the following terms shall have the following meanings (such definitions to be equally applicable to both the singular and plural forms of the terms defined):

   "Affiliate" shall mean with respect to any Person, any Person which, directly or indirectly, controls, is controlled by, or is under common control with such Person. For purposes of this definition, "control" of a Person means the power, direct or indirect, to vote ten percent (10%) or more of the securities having voting power for the election of directors of such Person; or otherwise to direct or cause the direction of the management and policies of such person, whether by contract or otherwise.
   "Aircraft" shall mean the Airframe to be leased hereunder together with the Engine(s) to be leased hereunder whether or not any of the Engines may at the time of determination be installed on the Airframe or any other airframe.

00016685

sale, forfeiture or loss of the Airframe or any Engine or interest therein; (f) salvage rights of insurers under insurance policies maintained pursuant to Section 9; (g) Liens arising out of judgments or awards against Lessee or a sublessee with respect to which at the time there shall have been secured a stay of execution and; (h) any other Lien with respect to which Lessee or sublessee shall have provided a bond or other security in an amount and under terms reasonably satisfactory to Lessor. Lessee will promptly at its own expense, take such action as may be necessary duly to discharge (by bonding or otherwise) any such Lien not accepted above if the same shall arise at any time.

"Person" shall mean an individual, partnership, corporation, limited liability company, business trust, joint stock company, trust, incorporated association, joint venture, governmental authority or other entity of whatever nature.

"Protocol" shall mean the protocol to the Convention on Matters Specific to Aircraft Equipment.

"Reference Rate" shall mean an implicit interest rate of eight and one-half percent (8.5%).

"Rent Payment Date" shall mean each date on which an installment of rent is due and payable pursuant to Section 4(a) and (b) hereof.

"Stipulated Loss Value" shall mean One Million Eight Hundred Fifty Thousand (US $1,850,000.00) United States Dollars; provided, that for purposes of Section 15(b) and Section 18(c) hereof, any determination of Stipulated Loss Value as of a date occurring after the final Rent Payment Date shall be made as of such final Rent Payment Date.

"Term" shall mean the term of the Lease of the Aircraft hereunder specified in Section 3 hereof.

     **b.** All accounting terms not specifically defined herein shall be construed in accordance with generally accepted accounting principals ("GAAP") consistently applied.

     **3. Term.** The term of the Lease of the Aircraft hereunder shall commence on the Commencement Date and, unless earlier terminated pursuant to the provisions hereof, shall continue for a term of sixty (60) months from such Commencement Date. Upon expiration of the Term, Lessee shall purchase the Aircraft from Lessor for a cash purchase price to be determined in the manner described in, and the on terms specified in, Section 6(d) hereunder or Lessee shall have the option to extend the lease for an additional term of thirty-six (36) months under the same terms and conditions provided all payments have been made on a timely basis and no event of default has occurred has defined in Section 17 below or return the Aircraft to Lessor in accordance with the terms of Section 6 hereunder.

     **4. Rent; Unconditional Obligations; Security.**

     **a.** Lessee shall pay to Lessor base rent, excluding taxes and other charges payable by Lessee hereunder, monthly in arrears for the Aircraft in sixty (60) consecutive monthly installments in the amount of fifteen thousand United States Dollars (U.S.$15,000.00) each, plus applicable sales tax (if any), with the first installment of rent with respect to the Aircraft being due thirty days from the Commencement Date and succeeding installments being due on the same date of each month thereafter or, if such date does not fall on a Business Day, on the Business Day

immediately preceding such date; and, one (1) final installment which Lessee must pay to Lessor, in the amount of Eight Hundred Fifty Five Thousand Seven Hundred Eighty Two and 11/100 (US$855,782.11) United States Dollars, more or less, including all due but unpaid sums owed Lessor as set forth herein (the "Balloon"), due thirty days after the sixtieth monthly payment. Upon the payment by Lessee of all of the installments of rent payable hereunder (including, without limitation, the Balloon), Lessor shall transfer title to the Aircraft to Lessee on an "AS IS" basis, without recourse and without representation or warranty of any kind, express or implied, other than a representation and warranty that the Aircraft is free and clear of any and all Lessor's Liens, by the execution of a FAA Bill of Sale and warranty bill of sale for the Aircraft. Each installment of rent shall be payable via wire transfer per the following instructions:

| | |
|---|---|
| To: | Bank of America (800) 645-1045<br>401 E. Las Olas Blvd., 8th Floor<br>Fort Lauderdale, FL 33301<br>U. S. A.<br>ABA # 0260-0959-3 |
| Credit to the Account Of: | Aero Toy Store, LLC<br>1710 West Cypress Creek Road<br>Ft. Lauderdale, Florida 33309<br>U.S.A. |
| | Account# 5498557131 |

    **b.** Security: Upon execution hereof Lessee shall pay and deliver to Lessor: (i) the sum of U.S. $0 as security for Lessee's performance of all terms and conditions of this Lease (which shall not bear or accrue interest), and which shall be returned to Lessee at termination hereof, provided Lessee is not then in default.

    **c.** Lessee shall also pay to Lessor, on demand, interest at a rate per annum equal to the Late Charge Rate on any installment of rent and on any other amount owing hereunder which is not paid when due, for any period for which the same shall be overdue. Each payment made under this Lease shall be applied first to the payment of interest then owing and then to rent or other amounts owing hereunder. Interest shall be computed on the basis of a three hundred sixty (360) day year and actual days elapsed.

    **d.** This Lease is a net lease, and Lessee's obligation to pay all rent and all other amounts payable hereunder is ABSOLUTE AND UNCONDITIONAL under any and all circumstances, and shall not be effected by any circumstances of any character whatsoever, including, without limitation, (i) any set-off, counterclaim, recoupment, defense, abatement or reduction or any right which Lessee may have against Lessor, the manufacturer or supplier of the Aircraft or anyone else for any reason whatsoever; (ii) any defect in the condition, design or operation of, or lack of fitness for use of, for any damage to, or loss of, all of any part of the Aircraft from any cause whatsoever; (iii) the existence of any Liens with respect to the Aircraft; (iv) the invalidity, unenforceability or disaffirmance of this Lease or any other document related hereto; or (v) the

00016689

IN WITNESS WHEREOF, Lessor and Lessee have each caused this Aircraft Lease Agreement to be duly executed as of the day and year first above written.

**Lessor:**  Aero Toy Store, LLC

By: _Richard Loggan_
Title: _VICE PRESIDENT_

**Lessee:**  Private Class Air, LLC

By: _Waun Weingart_
Print Name & Title: _Waun Weingart, Manager_

**Guarantor:**  Mrs. Waun Weingart

By: _Waun Weingart_
_WAUN WEINGART, Manager_    Print Name

00016714

## SCHEDULE 1

To the Acceptance Supplement to the Aircraft Lease dated the 6th day of July, 2006 between Aero Toy Store, LLC, as Lessor and Private Class Air, LLC, as Lessee.

One (1) Hawker Siddeley HS-125-400AS jet aircraft, Manufacturers Serial No. 25264, FAA Registration Number N93TS (the "Aircraft") together with two (2) Honeywell TFE-731-3R-1H jet aircraft engines respectively bearing manufacturers serial numbers P84459 and P84463 (the "Engines") and any and all Parts to the Aircraft or the Engines as defined in the Aircraft Lease Agreement.