IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     WAUNITA WEINGART,
2.     JOHN PHILLIP GALLEGOS,
3.     ALOIS CRAIG WEINGART,

    Defendants.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, respectfully moves to restrict Document, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 3" Restriction which would make the document, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Filer & Court" only.

Respectfully submitted this 9th day of July, 2013.

                JOHN F. WALSH
                United States Attorney

                By: *s/ Linda Kaufman*
                Linda Kaufman, Assistant United States Attorney
                U.S. Attorney's Office
                1225 Seventeenth Street, Suite 700
                Denver, Colorado 80202
                Telephone: (303) 454-0100 / Facsimile: (303) 454-0404
                E-mail: Linda.Kaufman@usdoj.gov

1

By: *s/ Martha A. Paluch*
Martha A. Paluch, Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100 / Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

Attorneys for Government

2

## **CERTIFICATE OF SERVICE**

   I certify that on this 9th day of July, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

Paula M. Ray
E-mail: paulamray@earthlnk.net


                By: *s/ Solange Reigel*
                SOLANGE REIGEL
                Legal Assistant
                United States Attorney's Office
                1225 - 17th Street, Suite 700
                Denver, CO 80202
                Telephone: (303) 454-0244
                Fax: (303) 454-0402
                E-mail: Solange.Reigel@usdoj.gov