IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.      WAUNITA WEINGART,
2.      JOHN PHILLIP GALLEGOS,
3.      ALOIS CRAIG WEINGART,

    Defendants.

## ORDER

The Court has for consideration the government's Motion to Restrict Document, wherein the government asks this Court to restrict said document, the Brief in Support to that Motion, and any order resulting from said document.  Upon consideration, it is

ORDERED that Document, the Brief in Support to this Motion, and any order issued by this Court with regard to said document are hereby restricted until further Order of the Court.

IT IS SO ORDERED on this ___ day of _____, 2013.

                                            THE HONORABLE MARCIA S. KRIEGER
                                            CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF COLORADO