IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **WAUNITA WEINGART**,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

**RESTRICTED - LEVEL 3**

## BRIEF IN SUPPORT OF MOTION TO RESTRICT

The United States of America, by District of Colorado United States Attorney John F. Walsh, through Assistant United States Attorney Linda Kaufman and Assistant United States Attorney Martha Paluch, hereby files this brief in support of its Motion to Restrict Document.

1.    The Court has authority to seal documents upon a showing of compelling reasons. *See* D.C.COLO.LCrR 47.1(A).

2.    The document in question contains information that could jeopardize prompt apprehension of the defendant because it reveals information known to the authorities relating to her flight.

Dated this 9th day of July, 2013.

          RESPECTFULLY SUBMITTED:

          JOHN F. WALSH
          UNITED STATES ATTORNEY
          DISTRICT OF COLORADO

BY: *s/ Linda Kaufman*
    LINDA KAUFMAN
    Assistant U.S. Attorney
    United States Attorneys Office
    District of Colorado
    1225 17th Street, Suite 700
    Denver, CO 80202
    (303)-454-0100   Phone
    (303) 454-0409   Fax
    E-mail: Linda.Kaufman@usdoj.gov

BY: *s/ Martha Paluch*
    MARTHA PALUCH
    Assistant U.S. Attorney
    United States Attorneys Office
    District of Colorado
    1225 17th Street, Suite 700
    Denver, CO 80202
    (303)-454-0100   Phone
    (303) 454-0409   Fax
    E-mail: Martha.Paluch@usdoj.gov

    Attorneys for the Government