IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **WAUNITA WEINGART,**
2. JOHN PHILLIP GALLEGOS,
3. ALOIS CRAIG WEINGART,

    Defendants.	**RESTRICTED - LEVEL 3**

---

### GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE, ISSUANCE OF ARREST WARRANT, AND ORDER OF DETENTION AS TO DEFENDANT WAUNITA WEINGART

---

The United States of America, by and through United States Attorney for the District of Colorado John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, hereby respectfully moves this Court, pursuant to 18 U.S.C. § 3148, to revoke Defendant Waunita Weingart's release, issue a warrant for her arrest, and order that she be detained. As grounds therefor, the government states as follows:

    1.    Defendant Waunita Weingart was ordered, as a condition of her release on bond, to immediately advise the Court and the United States attorney in writing before making any change in address (Doc. 19).

    2.    The defendant was also ordered, as a condition of her release on bond, to obtain permission of the Court before traveling out of the state of Colorado.

3. Pretrial Services Officer Marijo Paul reported that defendant's place of residence is 4203 S. Richfield Way, Aurora, Colorado.

4. Defendant Waunita Weingart is married to Alois Craig Weingart, and the mother of John Phillip Gallegos, also defendants in this case.

5. A sentencing hearing was scheduled in this case for Alois Craig Weingart on July 8, 2013 at 11:30 a.m. He failed to appear at that time, and the Court issued a warrant for his arrest.

6. Later that day, government counsel received information from defendant Gallegos' counsel that Gallegos had received a package from Waunita Weingart via Federal Express that day, and that Gallegos had also spoken with Waunita Weingart that morning.

7. Copies of four documents reported to have been delivered in that Federal Express package were then provided by Gallegos' counsel to the undersigned.

8. These documents are attached and imply that Defendant Waunita Weingart is with Defendant Alois Craig Weingart and that both have left the state of Colorado.

9. At approximately 7:00 p.m. on July 8, 2013, Deputy United States Marshal Fred Gengler, along with four other officers, went to 4203 S. Richfield Way, Aurora, Colorado in an attempt to locate Alois Craig Weingart.

10. Deputy Marshal Gengler reported that the residence was vacant and the front door unlocked. Upon further inspection, they found that clothing had been removed from hangers and the refrigerator was empty.

11. Deputy Gengler also reported that a neighbor told the officers that the neighbor had seen the woman who lived at the residence packing clothing into her

Mercedes on June 30, 2013. Neighbors further reported that that vehicle was last seen at the residence on July 2 or July 3.

12. Pretrial Services Officer Marijo Paul informed undersigned counsel this date that so far as she knew, the Weingarts, both of whom she was supervising, still resided at the above-described address. She further stated that they had each called her on July 2 and gave no indication that they had or were intending to move from the residence or leave the state of Colorado.

13. Neither Waunita Weingart nor Alois Craig Weingart advised the United States Attorney's Office that they intended to move.

14. A proposed arrest warrant is attached.

WHEREFORE, the United States respectfully requests this Court issue an order revoking Waunita Weingart's release, issue a warrant for her arrest, and order that she be detained.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

By: *s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

Attorneys for Government