IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **WAUNITA WEINGART**,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

**RESTRICTED - LEVEL 3**

**ORDER**

The Court has for consideration the government's Motion for Revocation of Release, Issuance of Arrest Warrant, and Order of Detention as to Defendant Waunita Weingart, and being sufficiently advised in the premises, hereby

GRANTS the government's motion for the issuance of an arrest warrant, and

ORDERS that Defendant Waunita Weingart be arrested forthwith and brought before this Court.

IT IS SO ORDERED on this ___ day of _____, 2013.

    THE HONORABLE MARCIA S. KRIEGER
    CHIEF JUDGE
    UNITED STATES DISTRICT COURT
    DISTRICT OF COLORADO