IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **WAUNITA WEINGART,**
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.                **RESTRICTED - LEVEL 3**

---

**SUPPLEMENT TO GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE, ISSUANCE OF ARREST WARRANT, AND ORDER OF DETENTION AS TO DEFENDANT WAUNITA WEINGART (DOC. 309)**

---

The United States of America, by and through United States Attorney for the District of Colorado John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, hereby respectfully moves to supplement its Motion For Revocation of Release, Issuance of Arrest Warrant, and Order of Detention as to Defendant Waunita Weingart, filed on July 9, 2013. (Doc. 309).

    1.    This date, undersigned counsel were notified that the United States Marshals Service confirmed that Defendant Waunita Weingart, along with her husband, co-defendant Alois Craig Weingart, stayed at the Hilton Airport Hotel, 1960 Harbor Drive, San Diego, California, arriving on July 4 and departing on July 9, 2013.

    2.    This conduct is in direct violation of the condition of Defendant Waunita

1

Weingart's release on bond that she obtain permission of the Court before traveling out of the state of Colorado. (Doc. 19).

3. The United States Marshals Service is actively pursuing Fugitive Alois Craig Weingart and intend to take him into custody pursuant to the arrest warrant issued by this Court on July 8, 2013. However, if Defendant Waunita Weingart is found with Fugitive Alois Craig Weingart, at this time the Marshals Service is unable to take her into custody as well, and it is likely Defendant Waunita Weingart will flee.

4. This new information, coupled with the information stated in the Government's Motion For Revocation of Release, Issuance of Arrest Warrant, and Order of Detention as to Defendant Waunita Weingart (Doc. 309), confirms that Defendant Waunita Weingart is in violation of the conditions of her release on bond, and that a warrant for her arrest should issue forthwith.

WHEREFORE, the United States respectfully requests that this Court grant the Government's Motion For Revocation of Release, Issuance of Arrest Warrant, and Order of Detention as to Defendant Waunita Weingart, filed on July 9, 2013. (Doc. 309).

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: *s/ Linda Kaufman*
Linda Kaufman
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

By: *s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

Attorneys for Government