CLOSED

# U.S. District Court
# Southern District of California (San Diego)
# CRIMINAL DOCKET FOR CASE #: 3:13-mj-02695-NLS All Defendants

Case title: USA v. Weingart

Date Filed: 07/15/2013
Date Terminated: 08/19/2013

Assigned to: Magistrate Judge Nita L. Stormes

## Defendant (1)

**Waunita Weingart**
*TERMINATED: 08/19/2013*

represented by **Ricardo M Gonzalez**
Law Offices Ricardo M Gonzalez
101 West Broadway
Suite 1950
San Diego, CA 92101-6036
(619)238-9910
Fax: (619)238-9914
Email: ricardo@attorneygonzalez.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:3142 - Pretrial Release Violation

**Disposition**

## **Plaintiff**

**USA**                              represented by **U S Attorney CR**
                                                   U S Attorneys Office Southern District of California
                                                   Criminal Division
                                                   880 Front Street
                                                   Room 6293
                                                   San Diego, CA 92101
                                                   (619)557-5610
                                                   Fax: (619)557-5917
                                                   Email: Efile.dkt.gc2@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2013 |   | Arrest of Waunita Weingart (no document attached) (mtb) (Entered: 07/15/2013) |
| 07/15/2013 | 1 | OUT OF DISTRICT COMPLAINT as to Waunita Weingart. (Attachments: # 1 Info Sheet, # 2 ODC Warrant) (mtb)(av1). (Entered: 07/15/2013) |
| 07/15/2013 | 2 | Set/Reset Duty Hearings as to Waunita Weingart: Initial Appearance - ODC set for 7/15/2013 before Magistrate Judge Nita L. Stormes. (no document attached) (mtb) (Entered: 07/15/2013) |
| 07/16/2013 | 3 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Initial Appearance - Out of District Complaint as to Waunita Weingart held on 7/16/2013. Attorney Ricardo M Gonzalez (n/a) appointed for Waunita Weingart on behalf of defendant. Bond set as to Waunita Weingart (1) No Bail. Removal/ID Hearing set for 7/25/2013 09:30 AM before Magistrate Judge Nita L. Stormes. (CD# 7/16/2013 NLS 13:10:53-11:09). (Plaintiff Attorney Jason Wandel, AUSA). (Defendant Attorney Deke Falls, FD-S/A). (no document attached) (lao) (Entered: 07/16/2013) |
| 07/16/2013 | 4 | ***English. No Interpreter needed as to Waunita Weingart (no document attached) (lao) (Entered: 07/16/2013) |
| 07/25/2013 | 5 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Defendant nor appearing due to Chicken Pox - Quarantine. Removal/ID Hearing as to Waunita Weingart not held on 7/25/2013. Court continues the Removal/ID Hearing to 8/8/2013 09:30 AM in Courtroom 1A before Magistrate Judge Nita L. Stormes. Excludable started as to Waunita Weingart: XT-Interest of Justice: 7/25/2013 to 8/8/2013. (CD# 7/25/2013 NLS13-9:59 to 10:00). (Plaintiff Attorney Jason Wandel, AUSA). (Defendant Attorney Ricardo M. Gonzalez, CJA). (no document attached) (gep) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 07/25/2013) |
| 08/08/2013 | 6 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Removal/ID Hearing as to Waunita Weingart held on 8/8/2013, Court sets further Removal/ID Hearing on 8/15/2013 09:30 AM in Courtroom 1A before Magistrate Judge Nita L. Stormes. (CD# 8/8/2013 NLS13-10:11 to 10:13). (Plaintiff Attorney Jason Wandel, AUSA). (Defendant Attorney Ricardo M. Gonzalez, CJA). (no document attached) (gep) (Entered: 08/08/2013) |
| 08/15/2013 | 7 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Removal/ID Hearing as to Waunita Weingart not held on 8/15/2013. Defendant admits her identity, waives ID/Removal Hearing and submits signed waiver. Court finds the defendant to be the defendant named in the complaint and orders her removed forthwith to the District of Colorado. Court signs the submitted warrant for removal. (CD# 8/15/2013 NLS13-9:59 to 10:04). (Plaintiff Attorney Jason Wandel, AUSA). (Defendant Attorney Ricardo M. Gonzalez, CJA). (no document attached) (gep) (Entered: 08/16/2013) |
| 08/15/2013 | [8](#) | WAIVER of Rule 32.1 Hearings by Waunita Weingart. (dls) (received 8/19/2013) (Entered: 08/19/2013) |
| 08/15/2013 | [9](#) | WARRANT of Removal to District of Colorado Issued as to Waunita Weingart. (dls) (received 8/19/2013) (Entered: 08/19/2013) |
| 08/19/2013 | 10 | NOTICE to Receiving District: **(District of Colorado)**, of Case Removal, as to Waunita Weingart. The following documents are available on the public docket: [8](#) Waiver of Rule 5 Hearings. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (dls) (Entered: 08/19/2013) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/19/2013 10:31:19 | | | |
| **PACER Login:** | dy1783 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 3:13-mj-02695-NLS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |