# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

13 JUL 15 PM 3:44

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **13MJ2695**

The person charged as **Waunita WEINGART** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of **Colorado** with: **Title 18 U.S.C § 3142 Pretrial Release Violation Petition on the Original Offense of 18 U.S.C. Section 1343, and 18 U.S.C. Section 1957.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2013

_____ (signature)

_____Jeremy B. Mcvay_____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 7/15/13

_____ (signature)

__Matthew Sutton__ (print)
Assistant United States Attorney



# M E M O R A N D U M

To: Linda Kaufman
     Assistant United States Attorney

From: Probation Office

Date: July 15, 2013

Re:   Wuanita **WEINGART**
      Docket No.: 11-cr-00355-MSK
      **BOND VIOLATION REPORT**

The above named defendant is pending sentencing after pleading guilty to two counts of Wire Fraud involving a 12 million dollar loss.

On July 8, 2013, after the defendant's husband/co-defendant, Alois Craig Weingart failed to appear for his scheduled sentencing, and a bench warrant was issued, the U.S. Marshals Service went to the defendant's reported residence in search of Mr. Weingart. It was determined that both the defendant and her husband were no longer there. The defendant has moved from her reported residence and has failed to notify me of any change in residence. This is a violation of the defendant's bond conditions.

Additional investigation has determined that the defendant was in San Diego, California some time between July 2, and July 9, 2013, and her current location is unknown. The defendant's bond conditions restrict her travel to the State of Colorado unless prior permission is granted by the Court. I have received no travel approval from the Court. Attempts to contact her via cellular phone have been met with negative results.

During her period of pretrial release, the defendant has not maintained employment. When questioned and instructed to seek employment, she commented, "why should I get a job if I'm going to prison." The defendant received unemployment for a period of time and even after that was terminated, she refused to look for employment.

At this time, it is recommended that the aforementioned matters be brought to the Court's attention. Based on the aforementioned, it is recommended that a warrant be issued for the defendant's arrest based on violation of conditions of bond. The defendant's current location is unknown and she has not respond to voice message left by this officer. It is further recommended that the motion, order, and warrant be sealed until the arrest of the defendant.

Respectfully submitted,

s/ MariJo Paul
MariJo Paul
U.S. Probation Officer
303-335-2505

Approved:

s/ Richard Vaccaro
Richard Vacarro
Supervising U.S. Probation Officer
303-335-2420

cc:   Marcia S. Krieger
      Chief U.S. District Judge

## MAGISTRATE JUDGE INFORMATION SHEET

**MAGISTRATE CASE NUMBER:**   13MJ2695

1. Hearing Date _____   2. AUSA _____   3. Mag Judge  Nita L. Stormes
4. USAO # _____   5. Agency #  United States Marshals Service
6. Defendant #:  1  of  2    7. Case Agent  DUSM Fred Gengler, D/CO
8. Charges:  Pretrial release viol. 18 USC 3142, on the original offenses of 18 USC 1343, and 18 USC 1957
9. Defendant's Name:  Waunita WEINGART    10. Social Security #: _____
11. Alias:  n/a    12. Birth Date: _____
13. Address:  4203 South Richfield Way, Aurora, CO 80013
14. Arrest Date:  07/12/2013   15. Place of Arrest:  1515 Hotel Circle South, San Diego, CA   16. Date Committed:  07/12/2013
17. Agent(s):  DUSM Jeremy B. Mcvay    18. Office Phone #: _____
19. Agency:  U.S. Marshals Service    20. Station:  San Diego, CA
21. Custody:   Yes  X   No
22. Citizenship:   U.S. X    Mex    Other
23. INS Status:   Res ☐   BCC ☐   Other ☐
24. Prior Deports: _____   25. IDENT Hits: _____
26. Prior Record:  n/a
27. Drug Usage: _____   How Evidenced? _____
28. Cash on Defendant: _____   29. Other Evidence: _____
30. Agent Fact Summary:

An arrest warrant was issued out of the District of Colorado for pretrial release violation. The underlying offenses are Wire Fraud 18 USC 1343, and 18 USC 1957.

31. Agent's info re: Defendant (Employment, Family, etc.) _____
32. Def Attorney:   Appointed ☐    Retained ☐
33. DEFENSE ATTORNEY: _____   PHONE NUMBER: _____
34. Next Date for:  PH Removal  Date ___  Time ___   Detention  Date ___  Time ___
35. Bond Set: _____
36. Material Witness Custodial Status:   Custody    Not in Custody
37. MATERIAL WITNESS ATTORNEY: _____   PHONE NUMBER: _____

Court's Orders/Motions    Government's Notes for Bail

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 11-CR-355-MSK |
| | ) | |
| | ) | |
| | ) | |
| WAUNITA WEINGART | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   WAUNITA WEINGART,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
**X** Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Failure to obtain Probation Officer's permission before traveling out of state; Failure to advise Probation Officer before effecting change of residence.


Date:   Jul 12, 2013                                    s/ Marcia S. Krieger
                                                        *Issuing officer's signature*

City and state:   Denver, Colorado                      Marcia S. Krieger, Chief Judge, United States District Court
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                    _____
                                                        *Arresting officer's signature*

                                                        _____
                                                        *Printed name and title*