Warrant of Removal (After Waiver of Hearing)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 15 2013
DISTRICT COURT
ICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

v.

WAUNITA WEINGART

Magistrate Case No. 13MJ2695

WARRANT OF REMOVAL
(After Waiver of Hearing)

NOT FOR PUBLIC VIEW

To: United States Marshal

A warrant for arrest having been issued in the District of Colorado, charging defendant **WAUNITA WEINGART** with violation of pretrial release, in criminal case no. 11-cr-355-MSK, in violation of Title 18, United States Code, Section 3142, and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 40 and 5(c)(3), having been committed by a United States Magistrate Judge to your custody pending her removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the District of Colorado and there deliver her to the United States Marshal for that district or to some other officer authorized to receive her.

_/s/ Nita L. Stormes_
HON. NITA L. STORMES
United States Magistrate Judge

Dated at San Diego, California, this __15<sup>c</sup>__ day of __August__, 2013.

RETURN

District of Colorado (at Denver)                    ss

Received the within warrant of removal the _____ day of _____, 2013, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal

JMW/tlp/July 18, 2013/Rev. 12/02