# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:   September 10, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Nicole Peterson | |

Criminal Action No. 11-cr-00355-MSK

*Parties*:                                                                  *Counsel*:

UNITED STATES OF AMERICA,                      Linda Kaufman
                                                                             Martha Paluch

          Plaintiff,

v.

WAUNITA WEINGART,                                  Martin Stuart

          Defendant.

_____

## SENTENCING MINUTES
_____

**1:05 p.m.        Court in session**.

Defendant present in custody.

**Change of Plea Hearing on March 13, 2013.  Defendant pled guilty to Counts 3 and 6 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:12 p.m.** **Court in recess.**

Total Time: 1 hour 7 minutes.
Hearing concluded.