IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **WAUNITA WEINGART**,
2.    JOHN PHILLIP GALLEGOS,
3.    ALOIS CRAIG WEINGART,

    Defendants.

_____

**GOVERNMENT'S MOTION TO UN-RESTRICT DOCUMENTS 308 AND 311**
_____

The United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorneys Linda Kaufman and Martha Paluch, respectfully hereby moves to un-restrict Documents 308 and 311 (Briefs in Support of Motion to Restrict) in the above matter. As grounds therefor, the government states as follows:

On August 30, 2013, this Court granted the government's oral motion to un-restrict Document No. 309 (Government's Motion for Revocation of Release, Issuance of Arrest Warrant, and Order of Detention) and Document No. 312 (Supplement to Government's Motion for Revocation of Release, Issuance of Arrest Warrant, and Order of Detention) as to Defendant Waunita Weingart.

Documents 308 and 311 were filed as Briefs in Support of the Motions to Restrict the now un-restricted Docs. 309 and 312, per Order of the Court. Therefore, there is no

1

longer a need for these documents to remain restricted from public access.

WHEREFORE, for the foregoing reasons, the government requests the Court grant this motion and un-restrict Documents 308 and 311.

Respectfully submitted this 10th day of September, 2013.

JOHN F. WALSH
United States Attorney

By: *s/ Linda Kaufman*
Linda Kaufman, Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Linda.Kaufman@usdoj.gov

By: *s/ Martha A. Paluch*
Martha A. Paluch, Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: Martha.Paluch@usdoj.gov

Attorneys for Government

Case No. 1:11-cr-00355-MSK   Document 332   filed 09/10/13   USDC Colorado   pg 3 of 3

## CERTIFICATE OF SERVICE

I certify that on this 10th day of September, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION TO UN-RESTRICT DOCUMENTS 308 AND 311** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martin Adam Stuart
E-mail: martinstuartlaw@solucian.com

William Lewis Taylor
E-mail: wltaylorpc@gmail.com

Darlene Ann Bagley
E-mail: bagley@ridleylaw.com

Paula M. Ray
E-mail: paulamray@earthlnk.net

By: *s/ Solange Reigel*
SOLANGE REIGEL
Legal Assistant
United States Attorney's Office
1225 - 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0244
Fax: (303) 454-0402
E-mail: Solange.Reigel@usdoj.gov

3