IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-355-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **WAUNITA WEINGART**,
2. JOHN PHILLIP GALLEGOS,
3. ALOIS CRAIG WEINGART,

    Defendants.

_____

**ORDER**
_____

The Court has for consideration the government's Motion to Un-Restrict Documents 308 and 311, wherein the government asks this Court to un-restrict said documents. Upon consideration,

IT IS ORDERED that the above documents be un-restricted.

IT IS SO ORDERED on this ___ day of _____, 2013.

                                  _____
                                  THE HONORABLE MARCIA S. KRIEGER
                                  CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT
                                  DISTRICT OF COLORADO